**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN DOUGLAS and PAUL ROMANO<br><br>    *Plaintiffs*,<br><br>v.<br><br>NATIONAL PARK SERVICE,<br><br>JESSICA BOWRON, *in her official capacity as Acting Director of the National Park Service*,<br><br>JEN NERSESIAN, *in her official capacity as Regional Director, National Capital Region, National Park Service*,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and<br><br>DOUG BURGUM, *in his official capacity as Secretary of the United States Department of the Interior*,<br><br>    *Defendants*. | Civil Action No. 26-2016 |

**EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, AN EXPEDITED PRELIMINARY INJUNCTION**

This case concerns an impending cage fighting event, titled "UFC Freedom 250," that is scheduled to occur on the White House South Lawn on the evening of Sunday, June 14. The ceremonial weigh-ins prior to the event are scheduled to occur at the Lincoln Memorial on the night of Saturday, June 13.

Defendants are the National Park Service, Park Service officials, Department of the Interior, and Interior Secretary. Defendants have authorized the use of both the South Lawn and the Lincoln Memorial for the UFC Freedom 250 event, as well as associated construction,

1

including in particular the erection of a 92-foot-tall, 600-ton structure ("the Claw") currently being assembled on the South Lawn. Plaintiffs are Susan Douglas and Paul Romano, two individuals.

As set forth in more detail in Plaintiffs' Complaint and Memorandum of Points and Authorities, both filed herewith, Defendants' decisions authorizing UFC Freedom 250's use of the South Lawn and Lincoln Memorial are unlawful. In particular, in light of recent revelations made public through reporting in the news media, Defendants' authorization decisions violate the Park Service's own Capital Region Regulation, 36 C.F.R. § 7.96, because UFC Freedom 250 is not being "planned, organized, and executed by executive departments and agencies or the Semiquincentennial Commission."

As set forth in more detail the accompanying brief, Defendants' unlawful authorization decision are inflicting ongoing injuries on Plaintiffs, and will inflict irreparable injuries if the unlawful uses in fact occur as schedule on June 13 and 14. Plaintiffs accordingly **move the Court for a temporary restraining order or, in the alternative, an expedited preliminary injunction, as set forth below.**

Plaintiffs request that the Court set a briefing and argument schedule on this motion that will allow for resolution by close of business on Thursday, June 11, to leave time for emergency appellate review, should such review prove necessary.

Plaintiffs hereby move the Court for an order that:

a. temporarily restrains or preliminarily enjoins Defendants from authorizing or otherwise allowing the organizers of UFC Freedom 250 to use the South Lawn as the venue for any sporting event, including the cage fights scheduled for June 14, 2026;

b. temporarily restrains or preliminarily enjoins Defendants from authorizing or otherwise allowing the organizers of UFC Freedom 250 to use the Lincoln Memorial as the venue

for any sporting event, including the pre-fight weigh-ins and face-offs scheduled for June 13, 2026;

c.  temporarily restrains or preliminarily enjoins Defendants from authorizing or otherwise allowing the organizers of UFC Freedom 250 to erect structures on the South Lawn, including in particular the structure known as "the Claw," and directs Defendants to take all steps necessary to ensure that further construction ceases entirely pending further order of the Court; and

d.  grants such other and further relief as the Court deems just and proper.

Dated: June 6, 2026                                Respectfully submitted,

                                                   /s/ Samuel T. Ward-Packard

                                                   **PUBLIC INTEGRITY PROJECT**
                                                   Brendan Ballou
                                                   D.C. Bar No. 241592
                                                   Samuel T. Ward-Packard
                                                   D.C. Bar No. 90005484
                                                   ballou@publicintegrityproject.org
                                                   sam@publicintegrityproject.org

                                                   *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on the Defendants in accordance with Federal Rule of Civil Procedure 5.

/s/ Samuel T. Ward-Packard
Samuel T. Ward-Packard

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULES 5.3 AND 65.1

Pursuant to Local Rule 5.3, I hereby certify that on June 6, 2026, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system.

Pursuant to Local Rule 65.1(a), I certify that on June 6, 2026, I notified Defendants of this motion for a temporary restraining order by email sent to the Defendants or their representatives, at the time of the filing of this motion, at the following email addresses:

- Eric J. Hamilton, Deputy Assistant Attorney General, Federal Programs Branch, DOJ Eric.hamilton@usdoj.gov
- Alex Haas, Director, Federal Programs Branch, DOJ Alex.haas@usdoj.gov
- Jessica Bowron, Acting Director, National Park Service Jessica_bowron@nps.gov
- Jen Nersesian, Regional Director, National Capital Region, National Park Service, jen_nersesian@nps.gov
- Douglas Burgum, Secretary of the Interior Douglas.burgum@ios.doi.gov
- D.C. U.S. Attorney's Civil Process mailbox USADC.ServiceCivil@usdoj.gov

I further certify that copies of all pleadings and papers filed in this action to date or to be presented to the Court at a hearing on this motion will be transmitted to Defendants via overnight mail to the following addresses:

NATIONAL PARK SERVICE
Attn: Jessica Bowron
1849 C Street, N.W.
Washington, D.C. 20240

NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
Attn: Jen Nersesian
1100 Ohio Drive, SW
Washington, DC 20242

DEPARTMENT OF THE INTERIOR
Attn: Douglas Burgum
1849 C Street, N.W.
Washington, D.C. 20240

ATTORNEY GENERAL OF THE UNITED STATES

Todd Blanche
U.S. Department of Justice
950 Pennsylvania Avenue
N.W. Washington, D.C. 20530

UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
Jeanine Ferris Pirro c/o
Civil Process Clerk 601 D Street
N.W. Washington, D.C. 20201

Further, Pursuant to Local Rule 65.1(b), on Friday, June 5, 2025, Samuel T. Ward-Packard of the Public Integrity Project called the clerk of court and provided the civil help desk with notice that this application for a temporary injunction would be filed outside of regular business hours.

/s/ Brendan Ballou
Brendan Ballou

5