## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN DOUGLAS and PAUL ROMANO<br><br>  *Plaintiffs*,<br><br>v.<br><br>NATIONAL PARK SERVICE,<br><br>JESSICA BOWRON, *in her official capacity as Acting Director of the National Park Service*,<br><br>JEN NERSESIAN, *in her official capacity as Regional Director, National Capital Region, National Park Service*,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, and<br><br>DOUG BURGUM, *in his official capacity as Secretary of the United States Department of the Interior*,<br><br>  *Defendants*. | Civil Action No. 26-2016 |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, AN EXPEDITED PRELIMINARY INJUNCTION**

1

Case 1:26-cv-02016-APM    Document 3-1    Filed 06/07/26    Page 2 of 38

# TABLE OF CONTENTS

INTRODUCTION ............................................................................................................... 5

BACKGROUND .................................................................................................................. 8

    I.     The South Lawn, President's Park, the Lincoln Memorial, and the National Mall are protected federal parklands at the symbolic heart of the Nation's capital. ..........................................................................................8

    II.    Federal law and NPS regulations strictly limit private use of the capital's national monumental spaces. .....................................................................8

    III.   A Park Service temporary rule exempts certain government-run America250 events from the usual regulatory limits—but only those events, and without waiving environmental review or displacing the limits on erection of structures. ..9

    IV.   President Trump has arranged for the UFC to stage an event, UFC Freedom 250, on the White House South Lawn to celebrate his 80th birthday....................10

    V.    Weigh-ins and face-offs for UFC Freedom 250 will be held at the Lincoln Memorial........................................................................................................12

    VI.   Reporting published in recent days reveals that no department, agency, or commission is playing even an arguable role in organizing UFC Freedom 250. ...13

    VII.  Other recent reporting establishes that UFC Freedom 250 is being planned, organized, and executed as a private, for-profit endeavor in all material respects........................................................................................................14

    VIII.  The UFC is constructing a massive structure on the White House grounds to house its event, destroying the South Lawn in the process....................................19

    IX.   Defendants have authorized UFC Freedom 250's use of the White House, Lincoln Memorial, and the associated construction, pursuant to the America250 Exemption. ......................................................................................20

    X.    By authorizing UFC Freedom 250's use of the South Lawn and Lincoln Memorial, the associated access restrictions and closures, and the erection of the Claw, Defendants have injured plaintiffs. .................................................21

LEGAL STANDARD............................................................................................................ 26

ARGUMENT....................................................................................................................... 26

    I.     Plaintiffs are likely to succeed on the merits of their claims. ...............................26

         A.    Plaintiffs are likely to establish standing. ................................................. 26

         B.    Plaintiffs are likely to prevail on the merits of their administrative-law claims. ...................................................................................................... 29

    II.    Plaintiffs will suffer irreparable harm absent emergency relief............................34

    III.   The balance of equities and the public interest favor emergency relief. ..............35

CONCLUSION.................................................................................................................... 36

CERTIFICATIONS .............................................................................................................. 37

2

## TABLE OF AUTHORITIES

**Cases**

*Amoco Prod. Co. v. Village of Gambell*,
    480 U.S. 531 (1987)..................................................................................................34

*Bennett v. Spear*,
    520 U.S. 154 (1997)..................................................................................................29

*Brady Campaign to Prevent Gun Violence v. Salazar*,
    612 F. Supp. 2d 1 (D.D.C. 2009)..............................................................................34

*Ctr. for Sustainable Econ. v. Jewell*,
    779 F.3d 588 (D.C. Cir. 2015)..................................................................................28

*City of Scottsdale v. FAA*,
    37 F.4th 678, 679 (D.C. Cir. 2022)...........................................................................29

*EEOC v. BNSF Ry. Co.*,
    902 F.3d 916 (9th Cir. 2018) ....................................................................................34

*Friends of the Earth v. Laidlaw*,
    528 U.S. 167 (2000)..................................................................................................27

*Fund For Animals v. Norton*,
    281 F. Supp. 2d 209 (D.D.C. 2003) ..........................................................................34

*Henkel v. Dep't of Educ.*,
    No. CV 24-1676, 2025 WL 2049267 (D.D.C. July 22, 2025)...........................................28

*League of Women Voters of U.S. v. Newby*,
    838 F.3d 1 (D.C. Cir. 2016)......................................................................................35

*Lujan v. Defenders of Wildlife*,
    504 U.S. 555 (1992)..................................................................................................27

*LULAC v. Exec. Off. of the President*,
    780 F. Supp. 3d 135 (D.D.C. 2025)....................................................................26, 35

*Media Matters for Am. v. Paxton*,
    138 F.4th 563 (D.C. Cir. 2025)..................................................................................26

*Nat'l Env't Dev. Assoc.'s Clean Air Project v. EPA*,
    752 F.3d 999 (D.C. Cir. 2014)..................................................................................32

*Nat'l Parks Conservation Ass'n v. Semonite*,
    916 F.3d 1075 (D.C. Cir. 2019).................................................................................33

*Nat'l Trust for Historic Pres. v. NPS*,
    821 F. Supp. 3d 62 (D.D.C. 2026)............................................................................27

*Nat'l Trust for Historic Pres. v. NPS*,
    No. 1:25-cv-4316 (RJL), 2026 WL 877779 (D.D.C. Mar. 31, 2026)...............................34

*Nken v. Holder*,
    556 U.S. 418 (2009)..................................................................................................26

*PETA v. USDA*,
    797 F.3d 1087 (D.C. Cir. 2015) ................................................................29

*Safari Club Int'l v. Jewell*,
    842 F.3d 1280 (D.C. Cir. 2016) ................................................................29

*Sierra Club v. DOA*,
    777 F. Supp. 2d 44 (D.D.C. 2011) ............................................................33

*Sierra Club v. DOT*,
    125 F.4th 1170 (D.C. Cir. 2025) ...............................................................27

*Sierra Club v. FERC*,
    827 F.3d 36 (D.C. Cir. 2016) ....................................................................28

*Steenholdt v. FAA*,
    314 F.3d 633 (D.C. Cir. 2003) ..................................................................30

*Summers v. Earth Island Inst.*,
    555 U.S. 488 (2009) ..................................................................................27

*WildEarth Guardians v. Jewell*,
    738 F.3d 298 (D.C. Cir. 2013) ..................................................................28

**Statutes and Regulations**

5 U.S.C. § 702 ...................................................................................................29

5 U.S.C. § 704 ...................................................................................................29

5 U.S.C. § 706 ............................................................................................ *passim*

40 U.S.C. § 8106 ........................................................................................ *passim*

42 U.S.C. § 4332 ...........................................................................................9, 33

54 U.S.C. § 100101(a) .........................................................................................8

36 C.F.R. § 1.5 ...................................................................................................21

36 C.F.R. § 7.96 ......................................................................................... *passim*

**Other Authorities**

Exec. Order No. 14,189 (Jan 29, 2025) ...............................................................9

National Capital Region; America250 Events,
    90 Fed. Reg. 25,498 (June 17, 2025) ...................................................5, 9, 10

**INTRODUCTION**

This Nation's public monuments should not be loaned out for private exploitation.

On June 14, 2026—President Donald J. Trump's 80th birthday—the Ultimate Fighting Championship ("UFC") intends to stage, and profit from, a night of professional cage fights on the South Lawn. Billed as "UFC Freedom 250," the event will feature fighter face-offs at the Lincoln Memorial, fighter walkouts from the Oval Office, and mixed martial arts bouts inside a 92-foot-tall, 600-ton steel structure the UFC calls "the Claw," now under construction steps from the Executive Residence. Advertisements for companies like Crypto.com will be splashed alongside the White House and the Lincoln Memorial, and Paramount Plus will charge anyone who hopes to tune in $8.99 for a premium subscription. Defendants—the National Park Service, Department of the Interior, and the officials who administer the Nation's most sacred monumental parklands—have authorized all of this.

