**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SUSAN DOUGLAS and PAUL ROMANO,

    *Plaintiffs*,

v.

NATIONAL PARK SERVICE, *et al.*,

    *Defendants*.

Civil Action No. 26-cv-2016

**DECLARATION OF SUSAN DOUGLAS**

I, Susan Douglas, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.     I moved to Washington, DC in 1969, attended high school in the District and college at American University. I worked for several years in the intelligence community, and lived in Germany for seven years in connection with that work and my then-spouse's work, but have otherwise lived exclusively in the Washington, DC area for over 50 years. I currently live in Alexandria, Virginia, and am retired.

3.     Over my decades of residency in the DC region, I have very frequently visited President's Park and the Lincoln Memorial. I cherish those spaces for their aesthetic beauty and powerful symbolism of the American ideal of, in President Lincoln's words, "government of, by, and for the people."

4.     In my retirement, I have devoted myself to activism and organizing, including in particular activism and organizing aimed at preserving the physical beauty and cultural sanctity of our national capital and its monuments.

1

5. As part of my organizing and activism work, I have helped to plan and organize, and have participated in, a number of recent protests and other actions near the White House and Lincoln Memorial. For instance:

- On October 24, 2025, I protested the illegal destruction of the East Wing outside the White House.

- On February 11, 2026, I attended the Walk for Peace at and around the Lincoln Memorial, and served for five hours as a volunteer safety marshal.

- On March 22, as part of planning for the No Kings 3 protest, I helped to scout a protest march route from Memorial Bridge to the Lincoln Memorial, on to Constitution Gardens, and then passing by the White House to access the DC Metro.

- On March 28, I joined 8,000 others in marching that route for the No Kings 3 protest, which included stopping at the Lincoln Memorial and taking pictures in front of its iconic façade.

- On April 7, 2026, I protested the illegal war in Iran outside the White House.

- On May 1, I attended the May Day Free DC protest at the Washington Monument, and marched holding a large canvas replica of the U.S. Constitution.

- On May 21, I testified against the Memorial Bridge Triumphal Arch at the Commission on Fine Arts meeting.

- From May 24 to 26, I participated in a three-day vigil at the Watergate Steps, across from the Lincoln Memorial, to protest the arch.

- I have also visited other parts of downtown DC, including the National Mall, Capitol, and Supreme Court areas, for protests or other activist work on April 1, April 24, May 20, June 2, and June 4.

All in all, I estimate that I have visited the White House and National Mall areas at least one time per week since this spring, before construction for UFC Freedom 250 began.

6.      I have firm, concrete plans to visit President's Park and the Lincoln Memorial in coming weeks. On June 8, I will attend the Moral Mondays protest adjacent to the White House. On June 9, I will be in the White House area to do scouting and preparation work for a protest planned for June 14. On the evening of June 13, I will walk across the Memorial Bridge to the Lincoln Memorial to protest President Trump, his disfigurement of the National Mall, and the UFC Freedom 250 weigh-ins. On June 14, President Trump's birthday, I will attend an anti-Trump protest I am currently planning and organizing. I have been engaged in planning that protest for two weeks.

7.      During my recent past visits to the White House and National Mall, I have observed the construction connected with UFC Freedom 250, including in particular the so-called "Claw" currently being erected on the South Lawn. I expect to observe the same structures during my planned future visits on at least June 8, 9, 13, and 14.

8.      The erection of those structures, particularly the Claw, is disfiguring the iconic memorial landscape of downtown Washington, DC. The Claw, which I understand to be 92 feet tall, dwarfs the adjacent White House and is visible from the National Mall. It is aesthetically hideous, and its erection next to the White House is grotesque, particularly when juxtaposed with the now-ruined East Wing.

9.      The erection of the Claw and other structures for UFC Freedom 250 is causing and will continue to cause me aesthetic injury by diminishing the personal enjoyment, experience of beauty, and feelings of national pride I previously experienced when observing the White House.

3

10. I similarly anticipate that the erection of structures for the weigh-ins at the Lincoln Memorial will cause me aesthetic injury when I visit that Memorial on the evening of June 13.

11. Since May 26, in connection with the construction of structures for UFC Freedom 250, large portions of President's Park have been closed or subject to access restrictions imposed by the National Park Service.

12. I travel to and around downtown Washington by Metro and on foot.

13. I am nearly 70 years old, and have painful osteoarthritis in both knees. Last year, I underwent 6 months of physical therapy for my knees, and I received injections of Orthovisc to replace lost cartilage in my knees. My medical providers have informed me that I should expect to have one or both knees replaced in coming years.

14. The UFC Freedom 250-related closures and access restrictions have injured and will continue to injure me by causing me to suffer physical pain. Those access restrictions make it difficult to anticipate how best to navigate the National Mall and President's Park on any given day, and have caused me to have to take circuitous routes different from those I had planned to reach my destination. I am committed to continuing my activist and organizing work, notwithstanding the pain walking causes me, and the closures and access restrictions have and will continue to magnify the pain I suffer.

15. The closures and access restrictions have also injured and will continue to injure me by burdening my activism and organizing work and free expression. In particular, as part of the protests I organize, I and other activists routinely employ props—for instance, the canvass replica of the Constitution used for the May Day protest. For the June 14 protest, I and other activists intend to display caricature-style papier mâché figures of President Trump, Defense Secretary Hegseth, and other administration figures inside a bamboo "cage." Alongside that

4

display, we plan to erect a sign reading "The only cage we need." Such props help us to send a more powerful, effective symbolic message by attracting significant public and media attention. For instance, our props were photographed and published by several news outlets after the No Kings 3 protest.

16.     The UFC Freedom 250 closures and access restrictions are making it far more difficult to plan for and execute transportation of large props on foot. Those props are heavy and are already difficult to move because of my osteoarthritis. The access restrictions have significantly increased the difficulty, burdening my ability to organize and engage in First Amendment-protected expression.

17.     I have personally participated in opportunities to comment publicly on projects that affect the physical and cultural landscape of downtown Washington. For instance, on June 4, I testified at a hearing on the planned Triumphal Arch at the National Capital Planning Commission. At that hearing, I testified that the Arch was a hideous vanity project; lacked necessary congressional approval; created environmental and flight safety concerns; disrespected those buried at Arlington National Cemetery, and would ruin the historically significant sightline from the Cemetery's Lee House to the Lincoln Memorial.

18.     Had there been an opportunity to testify or otherwise provide public comment in opposition to UFC Freedom 250, including in particular its disfigurement of the White House façade and destruction of the White House South Lawn, I would have done so. Denial of the opportunity to provide such public comment inflicted a procedural injury on me.

19.     I declare under penalty of perjury that the foregoing is true and correct.

Executed June 6, 2026
*/s/ Susan Douglas*
Susan Douglas

5