## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN DOUGLAS and PAUL ROMANO, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL PARK SERVICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 26-cv-2016 |

### DECLARATION OF PAUL ROMANO

I, Paul Romano, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.      I am a Vietnam War veteran, and served in the United States Air Force from 1969 through 1973 as a medevac crew member. I retired as a Sergeant.

3.      After leaving the military, I attended college, worked in private industry, and served as a police officer for the Department of Defense. As part of that latter work, from 2011 to 2012, as a federal police officer I was assigned to drive civilian, military, and intelligence personnel throughout Afghanistan. I am now largely retired, volunteer, and drive for a ride-sharing company.

4.      My family moved to Arlington, Virginia in 1961. Since then, with the exception of my military service from 1969 to 1973 (including my tours of duty in Vietnam) and Afghanistan, I have lived in the Washington, DC area. I have been active in my community, and previously ran for the Fairfax County Board of Supervisors. I ran as a Republican.

1

5.    In my current work as a ride-share driver, and to visit family, I travel along the National Mall and past the Lincoln Memorial several times a week. I believe that the monuments there, including the Vietnam Veterans Memorial and the Lincoln Memorial, are sacred spaces.

6.    In particular, the Vietnam Veterans Memorial honors several men I knew personally—men whom I grew up with, knew since childhood, and went to school with—who were killed in that war. I have visited the Memorial twice, and have found both visits to be enormously difficult emotionally.

7.    One of the most moving and powerful aspects of the Vietnam Veterans Memorial is its quiet tranquility. That tranquility both honors the fallen and allows those who have come to pay their respects an opportunity to reflect and remember without interruption.

8.    I understand that normally, strict regulations prevent the use of sound amplification equipment near the Vietnam Veterans Memorial.

9.    I understand that as part of the UFC Freedom 250 event, the National Park Service has authorized the UFC to hold its ceremonial "weigh-ins" at the Lincoln Memorial on the evening of June 13, 2026, and to use sound amplification equipment that would otherwise not be permitted.

10.    The Vietnam Veterans Memorial is located just over a thousand feet from the Lincoln Memorial, well within earshot of amplified sound.

11.    I understand that the weigh-ins are likely to be loud, due both to their nature and the likely use of sound amplification equipment. The weigh-ins therefore are likely to disturb the tranquility of the Vietnam Veterans Memorial.

12.    I consider such disturbance of the Vietnam Veterans Memorial's otherwise-permanent tranquility to be a grave desecration that inflicts a dignitary injury on me and all other veterans of that war.

2

13. I also cherish the Lincoln Memorial itself as a moving and powerful tribute to the servicemembers who fell in the Civil War.

14. In part because of my appreciation for the Lincoln Memorial, I have spoken out against and protested the planned Memorial Bridge Triumphal Arch, which will interrupt and deface the physical landscape currently defined by the Lincoln Memorial on one end and Arlington National Cemetery on the other. On June 4, I testified at the National Capital Planning Commission in opposition to the Arch.

15. As part of my work as a driver, I have seen and appreciated the Lincoln Memorial dozens, if not hundreds, of times. There is a high likelihood that I will be by the Lincoln Memorial on June 13 and 14.

16. I consider the Lincoln Memorial's use for a private, for-profit sporting event to be both an aesthetic travesty and an offense to the dignity of me, other veterans, and the monument itself.

17. As part of my work as a driver, I have seen the "Claw" structure under construction on the White House lawn ten to fifteen times, and expect to continue doing so in coming weeks. There is a high likelihood that I will be by the Claw on June 13 and 14.

18. I find the Claw aesthetically and symbolically disgusting. Its presence on the South Lawn ruins what is otherwise one of the most enjoyable parts of my work as a driver: the opportunity to appreciate the aesthetic beauty and coherence of President's Park, the White House, and the monuments on the National Mall as I drive by them.

19. I have not been given the chance to testify about this fight, the scheduled weigh-in, the construction of the "Claw," or any other elements of "UFC Freedom 250." If I had been given the opportunity to testify, I would have.

3

20.    I declare under penalty of perjury that the foregoing is true and correct.


Executed June 6, 2026

*/s/ Paul Romano*
Paul Romano

4