**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>
SUSAN DOUGLAS and PAUL ROMANO

    *Plaintiffs*,

v.

NATIONAL PARK SERVICE,

JESSICA BOWRON, *in her official capacity as Acting Director of the National Park Service*,

JEN NERSESIAN, *in her official capacity as Regional Director, National Capital Region, National Park Service*,

UNITED STATES DEPARTMENT OF THE INTERIOR, and

DOUG BURGUM, *in his official capacity as Secretary of the United States Department of the Interior*,

    *Defendants*.
</td><td>
Civil Action No. 26-cv-2016
</td></tr>
</table>

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAING ORDER**

Having consider the parties' submissions, the Court **GRANTS** Plaintiffs' application for a temporary restraining order. Pending further order of this Court, Defendants are hereby

    a.  Restrained and enjoined from authorizing or otherwise allowing the organizers of UFC Freedom 250 to use the South Lawn as the venue for any sporting event, including the cage fights scheduled for June 14, 2026;

    b.  Restrained and enjoined from authorizing or otherwise allowing the organizers of UFC Freedom 250 to use the Lincoln Memorial as the venue for any sporting event,

1

including the pre-fight weigh-ins and face-offs scheduled for June 13, 2026;

c.  Restrained and enjoined from authorizing or otherwise allowing the organizers of UFC

   Freedom 250 to erect structures on the South Lawn, including in particular the structure

   known as "the Claw"; and

d.  Ordered to take all steps necessary to ensure that further construction ceases entirely

   pending further order of the Court.

**SO ORDERED.**