AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | | |
|---|---|---|
| Susan Douglas and Paul Romano | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-cv-2016 |
| Burgum et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Susan Douglas and Paul Romano                                                    .

Date:    06/06/2026

/s/ Brendan Ballou
*Attorney's signature*

Brendan Ballou, Bar No. 241592
*Printed name and bar number*
Public Integrity Project
1763 Columbia Rd. NW Ste. 175, # 357995
Washington, DC 20009

*Address*

ballou@publicintegrityproject.org
*E-mail address*

(917) 684-3900
*Telephone number*

*FAX number*