**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SUSAN DOUGLAS and PAUL ROMANO

    *Plaintiffs*,

v.

NATIONAL PARK SERVICE, *et al.*,

    *Defendants*.

Civil Action No. 26-2016 (APM)

**PLAINTIFFS' NOTICE OF CORRECTION
AND STATEMENT OF FURTHER COMPLAINCE WITH LCvR 65.1(a)**

1.    Plaintiffs in this case seek relief related to a mixed martial arts event scheduled to be held on the weekend of June 14, 2026, at the White House South Lawn and Lincoln Memorial.

2.    Late last night, June 6, Plaintiffs filed a complaint, application for a TRO, and brief and declarations in support.

3.    Plaintiffs' complaint, motion, and brief all state that both the UFC Freedom 250 face-offs *and* the ceremonial weigh-in were scheduled to occur at the Lincoln Memorial on the evening of *Saturday, June 13, 2026.* Plaintiffs based that representation on previous reporting about the weekend's schedule.

4.    Reporting published today by ESPN in response to Plaintiffs' filings identified that, in fact, that schedule had changed, and the issues raised by Plaintiffs are more urgent than previously stated. *See* Michael Rothstein, *Filing says organizing of UFC White House event was unlawful*, ESPN (June 7, 2026, 2:28 PM ET), https://www.espn.com/mma/story/_/id/48993111/lawsuit-seeks-shut-ufc-white-house.

5.    Specifically, according to the Ultimate Fighting Championship ("UFC"), which is organizing the event, the press conference, including face-offs, will occur at the Lincoln Memorial

on *Friday, June 12*, while the ceremonial weigh-in will occur *at the Ellipse* on Saturday, June 13. The fights will occur as previously stated, on the South Lawn on Sunday, June 14. *See* UFC, UFC Freedom 250 Event Week Schedule, https://www.ufc.com/freedom250 (last accessed June 7, 2026, 3:56 PM ET).

6.    Plaintiffs seek relief with respect to all portions of the event that Defendants have authorized to occur at the Lincoln Memorial or on the South Lawn. Plaintiffs' request is accordingly even more time-sensitive than previously indicated, as relief with respect to the Lincoln Memorial's use would need to be granted before Friday evening to be effective.

7.    Plaintiffs do not challenge the use of the Ellipse, as such use may lawfully be authorized by Defendants under 36 C.F.R. § 7.96(g)(3)(i) ("No permit may be issued authorizing special events, except for the Ellipse, and except for annual commemorative wreath-laying ceremonies relating to the statutes in Lafayette Park.").

8.    Plaintiffs additionally take this opportunity to provide an update on their efforts taken to comply with LCvR 65.1(a)'s requirement to effectuate "actual notice."

9.    In addition to the individuals served by email last night, Plaintiffs earlier today served the complaint, TRO, and related filings via email on Peter Pfaffenroth, Chief of the Civil Division for the United States Attorney's Office for the District of Columbia (peterpfaffenroth@usdoj.gov).

10.    Plaintiffs' efforts appear to have effectuated actual notice. ESPN, the New York Times, and the AP all have quoted Trump administration officials' statements regarding the lawsuit in stories published today, which indicates that Defendants are aware of the lawsuit and request for a TRO.

11.     In addition to filing this notice on the docket, Plaintiffs will service this notice on Defendants and the Department of Justice via email, in the same manner as the original case filings.

Dated: June 7, 2026                    Respectfully submitted,

                                       /s/ Samuel T. Ward-Packard

                                       **PUBLIC INTEGRITY PROJECT**
                                       Brendan Ballou
                                       D.C. Bar No. 241592
                                       Samuel T. Ward-Packard
                                       D.C. Bar No. 90005484
                                       ballou@publicintegrityproject.org
                                       sam@publicintegrityproject.org

                                       *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on the Defendants in accordance with Federal Rule of Civil Procedure 5.

/s/ Samuel T. Ward-Packard
Samuel T. Ward-Packard
