UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOUGLAS, *et al.*,

   Plaintiffs,

  v.

NATIONAL PARK SERVICE, *et al.*,

   Defendants.

Case No. 1:26-cv-02016-APM

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter.  The undersigned counsel has read and is familiar with the local rules of the Court.  Please note the following contact information for Mr. Sirkovich:

Eitan R. Sirkovich
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

Dated: June 8, 2026      Respectfully Submitted,

             BRETT A. SHUMATE
             Acting Assistant Attorney General
             Civil Division

             ERIC J. HAMILTON
             Deputy Assistant Secretary

             MICHAEL VELCHIK
             Senior Counsel

             DIANE KELLEHER
             Director

1

JOSEPH E. BORSON
Assistant Director

/s/    Eitan R. Sirkovich
EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 353-5525
eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

2