UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>       Defendants. | Case No. 1:26-cv-02016-APM |

**JOINT STIPULATION TO BRIEFING SCHEDULE**

Defendants National Park Service; United States Department of Interior; Jessica Bowron, in her officially capacity; Jen Nersesian, in her official capacity; and Doug Burgum, in his official capacity, and Plaintiffs Susan Douglas and Paul Romano, collectively, "the Parties," have met and conferred pursuant to the Court's minute order directing the Parties to "by noon on June 8, 2026, propose a schedule for briefing on Plaintiffs' motion for emergency relief." The Parties jointly stipulate as follows:

1. Defendants' response in opposition to Plaintiffs' motion will be due on Tuesday, June 9, by 9:00 PM EST.

2. Plaintiffs' reply brief will be due on Wednesday, June 10, by 9:00 PM EST.

3. The Parties are available at the Court's convenience on Thursday, June 11, should the Court wish to hold oral argument.

Dated: June 8, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

1

ERIC J. HAMILTON
Deputy Assistant Secretary

MICHAEL VELCHIK
Senior Counsel

DIANE KELLEHER
Director

JOSEPH E. BORSON
Assistant Director

/s/    Eitan R. Sirkovich
EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 353-5525
eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*


/s/ Brendan Ballou
Brendan Ballou
PUBLIC INTEGRITY PROJECT
D.C. Bar No. 241592
ballou@publicintegrityproject.org
(917) 684-3900

*Counsel for Plaintiffs*

2