That authorization was unlawful. Federal law tightly restricts private use of the Capital's monumental spaces. The Park Service's Capital Region Regulation forbids sporting events from being held on the South Lawn and at the Lincoln Memorial; the Park Service's Organic Act bars the erection of "structures" on the District's federal grounds absent congressional authorization; and the National Environmental Policy Act requires environmental review before major federal actions affecting these lands. In the face of these restrictions, a narrow temporary rule provides the only potential basis for Defendants' authorization of UFC Freedom 250. That temporary rule exempts from usual permitting requirements and other restrictions events "planned, organized, and executed by executive departments and agencies or the Semiquincentennial Commission for the celebration of the 250th anniversary of American Independence." National Capital Region; America250 Events, 90 Fed. Reg. 25,498 (June 17, 2025) (the "America250 Exemption").

But that exemption cannot furnish the basis to authorize UFC Freedom 250. The event is not being "planned, organized, and executed by executive departments and agencies or the Semiquincentennial Commission." Rather, recent reporting reveals that the UFC, a private, for-profit fight promotion, is planning, organizing, and executing all aspects of the event as it would any other for-profit fight night—offering VIP packages for $1.5 million, selling major brands the opportunity to advertise alongside the nation's most iconic monuments, and touting the event as a key opportunity for its broadcast partner, Paramount Plus, to obtain new subscribers. Although executive agencies, including in particular Defendants, have *authorized* those activities, they are not—and legally could not—plan, organize, or execute them.

The congressionally charted Semiquincentennial Commission, known colloquially as "America 250," is likewise playing no role. And reporting by MS Now published just two days ago, on June 4, 2026, revealed that "Freedom 250," a competing public-private partnership created by the Trump administration to execute semiquincentennial events, is likewise uninvolved. According to that reporting, "a Freedom 250 spokesperson said the White House fight, billed as 'UFC Freedom 250,' is not affiliated with the organization and shares only its branding."[1]

In short, no executive agency, department, or semiquincentennial commission has "planned, organized, and executed" UFC Freedom 250. And judging by its date and the publicly available details, the event will be a celebration of the UFC, its advertisers and broadcast partner, and President Trump's birthday, not "the 250th anniversary of American Independence." The America250 Exemption thus cannot provide the basis to authorize the event. For that reason, and

---

[1] Jake Traylor & Soorin Kim, *America's 250th: A welcome 'distraction' for the White House*, MS Now (June 4, 2026), https://www.ms.now/news/trump-july-4-freedom-250-america-250-funding-ufc-concert.

several others, Plaintiffs are likely to prevail on the merits of their challenge to Defendants' authorization decisions.

Plaintiffs have been injured by that decision already, and those injuries compound each day. Plaintiff Susan Douglas is an activist and organizer who frequently visits the White House and Lincoln Memorial areas. Douglas is suffering aesthetic injury caused by the ongoing construction of the Claw and impending desecration of the Lincoln Memorial, physical and expressive injuries caused by the access restrictions Defendants have imposed to facilitate event preparations, and procedural injury from the lack of any opportunity to participate in environmental review. Plaintiff Paul Romano is a retired Air Force Sergeant, Vietnam War veteran, and part-time ride-share driver. Romano is suffering dignitary injuries caused by the proposed use of the Lincoln Memorial and resulting effects on the Vietnam Veterans Memorial, and aesthetic injuries caused by the Claw.

Plaintiffs move for a temporary restraining order, or, alternatively, an expedited preliminary injunction. The event is imminent: weigh-ins at the Lincoln Memorial are scheduled for the evening of June 13, and the fights are set for the night of June 14. Construction of the Claw and related structures is destroying the South Lawn as this motion is filed. Plaintiffs' injuries accordingly are ongoing and preliminary relief is warranted to prevent them from compounding further. Plaintiffs satisfy each requirement for such relief, and respectfully ask the Court to immediately restrain and enjoin Defendants from authorizing the event and the associated construction pending further proceedings.

## BACKGROUND

I.      **The South Lawn, President's Park, the Lincoln Memorial, and the National Mall are protected federal parklands at the symbolic heart of the Nation's capital.**

President's Park comprises the White House and its grounds, including the South Lawn, Lafayette Park, and the Ellipse, together with the surrounding sidewalks. Despite its name, President's Park does not belong to the President and may not be exploited as his whims dictate. Rather, the park is a unit of the National Park System administered by the National Park Service. The National Mall and the Lincoln Memorial are likewise administered by the Park Service as part of its National Mall and Memorial Parks group.

Like all national parklands, these cherished spaces are held and managed in trust for the public. Under the Park Service's Organic Act, the Service must manage the lands in its care so as to "conserve the scenery, natural and historic objects, and wild life in the System units and to provide for the enjoyment of the same in such manner and by such means as will leave them unimpaired for the enjoyment of future generations." 54 U.S.C. § 100101(a).

II.     **Federal law and NPS regulations strictly limit private use of the capital's national monumental spaces.**

To preserve the sanctity and character of Washington's national monumental spaces, including President's Park and the Lincoln Memorial, federal law and regulations strictly limit their uses.

*First*, under 36 C.F.R. § 7.96, the Park Service's overarching regulation for the National Capital Region (the "Capital Region Regulation"), strict permitting restrictions apply to "special events," a defined term that includes all "sports events." 36 C.F.R. § 7.96(g)(1)(ii). In general, "special events may be held only pursuant to a permit." *Id.* § 7.96(g)(2). Within "the White House area," which includes the South Lawn along with the rest of President's Park, "[n]o permit may be issued authorizing special events" unless the event is held at the Ellipse or is the annual

8

commemorative wreath-laying ceremony in Lafayette Park. *Id.* § 7.96(g)(3)(i). As for the Lincoln Memorial, "special events are not allowed" under any circumstances, with the single exception of the "official annual commemorative Lincoln birthday ceremony." *Id.* § 7.96(g)(3)(ii)(B).

*Second*, under the National Environmental Policy Act (NEPA), before undertaking any "major Federal action significantly affecting the quality of the human environment," the responsible official must prepare either an environmental assessment or a more comprehensive environmental impact statement. 42 U.S.C. § 4332(2)(C).

*Third*, under 40 U.S.C. § 8106, a provision of the Park Service's Organic Act, no "building or structure" may be "erected" on "any reservation, park, or public grounds of the Federal Government in the District of Columbia" except as authorized by Congress.

**III.    A Park Service temporary rule exempts certain government-run America250 events from the usual regulatory limits—but only those events, and without waiving environmental review or displacing the limits on erection of structures.**

On June 17, 2025, the Park Service published a temporary rule titled "National Capital Region; America250 Events." 90 Fed. Reg. 25,498. The rule, which rests on Executive Order 14,189 (Jan. 29, 2025), added a new subsection, 36 C.F.R. § 7.96(g)(8), to the Capital Region Regulation (the "America250 Exemption"). As relevant here, the America250 Exemption provides that the usual "restrictions, limitations, closures, prohibitions, priority use designations, and other requirements for special events . . . do not apply to the 'America250' events, which are those special events planned, organized, and executed by executive departments and agencies or the Semiquincentennial Commission for the celebration of the 250th anniversary of American Independence."

By its plain terms, the Exemption applies only to events "planned, organized, and executed by executive departments and agencies or the Semiquincentennial Commission," and only to events "for the celebration of the 250th anniversary of American Independence." It does not reach

9

events planned, organized, or executed by private parties, nor events held for private commercial purposes.

The America250 Rule does not purport to displace the congressional-authorization requirement of 40 U.S.C. § 8106—nor could it, as a temporary rule may not contradict a duly enacted federal statute.

The America250 Rule also does not waive NEPA. To the contrary, the Park Service has confirmed that each permit issued under the Rule "will be subject to the appropriate NEPA process at that time," and claimed a categorical exclusion for the Rule itself only on the ground that the Rule "do[es] not directly authorize any activity." 90 Fed. Reg. 25,500. The obligation to conduct NEPA review therefore attaches to each individual permit.

**IV.    President Trump has arranged for the UFC to stage an event, UFC Freedom 250, on the White House South Lawn to celebrate his 80th birthday.**

Mixed martial arts is a combat sport that combines boxing, kickboxing, clinch fighting, stand-up and ground grappling, and ground strikes. A bout may end by knockout, technical knockout, or submission, or be decided by ringside judges if the scheduled number of rounds concludes without a decisive outcome.

The UFC is the largest American MMA promotion and is owned and controlled by TKO Group Holdings, Inc. (TKO), a publicly traded corporation that also owns World Wrestling Entertainment. The UFC stages its fights inside its proprietary "Octagon," an octagonal cage of six-foot vinyl-coated chain-link fencing.

UFC Freedom 250 is scheduled to occur at the White House on the evening of Sunday, June 14, 2026. The fight card is scheduled to feature seven MMA bouts, culminating with two title

fights. The fighters competing in those two "main event" bouts will start their walkouts inside the Oval Office itself.[2]

UFC President and CEO Dana White has been a friend of Trump's for at least two decades.[3] White introduced Trump at the 2024 Republican National Convention, and Trump routinely attends UFC events as White's guest.[4]  And June 14 happens to be Trump's 80th birthday.

Despite the date (and his close friendship with the President) White has denied that the event is meant to be a birthday celebration, presenting it instead as a celebration of "the 250th birthday of America."[5] Yet White has also admitted that the event was "Trump's idea,"[6] and the timing belies the official story. The UFC almost always holds its domestic events on Saturday nights, not Sundays; it appears not to have held a Sunday-night event in the United States in nearly seven years.[7] Notably, July 4, 2026—America's actual "250th birthday"—is a Saturday on a holiday weekend, yet the UFC is holding no event that day, at the White House or anywhere else.[8]

---

[2] Sean Gregory, *How Dana White Took the UFC From the Fringes to the White House*, Time (May 26, 2026), time.com/article/2026/05/26/dana-white-ufc-white-house-fight-interview/.

[3] *UFC White House Event With Trump and Dana White: What to Know*, Rolling Stone (May 2026), https://www.rollingstone.com/politics/politics-features/ufc-white-house-event-trump-dana-white-1235569199/ [https://archive.is/edxd4].

[4] *Id.*

[5] *Id.*

[6] Alexander Hall, *Dana White says 'I don't give a s---' if Trump friendship costs him business, 250th event was Trump's idea*, Yahoo Sports (May 6, 2026), https://sports.yahoo.com/articles/dana-white-says-dont-trump-131702322.html.

[7] *See* Wikipedia, List of UFC Events, https://en.wikipedia.org/wiki/List_of_UFC_events (last accessed June 4, 2026). Although some recent UFC events have been held on Sundays, those events all appear to have been held overseas. For instance, UFC 325 was held on Sunday, February 1, 2026, but took place in Sydney, Australia. The most recent domestic UFC event held on a Sunday appears to have been "UFC on ESPN: Ngannou v. Velasquez," which aired on Sunday, February 17, 2019.

[8] *See* UFC, Events, https://www.ufc.com/events.

11

## V.    Weigh-ins and face-offs for UFC Freedom 250 will be held at the Lincoln Memorial.

Along with the nearby war memorials and Arlington National Cemetery, the Lincoln Memorial is one of the American republic's most sacred monuments. Its dedicatory inscription refers to the building as a "temple;" its two chambers bear the texts of Lincoln's Gettysburg Address and the Second Inaugural; and its eighteenth step marks the spot from which Dr. Martin Luther King Jr. delivered his "I Have a Dream" oration. Read as a whole, the Memorial is a solemn, moving homage to the Nation's greatest President, the union soldiers who died to preserve the Union, and the emancipation of Black Americans from slavery.

"Solemn" and "moving" are not descriptors that would ever be applied to a UFC weigh-in. Because fighters traditionally "face off" just inches from one another after weighing in, weigh-ins tend to be raucous, profane, and sometimes violent affairs. For instance, just a few weeks ago, at the UFC 328 weigh-in, fighter Sean Strickland called his opponent, Khamzat Chimaev, a "son of a whore" and a "bitch."[9] Other past weigh-ins have spiraled into violence, including at least one all-out brawl.

The UFC has announced that the UFC Freedom 250 ceremonial weigh-ins and face-offs will be held at the Lincoln Memorial on the evening of June 13.[10] On information and belief, Defendants have authorized, and the UFC plans to use, sound amplification equipment as part of that event. As the Lincoln Memorial stands just a few hundred yards away from the Vietnam Veterans Memorial, such amplification is likely to disturb the usual tranquility of both monuments.

---

[9] Jed Meshew, *Sean Strickland rips 'cheating f*ck' Khamzat Chimaev at UFC 328 weigh-ins, accuses him of not making weight*, Yahoo Sports (May 8, 2026), https://sports.yahoo.com/articles/sean-strickland-rips-cheating-f-230328515.html.

[10] *What we know about the UFC fight at the White House*, CNN (June 1, 2026), https://www.cnn.com/2026/06/01/politics/what-we-know-ufc-fight-white-house.

**VI.    Reporting published in recent days reveals that no department, agency, or commission is playing even an arguable role in organizing UFC Freedom 250.**

No executive department or agency is playing a significant role in the planning, organizing, and executing of UFC Freedom 250. The UFC selected, hired, and announced the fighters;[11] designed and is supervising installation of the physical facilities;[12] and will in every material sense execute the festivities on the nights of June 13 and 14. The only arguable exception will be security, which the Secret Service is coordinating for all semiquincentennial events.[13]

Moreover, recent reporting establishes that no official semiquincentennial commission is planning, organizing, and executing the event, either. America 250, the congressionally authorized commission for semiquincentennial events, is not involved.[14] America 250 is notably the "Semiquincentennial Commission" identified in the America250 temporary rule.

A second entity, called "Freedom 250" and created pursuant to executive order, is also involved in executing semiquincentennial events.[15] But that entity is not an official commission; it is instead a "wholly owned subsidiary" of the National Park Foundation, the National Park Service's official, congressionally chartered charity.[16]

---

[11] Josh Peter & Jace Evans, *UFC White House card announced: Who's fighting at White House event?*, USA Today (Mar. 7, 2026), https://www.usatoday.com/story/sports/ufc/2026/03/07/ufc-white-house-card-fight-list-revealed-ufc-freedom-250/89048004007/.

[12] Michael Rothstein, *Everything to know about the UFC White House centerpiece: the claw*, ESPN (June 4, 2026), https://www.espn.com/mma/story/_/id/48946908/ufc-freedom-250-white-house-claw.

[13] Tom Fitzgerald, *Massive security plan unveiled for America 250 events*, Fox 5 DC (June 2, 2026), https://www.fox5dc.com/news/massive-security-plan-unveiled-america-250-events.

[14] *See* America 250, https://america250.org (listing a series of events that does not include UFC Freedom 250).

[15] *See* Freedom 250, https://www.freedom250.org/.

[16] National Park Foundation, Freedom 250 FAQs, https://www.nationalparks.org/freedom-250-faqs.

13

In reporting published just two days ago, on June 4, 2026, a Freedom 250 spokesperson clarified that Freedom 250 is *not* behind UFC Freedom 250 (despite the name).[17] That reporting contradicted earlier reporting indicating that Freedom 250 was organizing the event.[18] That recent revelation—which means that no executive department, agency or semiquincentennial commission is playing a significant role in the planning, organizing, or executing of UFC Freedom 250—is why this motion is being brought now.

**VII.  Other recent reporting establishes that UFC Freedom 250 is being planned, organized, and executed as a private, for-profit endeavor in all material respects.**

In material terms, as well as formal ones, UFC Freedom 250 is being planned and operated as a private, for-profit commercial endeavor. In recent days, the publicly reported evidence to that effect has grown overwhelming. The UFC is fronting the event's costs, selling VIP packages for millions of dollars, and bragging publicly about the once-in-a-generation opportunity to promote its brand. The UFC's key broadcast partner is treating the event as a crucial step toward recouping its multi-billion-dollar investments in the UFC. And advertisers big and small are scrambling to place their products in close proximity to the Nation's most iconic monuments. None of this suggests, or is compatible with, a publicly planned and executed celebration of a national anniversary.

---

[17] Traylor & Kim, *supra* n.1.

[18] *See, e.g.*, Melina Khan, *America250 and Freedom 250 celebrate the same thing. But they are different*, USA Today (June 2, 2026), https://www.usatoday.com/story/news/usa250/2026/06/02/america250-freedom-250-whats-the-difference/90367264007/ ("As part of the president's plans, Freedom 250 is organizing a UFC fight on the White House lawn").

*Financing.* UFC Freedom 250 is privately funded. Specifically, the event is estimated to cost roughly $60 million,[19] and White has claimed that the promotion is "eating the whole thing."[20]

*UFC's Potential Profits.* White has dubiously claimed that the UFC stands to lose "$30 million" on the event.[21] TKO president Mark Shapiro has likewise promised that the company "will not profit from the White House event *independently*."[22]

Despite these claims, the event will likely be profitable for UFC and its partners. The event's seating capacity will exceed 4,000, with the UFC controlling up to a third of the seats,[23] and White and TKO CEO Ari Emanuel each personally controlling 200.[24] Although the UFC denies that it is selling "tickets," reporting from several outlets establishes that it *is* offering "sponsorship packages" priced between $1 million and $1.5 million per head—packages that come

---

[19] Alex Weprin, *Inside the UFC's $60 Million Made-For-TV White House Gambit*, Hollywood Reporter (June 4, 2026), https://www.hollywoodreporter.com/business/business-news/inside-ufc-white-house-fight-dana-white-details-1236611686/.

[20] Adam Stern, *White: UFC to pay for entire White House card; no taxpayer funds being sought*, Sports Business Journal (Jan. 26, 2026), https://www.sportsbusinessjournal.com/Articles/2026/01/26/white-ufc-to-pay-for-entire-white-house-card-no-taxpayer-funds-being-sought/.

[21] *Id.*

[22] Weprin, *supra* n.19 (emphasis added).

[23] *See* Mary Whitfill Roeloffs, *Trump Says UFC Arena Could Be Permanent At White House—Everything We Know* About *The Upcoming Event*, Forbes (June 4, 2026), https://www.forbes.com/sites/maryroeloffs/2026/06/04/trump-says-ufc-arena-could-be-permanent-at-white-house-everything-we-know-about-the-upcoming-event.

[24] Josh Peter, *UFC invites A-listers to Freedom 250 at White House with tickets scarce*, Yahoo Sports (May 27, 2026), https://sports.yahoo.com/articles/ufc-invites-listers-freedom-250-190523696.html.

with a seat, VIP access to weigh-ins and press conferences, and admission to a pre-fight concert, but that do not include any conventional advertising or promotional benefits.[25]

If the reported $60 million total event cost is accurate, the UFC would need to sell just 40 such VIP packages for $1.5 million to break even. And that calculation does not include advertising revenue, which will be sizeable—for instance, the official UFC Freedom 250 logo also features the logos for Crypto.com and Ram trucks, two brands with eye-watering marketing budgets.[26]

***UFC's Long-Term Brand Profile.*** The UFC and TKO anticipate long-term financial upside well beyond the event itself. In remarks reported in late May, TKO President Mark Shapiro called UFC Freedom 250 "the greatest earned-marketing tool of all time," and a "once-in-a-generation moment" generating more "attention, awareness, and sampling . . . on that day alone" than the company could otherwise obtain in a year.[27] In other remarks, reported on June 4, Shapiro sounded a similar tune: "This is an investment for the long term. This is about earned media."[28]

***Paramount Plus Subscriber Acquisitions.*** The UFC's principal American broadcast partner stands to benefit, too. The UFC recently sold seven years of its broadcast rights to Paramount Skydance Corp.—run by Trump allies Larry and David Ellison—for $7.7 billion.[29] While UFC Freedom 250's preliminary fights may air for free on CBS (reports on that point are mixed), the high-profile main card, featuring two championship fights, will be available only on

---

[25] Elizabeth Flores, *UFC Freedom 250 event at White House offering $1.5M sponsorship packages*, Yahoo Sports (May 12, 2026), https://sports.yahoo.com/articles/ufc-freedom-250-event-white-152648381.html.

[26] *See* UFC, Freedom 250, https://www.ufc.com/freedom250.

[27] Gregory, *supra* n.2.

[28] Weprin, *supra* n.19.

[29] Alex Sherman, *Paramount buys UFC rights in $7.7 billion, 7-year deal in first major move post-Skydance merger*, CNBC (Aug. 11, 2025), https://www.cnbc.com/2025/08/11/paramount-buys-ufc-rights-skydance-merger.html.

the subscription platform Paramount Plus.[30] Subscriptions start at $8.99 per month, so the event gives Paramount a banner opportunity to begin recouping its outlay. In an interview reported earlier this week, Shapiro highlighted that very benefit, calling UFC Freedom 250 a "once-in-a-lifetime stage as a strategic investment to drive subscriber acquisition at Paramount."[31]

*Advertiser Benefits.* UFC's advertising partners likewise stand to benefit. UFC events typically feature remarkable quantities of prominent advertiser branding on the Octagon floor and padding. The cage at UFC's recent event in Newark, New Jersey, was typical. It featured advertising for—among many other brands—Monster (an energy drink), Polymarket (a prediction market), Stake (a gambling platform), Aviator (a video game), and at least five separate alcoholic beverages.[32]

At UFC Freedom 250 any such branding will be displayed in immediate proximity to the White House (or, for purposes of the weigh-ins, the Lincoln Memorial). UFC's own renderings of the event depict as many as two dozen brands on the cage floor and padding:

---

[30] Paramount, *UFC at the White House: Where to Watch* (May 15, 2026), https://www.paramountplus.com/sneak-peak/where-to-watch-white-house-ufc/.

[31] Weprin, *supra* n.19.

[32] *See* Photo by Chris Unger *from* Ryan Harkness, *Bogus stoppage? Fighters and fans react to ref stepping in on Van vs. Taira at UFC 328*, Yahoo Sports (May 9, 2026), https://sports.yahoo.com/articles/bogus-stoppage-fighters-fans-react-041321481.html.



*UFC's Own Rendering of UFC Freedom 250*[33]

Similar advertisements run at weigh ins. At the "UFC Vegas 118" weigh-in in June, 2026, for instance, advertisements for Paramount, Meta, and MMA Junkie prominently appeared behind the fighters. Given that the weigh-in for UFC Freedom 250 will occur at the Lincoln Memorial, such advertisements will run in and on one of the country's most sacred spaces.



*Weigh-in advertisements at UFC Vegas 118*

---

[33] Photo *from* Weprin, *supra* n.19, and there attributed to "UFC".

To sum up, the hallmarks of a for-profit sporting spectacle pervade the event: private financing of the buildout, private receipt of the (potentially very lucrative) proceeds, VIP access at premium prices, an exclusive broadcast expressly aimed at "acquiring" new paying subscribers, and corporate sponsors paying to have their brands on prominent display. President Trump, too, seems to view UFC Freedom 250 as an opportunity to profit: reporting published in late May revealed that earlier this year, he purchased up to $50,000 worth of TKO stock.[34]

## VIII.    The UFC is constructing a massive structure on the White House grounds to house its event, destroying the South Lawn in the process.

On May 26, 2026, the UFC began constructing a massive structure—which it calls "the Claw"—to house UFC Freedom 250 on the South Lawn.



*The Claw under construction*[35]

---

[34] S.V. Date, *Trump Bought Stock In UFC's Parent Company As He Promoted White House Fight*, Huffington Post (May 29, 2026), https://www.huffpost.com/entry/trump-ufc-stock-white-house-fight_n_6a19b50be4b0dade602f5c5c.

[35] Photo by Stuart Loeb *from* Kit Maher, *Trump suggests he won't take down UFC 'Claw' on White House lawn*, CNN (last updated June 4, 2026), https://www.cnn.com/2026/06/03/politics/ufc-white-house-claw-trump.

Built primarily of steel, the Claw is 92 feet tall, 154 feet wide, and weighs 600 tons.[36] Installing the Claw on the South Lawn has required the use of two 160-ton cranes.[37] The structure dwarfs the adjacent Executive Residence, which is only 70 feet tall at its highest point. White has admitted that the Claw and related construction are destroying the South Lawn, to the tune of at least $700,000 in damages.[38]

On June 3, 2026, President Trump posted a video on TikTok in which he suggested that the Claw may "never" be taken down.[39] Trump analogized the Claw to Paris's Eiffel Tower, which, in his words "was supposed to be taken down immediately after the World's Fair, and then they said, you know, we sort of like it."

## IX. Defendants have authorized UFC Freedom 250's use of the White House, Lincoln Memorial, and the associated construction, pursuant to the America250 Exemption.

Defendants in this action are the agencies and officials with regulatory jurisdiction over President's Park and the National Mall, including the Lincoln Memorial. They include the Park Service, its Acting Director, its Regional Director for the National Capital Region, the Department of the Interior, and the Interior Secretary. Officer Defendants have been sued only in their official capacities.

Defendants are responsible for enforcing the laws and regulations governing uses of the capital's national monuments. Under the Capital Region Regulation, Defendants have sole authority over whether to permit special uses of those spaces, including the South Lawn and

---

[36] Michael Rothstein, *Everything to know about the UFC White House centerpiece: the claw*, ESPN (June 4, 2026), https://www.espn.com/mma/story/_/id/48946908/ufc-freedom-250-white-house-claw.

[37] *Id.*

[38] Whitfill Roeloffs, *supra* n.23.

[39] @realdonaldtrump, *MAYBE WE'LL NEVER EVER TAKE IT DOWN*, TikTok (June 3, 2026), https://www.tiktok.com/@realdonaldtrump/video/7646865974712470815.

Lincoln Memorial. *See generally* 36 C.F.R. § 7.96. Defendants have authorized or otherwise allowed UFC Freedom 250 to use those spaces pursuant to the America250 Exemption to that regulation, 36 C.F.R. § 7.96(g)(8). To Plaintiffs' knowledge, Defendants have done so without conducting any assessment under NEPA; no public docket Plaintiffs have identified reflects any such assessment. And Defendants have authorized UFC Freedom 250 to erect structures, chief among them the 600-ton "Claw," despite Congress's not having authorized such structures to be erected.

Defendants have also imposed access restrictions pursuant to 36 C.F.R. § 1.5 on large portions of President's Park, including Lafayette Park, Sherman Park, the First Division Monument, and the Ellipse.[40] Those access restrictions have been in effect since May 20 and are scheduled to end on June 28.

**X.    By authorizing UFC Freedom 250's use of the South Lawn and Lincoln Memorial, the associated access restrictions and closures, and the erection of the Claw, Defendants have injured plaintiffs.**

Defendants' authorization of UFC Freedom 250 encompasses the event's use of the South Lawn and Lincoln Memorial; the ongoing associated construction, including the Claw; and the resulting park and road closures and access restrictions. Through their decisions to authorize those uses, Defendants have injured and are injuring Plaintiffs.

**A.    Susan Douglas**

Apart from a stint overseas doing intelligence work, Plaintiff Douglas has lived in the DC area continuously for over 50 years. Douglas Decl. ¶ 2. During that time, Douglas has very

---

[40] National Park Service, Record of Determination for a Temporary Closure of Certain Designated Park Areas Surrounding the White House for the Ultimate Fighting Championship (UFC) Freedom 250 Events to Include Event Setup and Removal 5/20/2026 through 6/28/2026 (Apr. 30, 2026), https://www.nps.gov/whho/learn/management/rod_ufc.htm.

frequently visited President's Park and the Lincoln Memorial. She cherishes those spaces for their aesthetic beauty and powerful symbolism of the American ideal of, in President Lincoln's words, "government of, by, and for the people." *Id.* ¶ 3.

In her retirement, Douglas has devoted herself to activism and organizing, including in particular activism and organizing aimed at preserving the physical beauty and cultural sanctity of the national capital and its monuments. *Id.* ¶ 4. As part of her organizing and activism work, Douglas has helped to plan and organize, and has participated in, many recent protests and other events at or near the White House and Lincoln Memorial. *Id.* ¶ 5.

Douglas has firm, concrete plans to visit President's Park and the Lincoln Memorial several times over the coming weeks. *Id.* ¶ 6. On June 8, Douglas will attend the Moral Monday protest adjacent to the White House. *Id.* On June 9, Douglas will be in the White House area to do scouting and preparation work for a protest planned for June 14. *Id.* On the evening of June 13, Douglas will walk across the Memorial Bridge to the Lincoln Memorial to protest President Trump, his disfigurement of the National Mall, and the UFC Freedom 250 weigh-ins. *Id.* And on June 14, President Trump's birthday, Douglas will attend an anti-Trump protest she is currently planning and organizing. *Id.* She has been engaged in planning that protest for two weeks. *Id.*

During her recent past visits to the White House and National Mall, Douglas has observed the construction connected with UFC Freedom 250, including in particular the so-called "Claw" currently being erected on the South Lawn. *Id.* ¶ 7. She expects to observe the same structures during her planned future visits on at least June 8, 9, 13, and 14. *Id.*

For Douglas, the erection of those structures, particularly the Claw, is disfiguring the iconic memorial landscape of downtown Washington, DC. *Id.* ¶ 8. Douglas has observed that the Claw dwarfs the adjacent White House and is visible from the National Mall. *Id.* Douglas finds the Claw

aesthetically hideous, and its erection next to the White House grotesque, particularly when juxtaposed with the now-ruined East Wing. *Id.*

The erection of the Claw and other structures for UFC Freedom 250 is causing and will continue to cause Douglas aesthetic injury by diminishing the personal enjoyment, experience of beauty, and feelings of national pride she previously experienced when observing the White House. *Id.* ¶ 9. Douglas similarly anticipates that the erection of structures for the weigh-ins at the Lincoln Memorial will cause her aesthetic injury when she visits that Memorial on the evening of June 13. *Id.* ¶ 10.

Douglas travels to and around downtown Washington by Metro and on foot. *Id.* ¶ 12. Douglas is nearly 70 years old, and has painful osteoarthritis in both knees, for which she has undergone medical treatment. *Id.* ¶ 13. The UFC Freedom 250-related closures and access restrictions described above are causing Douglas to suffer additional knee pain. *Id.* ¶ 14. Those access restrictions make it difficult to anticipate how best to navigate the National Mall and President's Park on any given day, and have caused her to have to take circuitous routes different from those she had planned to reach her destination. *Id.* Douglas is committed to continuing her activist and organizing work, notwithstanding the pain walking causes her, and the closures and access restrictions have and will continue to magnify the pain she suffers. *Id.*

As part of the protests she organizes, she and other activists routinely employ props—for instance, a canvas replica of the Constitution used for the No Kings protest. *Id.* ¶ 15. For the June 14 protest, she and other activists intend to display caricature-style papier mâché figures of President Trump, Defense Secretary Hegseth, and other administration figures inside a bamboo "cage." *Id.* Alongside that display, they plan to erect a sign reading "The only cage we need." *Id.* Such props help Douglas and her colleagues send a more powerful, effective symbolic message

23

by attracting significant public and media attention. *Id.* For instance, their props were photographed and published by several news outlets after the No Kings 3 protest. *Id.*

The UFC Freedom 250 closures and access restrictions are making it far more difficult for Douglas to plan for and execute transportation of large props on foot. *Id.* ¶ 16. Those props are heavy and are already difficult to move because of Douglas's osteoarthritis. *Id.* The access restrictions have significantly increased the difficulty, burdening her ability to organize and engage in First Amendment-protected expression. *Id.*

Douglas has personally participated in opportunities to comment publicly on projects that affect the physical and cultural landscape of downtown Washington. *Id.* ¶ 17. Had there been an opportunity to testify or otherwise provide public comment in opposition to UFC Freedom 250, including in particular its disfigurement of the White House façade and destruction of the White House South Lawn, Douglas would have done so. *Id.* ¶ 18. But Defendants provided no such opportunity.

### B.    Paul Romano

Like Douglas, Romano has lived in the DC area for most of his life. Romano Decl. ¶ 4. Romano is a Vietnam War veteran, having served in the United States Air Force from 1969 through 1973 as a medevac crew member. *Id.* ¶ 2. He retired from the Air Force as a Sergeant. *Id.* After leaving the military, Romano attended college, worked in private industry, and served as a police officer for the Department of Defense. *Id.* ¶ 3. As part of that latter work, from 2011 to 2012, he was assigned to drive civilian, military, and intelligence personnel throughout Afghanistan. *Id.* He is now largely retired, volunteers, and drives for a ride-sharing company. *Id.* Romano has been active in his community, and previously ran for the Fairfax County Board of Supervisors as a Republican. *Id.* ¶ 4.

24

In his current work as a ride-share driver, and to visit family, Romano drives along the National Mall and past the Lincoln Memorial several times a week. *Id.* ¶ 5. He believes that the monuments there, including the Vietnam Veterans Memorial and the Lincoln Memorial, are sacred spaces. *Id.* In particular, the Vietnam Veterans Memorial honors several men Romano knew personally who were killed in that war. *Id.* ¶ 6. Romano has visited the Memorial twice, and has found both visits to be enormously difficult emotionally. *Id.* Romano considers the Vietnam Veterans Memorial's quiet tranquility to be among its most moving and powerful features. *Id.* ¶ 7. That tranquility both honors the fallen and allows those who have come to pay their respects an opportunity to reflect and remember without interruption. *Id.*

Romano is concerned that the UFC Freedom 250 weigh-ins at the Lincoln Memorial will likely involve sound amplification, and so will disturb the tranquility of the nearby Vietnam Veterans Memorial. *Id.* ¶¶ 8–11. Romano considers such disturbance of the Vietnam Veterans Memorial's otherwise-permanent and legally mandated tranquility to be a grave desecration and a personal dignitary injury. *Id.* ¶ 12.

Romano also cherishes the Lincoln Memorial itself as a moving and powerful tribute to the servicemembers who fell in the Civil War. *Id.* ¶ 13. In part because of his appreciation for the Lincoln Memorial, Romano has spoken out against and protested the planned Memorial Circle Triumphal Arch, which in Romano's view will interrupt and deface the physical landscape currently defined by the Lincoln Memorial on one end and Arlington National Cemetery on the other. *Id.* ¶ 14. Romano finds the Lincoln Memorial's use for a private, for-profit sporting event to be both an aesthetic travesty and an offense to his dignity, that of other veterans, and the monument itself. *Id.* ¶ 16.

25

As part of his work as a driver, Romano has already driven by the "Claw" structure under construction on the White House lawn ten to fifteen times, and expects to continue doing so regularly. *Id.* ¶ 17.  Romano finds the Claw aesthetically and symbolically disgusting. *Id.* ¶ 18. Its presence on the South Lawn ruins what is otherwise one of the most enjoyable parts of his work as a driver: the opportunity to appreciate the aesthetic beauty and coherence of President's Park, the White House, and the monuments on the National Mall as he drives by them.

## LEGAL STANDARD

The standard for a temporary restraining order is the same as that for a preliminary injunction. A movant must establish that it is likely to succeed on the merits, that it is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in its favor, and that an injunction is in the public interest. *Media Matters for Am. v. Paxton*, 138 F.4th 563, 573 (D.C. Cir. 2025) (citation omitted). "'When the Government is the opposing party' . . . the balance-of-equities and public-interest factors 'merge,' and courts address those factors together." *LULAC v. Exec. Off. of the President*, 780 F. Supp. 3d 135, 169 (D.D.C. 2025) (quoting *Nken v. Holder*, 556 U.S. 418, 435 (2009) (citation modified)).

## ARGUMENT

### I.     Plaintiffs are likely to succeed on the merits of their claims.

Plaintiffs satisfy the first and most important requirement for a temporary restraining order because they are likely to establish Article III standing and prevail on the merits of their administrative-law claims.

### A.     Plaintiffs are likely to establish standing.

Plaintiffs are likely to establish Article III standing, as Defendants' authorization of UFC Freedom 250 is inflicting concrete and imminent injuries on them.

*Aesthetic injuries.* Both Plaintiffs are suffering aesthetic injuries from the erection of "the Claw" on the South Lawn, and Plaintiff Douglas will suffer aesthetic injury if the UFC Freedom 250 weigh-ins are permitted to occur at the Lincoln Memorial. "It is well-settled that the 'desire to use or observe' something, 'even for purely [a]esthetic purposes, is undeniably a cognizable interest for purpose of standing.'" *Nat'l Trust for Historic Pres. v. NPS*, 821 F. Supp. 3d 62, 69 (D.D.C. 2026) (quoting *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 562–63 (1992)). As frequent visitors to the National Mall, including the areas near the White House and Lincoln Memorial, each Plaintiff "'use[s] the affected area' around the White House and is the type of person 'for whom the aesthetic and recreational values of the area will be lessened by'" Defendants' violations. *Id.* (quoting *Friends of the Earth v. Laidlaw*, 528 U.S. 167, 183 (2000)).

Each Plaintiff has also pleaded and attested to far "more than a vague desire to visit the affected space sometime in the future." *Id.* (internal quotations omitted). Douglas regularly travels to the affected areas for protests and has specific plans to visit on four occasions between now and the conclusion of UFC Freedom 250, including on the nights of both the weigh-ins, June 13, and the June 14 fights. It is irrelevant that Douglas chooses to protest near the White House: The White House is not a nuisance, causing cognizable harm only to those who have the misfortune of living near it, but is instead an attraction, which when damaged harms those who use and enjoy it. *See Summers v. Earth Island Inst.*, 555 U.S. 488, 494 (2009). And Romano has no choice but to see the offending aesthetics, as he must frequently travel through the area for work. He therefore has no choice but to observe the desecration of these sites.

The D.C. Circuit has routinely held cognizable injury to exist in similar circumstances. *See Sierra Club v. FERC*, 827 F.3d 59, 66 (D.C. Cir. 2016) (finding standing based on allegations of aesthetic and recreational harms from "greater tanker traffic" in waterway); *Sierra Club v. DOT*,

27

125 F.4th 1170, 1180–81 (D.C. Cir. 2025) (finding standing where train traffic caused "increased disruption" to members' "homes and in nearby scenic areas"); *Ctr. for Sustainable Econ. v. Jewell*, 779 F.3d 588, 596–97 (D.C. Cir. 2015) (concluding that organization's members who used waterways for recreational purposes would suffer harm to "aesthetic interests" by "additional leasing" in those waterways); *WildEarth Guardians v. Jewell*, 738 F.3d 298, 305–06 (D.C. Cir. 2013) (finding members' "aesthetic interests in the land" and "specific plans to visit the area regularly for recreational purposes" sufficient for standing).

***Dignitary and emotional injuries.*** Beyond aesthetic harms, Plaintiffs—particularly Romano, a Vietnam War veteran—suffer the dignitary and emotional harms that come from national memorials being used for corrupt purposes. Courts in this District have frequently found that plaintiffs have adequately alleged a cognizable injury based on allegations of emotional distress. *See, e.g.*, *Henkel v. Dep't of Educ.*, No. CV 24-1676, 2025 WL 2049267, at *11 (D.D.C. July 22, 2025). Accordingly, an injury and standing should also arise where, as here, a memorial is defiled or disrespected. Here, the Lincoln Memorial—a symbol of Union soldier sacrifice—will be used for a corrupt for-profit event, while the tranquility of the Vietnam Veterans Memorial will be upset by the blaring and likely vulgar spectacle of the weigh-in on June 13. Romano is not just a Vietnam War veteran: several of his childhood friends were killed in action and are honored by name at the Memorial. The prospect of the Vietnam Veterans Memorial being abused for such purposes is sickening to Romano, an injury which by itself confers standing.

***Procedural injuries.*** Defendants have blessed a massive construction project on the White House lawn without conducting any review under the National Environmental Policy Act. As set forth below, if Defendants had properly authorized UFC Freedom 250 under Park Service regulations—they did not, but if they had—NEPA would have required environmental review and

public comment. *See infra* § I.B.3. Because Defendants failed to conduct any review, Plaintiffs have been denied the opportunity for such comment.

Plaintiffs certainly would have taken such an opportunity. Both Plaintiffs are engaged citizens, and both recently testified before the National Capital Planning Commission about the "Arch" that President Trump proposes to build between the Lincoln Memorial and Arlington Cemetery. They would have given similar testimony in opposition to UFC Freedom 250 and its associated events and construction. But because no NEPA review occurred, Plaintiffs were unable to voice their objections on the public record. Without access to the statutorily mandated reviews and reports, Plaintiffs have been "deprived . . . of key information" and precluded from registering their opposition through the government's "normal process of submitting . . . complaints." *PETA v. USDA*, 797 F.3d 1087, 1093–95 (D.C. Cir. 2015). This injury alone is sufficient to confer standing.

***Causation and Redressability.*** Plaintiffs are likely to satisfy the other requirements for standing. Plaintiffs' alleged harms are "fairly traceable to the challenged action" and "a favorable decision will likely redress" them. *City of Scottsdale v. FAA*, 37 F.4th 678, 679 (D.C. Cir. 2022). The UFC Freedom 250 travesty would not occur but for the Defendants' authorization, and an injunction from this Court will stop the event, and its commensurate harms, from ever occurring.

## B. Plaintiffs are likely to prevail on the merits of their administrative-law claims.

Defendants' authorization of UFC Freedom 250 and its associated construction is a final agency action subject to judicial review under 5 U.S.C. §§ 702, 704, and 706. Under the Administrative Procedure Act, an agency action is final if it meets two conditions. First, "it must 'mark the consummation of the agency's decisionmaking process.'" *Safari Club Int'l v. Jewell*, 842 F.3d 1280, 1289 (D.C. Cir. 2016) (quoting *Bennett v. Spear*, 520 U.S. 154, 177–78 (1997).

Second, "the action must be one by which rights or obligations have been determined, or from which legal consequences will flow." *Id.* Defendants' authorization of UFC Freedom 250 meets both those standards, because it provides the sole legal basis for the UFC's already-underway use of the South Lawn and Lincoln Memorial. Plaintiffs are likely to prevail on one or more of three grounds challenging the validity of that authorization.

> **1.    Defendants violated the Park Service's own Capital Region Regulation by authorizing use of the South Lawn and the Lincoln Memorial for a sports event.**

Under the Capital Region Regulation's permanent criteria, special events may be held on covered parklands, including President's Park and the National Mall, pursuant only to a valid permit. 36 C.F.R. § 7.96(g)(2). UFC Freedom 250 is a "special event," within the terms of the regulation, because it is a "sports event." *Id.* § 7.96(g)(1)(ii). The regulation authorizes permitting of special events within President's Park only on the Ellipse, not the South Lawn, *id.* § 7.96(g)(3)(i), and forbids special events at the Lincoln Memorial under all circumstances save one (the annual Lincoln birthday ceremony), *id.* § 7.96(g)(3)(ii). Defendants therefore could not issue a permit for UFC Freedom 250 under the regulation's permanent criteria. Federal agencies are, of course, required "to follow their own rules." *Steenholdt v. FAA*, 314 F.3d 633, 639 (D.C. Cir. 2003).

It follows that Defendants' authorization necessarily rested on the America250 Exemption, 36 C.F.R. § 7.96(g)(8). But the Exemption does not apply. It reaches only events "planned, organized, and executed by executive departments and agencies or the Semiquincentennial Commission" and held "for the celebration of the 250th anniversary of American Independence." UFC Freedom 250 meets neither criterion.

*First*, UFC Freedom 250 is a private, for-profit fight promotion planned, organized, and executed by the UFC, its broadcast partner, and its advertisers, not by an executive agency or

department. The America250 Exemption uses a conjunctive "and" to connect its key terms "planned," "organized," and "executed."  For an event to qualify for the exemption, an executive agency or department (or commission) would accordingly need to do all three of those things. No agency is; at most, the Secret Service is planning, organizing, and executing the event's security, but neither it nor any other agency has played any material role in planning, organizing, and executing the core aspects of the event.

Nor has any "Semiquincentennial Commission" played such a role.  Neither the official, congressionally authorized semiquincentennial commission (America 250) nor the administration's opaque public-private entity (Freedom 250) is behind UFC Freedom 250. Freedom 250's own spokesperson confirmed as much in reporting published just two days ago, contradicting previous reporting.[41] So, even assuming *arguendo* that Freedom 250 qualifies as the "Semiquincentennial Commission" in the sense that term is used in the America250 Exemption, its involvement cannot ground Defendants' approval of the event.

All other recent reporting about UFC Freedom 250 confirms that the event is being planned, organized, and executed as a private, for-profit business venture. As set forth above, VIP packages are being sold for millions of dollars, UFC executives are touting the "subscriber acquisition" benefits to Paramount, and advertisers stand to have their brands receive the imprimatur of proximity to the Nation's most iconic monuments. These are hallmarks of the very thing the Capital Region Regulation's strict permitting scheme aims to prevent: cynical exploitation of national parkland and sacred national monuments by private, profit-motivated endeavors.

---

[41] Traylor & Kim, *supra* n.1.

31

*Second*, UFC Freedom 250 is not being held "to celebrate the 250th anniversary of American Independence." Rather, its purpose is to realize its organizers' business objectives while also honoring the President. It is, in that sense, a corrupt bargain. The President's administration is granting the UFC an extraordinary business opportunity it may not lawfully grant, and in exchange the UFC is throwing an event at which its leadership, fighters, advertisers, and various celebrities will all pay tribute to the President on his birthday.

For both these reasons, the America250 Exemption does not apply to UFC Freedom 250. Defendants' contrary determination disregarded UFC Freedom 250's plainly commercial and private character and the regulation's plain text. The decision to authorize the event was therefore arbitrary, capricious, an abuse of discretion, and in excess of statutory authority within the meaning of 5 U.S.C. § 706(2)(A) and (C). *See, e.g.*, *Nat'l Env't Dev. Assoc.'s Clean Air Project v. EPA*, 752 F.3d 999, 1011 (D.C. Cir. 2014). Absent the exemption, the categorical prohibitions of 36 C.F.R. § 7.96(g)(3) apply, meaning no permit may lawfully issue for a sports event on the South Lawn or at the Lincoln Memorial. Plaintiffs accordingly are likely to prevail on the merits of their claim under Count I of the Complaint.

### 2. Defendants violated the Park Service's Organic Act by permitting the erection of the Claw without congressional authorization.

Under 40 U.S.C. § 8106, a provision of the Park Service's Organic Act, no "building or structure" may be erected on the public grounds of the District of Columbia under the charge of the Park Service except as expressly authorized by Congress. The Claw is a "structure"—a 92-foot-tall, 600-ton one—and it is currently being erected on the South Lawn of the White House. Yet Congress has not authorized its erection there, much less the permanent installation the President has suggested may be his intention.

By authorizing the erection of the Claw without congressional authorization, Defendants acted contrary to section 8106 of the Park Service's own authorizing statute, and therefore "not in accordance with law" and "in excess of statutory . . . authority" under 5 U.S.C. § 706(2)(A) and (C). Plaintiffs accordingly are likely to prevail on the merits of their claim under Count II of the Complaint.

> **3.      Alternatively, Defendants violated the National Environmental Policy Act by authorizing the event and associated construction without adequate environmental review.**

The National Environmental Policy Act, 42 U.S.C. § 4332, requires a federal agency to prepare an environmental impact statement, or at least an environmental assessment, before undertaking a major federal action significantly affecting the quality of the human environment, unless a valid categorical exclusion applies. *See, e.g.*, *Nat'l Parks Conservation Ass'n v. Semonite*, 916 F.3d 1075, 1079 (D.C. Cir. 2019), *amended on reh'g in part*, 925 F.3d 500.

As set forth above and in Count I of the Complaint, Plaintiffs' lead claim is that UFC Freedom 250 is not a federal undertaking but an illegally authorized private, commercial one. But alternatively, insofar as Plaintiffs do not prevail on Count I, they are likely to prevail on Count III under NEPA. As this district has explained, "if the level of federal involvement in [a] nonfederal project amounts to the creation of a joint venture or partnership between the federal agency and a non-federal entity, federal courts have considered the arrangement to be a major federal action such that even the non-federal entity may be enjoined from violating NEPA." *Sierra Club v. DOA*, 777 F. Supp. 2d 44, 60 (D.D.C. 2011). And the America250 Rule did not waive NEPA; to the contrary, it committed each permit issued under § 7.96(g)(8) to "the appropriate NEPA process at that time." Accordingly, insofar as UFC Freedom 250 qualifies for the America250 Exemption as a form of joint public-private venture, it is subject to NEPA.

33

Yet Defendants appear to have authorized UFC Freedom 250 and the associated construction without preparing any environmental assessment or environmental impact statement, and without a valid categorical exclusion. No public docket reflects any such assessment. By authorizing the event without the review NEPA requires, Defendants acted "without observance of procedure required by law" and "not in accordance with law" under 5 U.S.C. § 706(2)(D) and (A). Plaintiffs accordingly are likely to prevail on the merits of their claim under Count III of the Complaint insofar as they do not prevail on Count I.

## II.    Plaintiffs will suffer irreparable harm absent emergency relief.

Plaintiffs will suffer irreparable harm absent a temporary restraining order (or preliminary injunction). Plaintiffs have alleged aesthetic, dignitary and emotional, and procedural harms from Defendants' misconduct. Each such harm is irreparable, as they are "seldom . . . adequately remedied by money damages" and are "often permanent or at least of long duration." *Brady Campaign to Prevent Gun Violence v. Salazar*, 612 F. Supp. 2d 1, 25 (D.D.C. 2009) (quoting *Amoco Prod. Co. v. Village of Gambell*, 480 U.S. 531, 545 (1987))*; see also Nat'l Trust for Historic Pres v. NPS*, No. 1:25-cv-4316 (RJL), 2026 WL 877779, at *14 (D.D.C. Mar. 31, 2026) (finding aesthetic injury irreparable); *EEOC v. BNSF Ry. Co.*, 902 F.3d 916, 929 (9th Cir. 2018), *as amended* (Sept. 12, 2018) (finding that "no legal remedy can fully right the wrong of . . . a dignitary affront."); *Fund For Animals v. Norton*, 281 F. Supp. 2d 209, 222 (D.D.C. 2003) (finding NEPA violation and aesthetic injury irreparable).

The harm here is irreparable in the most basic sense: it cannot be undone once it occurs. The event is scheduled for June 14, 2026, with weigh-ins the prior evening; the time for relief is now or never. Once the cage fights are staged on the South Lawn and the weigh-ins are held at the Lincoln Memorial, the violation of the character and sanctity of these monumental spaces will be complete and incapable of remedy through later proceedings.

34

The construction of the Claw inflicts separate and ongoing irreparable harm. The 92-foot steel structure is being erected on, and is destroying much of, the South Lawn as this motion is filed. Damage to these parklands cannot be remediated by money paid to Plaintiffs or by a later judgment. And under their alternative count, the procedural injury Plaintiffs have suffered—the deprivation of NEPA review before the action is taken—is itself irreparable, because the very purpose of that review is to inform the decision before the ground is broken and the event held. Each of these harms, individually and together, warrants emergency relief to preserve the status quo.

**III.     The balance of equities and the public interest favor emergency relief.**

The balance of equities and the public interest—which merge here, as the Government is the opposing party, *LULAC*, 780 F. Supp. 3d at 169—tip sharply in favor of relief. "There is generally no public interest in the perpetuation of unlawful agency action." *League of Women Voters of U.S. v. Newby*, 838 F.3d 1, 12 (D.C. Cir. 2016). Defendants have no legitimate interest in authorizing or otherwise allowing an event and a construction project that their own regulations and federal statutory law both forbid.

On the other side of the ledger lies a weighty public interest. President's Park, the National Mall, and the Lincoln Memorial are held in trust for the public and for future generations. Plaintiffs and the public have a profound interest in protecting these cherished monuments from unauthorized, commercial exploitation and from the environmental damage now being inflicted on them. A temporary restraining order or preliminary injunction will do no more than preserve the pre-authorization status quo, prevent further damage to the White House grounds, and ensure that Defendants comply with the law before the Nation's most sacred monumental spaces are turned over to a private, for-profit spectacle. That is where the equities and the public interest lie.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order that:

a.  temporarily restrains or preliminarily enjoins Defendants from authorizing or otherwise allowing the organizers of UFC Freedom 250 to use the South Lawn as the venue for any sporting event, including the cage fights scheduled for June 14, 2026;

b.  temporarily restrains or preliminarily enjoins Defendants from authorizing or otherwise allowing the organizers of UFC Freedom 250 to use the Lincoln Memorial as the venue for any sporting event, including the weigh-ins and face-offs scheduled for June 13, 2026;

c.  temporarily restrains or preliminarily enjoins Defendants from authorizing or otherwise allowing the organizers of UFC Freedom 250 to erect structures on the South Lawn, including in particular the structure known as "the Claw," and directing Defendants to take all steps necessary to ensure that further construction ceases entirely pending further order of the Court; and

d.  grants such other and further relief as the Court deems just and proper.

Dated: June 6, 2026                            Respectfully submitted,

                                               /s/ Samuel T. Ward-Packard

                                               **PUBLIC INTEGRITY PROJECT**
                                               Brendan Ballou
                                               D.C. Bar No. 241592
                                               Samuel T. Ward-Packard
                                               D.C. Bar No. 90005484
                                               ballou@publicintegrityproject.org
                                               sam@publicintegrityproject.org

                                               *Attorneys for Plaintiffs*

36

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on the Defendants in accordance with Federal Rule of Civil Procedure 5.

/s/ Samuel T. Ward-Packard
Samuel T. Ward-Packard

**CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULES 5.3 AND 65.1**

Pursuant to Local Rule 5.3, I hereby certify that on June 6, 2026, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system.

Pursuant to Local Rule 65.1(a), I certify that on June 6, 2026, I notified Defendants of this motion for a temporary restraining order by email sent to the Defendants or their representatives, at the time of the filing of this motion, at the following email addresses:

- Eric J. Hamilton, Deputy Assistant Attorney General, Federal Programs Branch, DOJ Eric.hamilton@usdoj.gov
- Alex Haas, Director, Federal Programs Branch, DOJ Alex.haas@usdoj.gov
- Jessica Bowron, Acting Director, National Park Service Jessica_bowron@nps.gov
- Jen Nersesian, Regional Director, National Capital Region, National Park Service, jen_nersesian@nps.gov
- Douglas Burgum, Secretary of the Interior Douglas.burgum@ios.doi.gov
- D.C. U.S. Attorney's Civil Process mailbox USADC.ServiceCivil@usdoj.gov

I further certify that copies of all pleadings and papers filed in this action to date or to be presented to the Court at a hearing on this motion will be transmitted to Defendants via overnight mail to the following addresses:

NATIONAL PARK SERVICE
Attn: Jessica Bowron
1849 C Street, N.W.
Washington, D.C. 20240

NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
Attn: Jen Nersesian
1100 Ohio Drive, SW
Washington, DC 20242

DEPARTMENT OF THE INTERIOR
Attn: Douglas Burgum
1849 C Street, N.W.
Washington, D.C. 20240

ATTORNEY GENERAL OF THE UNITED STATES
Todd Blanche
U.S. Department of Justice
950 Pennsylvania Avenue
N.W. Washington, D.C. 20530

UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
Jeanine Ferris Pirro c/o
Civil Process Clerk 601 D Street
N.W. Washington, D.C. 20201

Further, Pursuant to Local Rule 65.1(b), on Friday, June 5, 2025, Samuel T. Ward-Packard of the Public Integrity Project called the clerk of court and provided the civil help desk with notice that this application for a temporary injunction would be filed outside of regular business hours.

/s/ Brendan Ballou
Brendan Ballou

38