**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SUSAN DOUGLAS,
PAUL ROMANO,

        Plaintiffs,

        v.

NATIONAL PARK SERVICE, *et al.*,

        Defendants.

Case No. 1:26-cv-2016

**DECLARATION OF JOHN STANWICH, NATIONAL**
**PARK SERVICE LIAISON TO THE WHITE HOUSE**

I, John Stanwich declare as follows:

1. I am the National Park Service ("NPS") Liaison to the White House. I have been in this position for approximately 12 years. Prior to that time, I served as the Deputy NPS Liaison to the White House for approximately 5 years. I have been employed by NPS since 1992. In my current position, I report to the Deputy Regional Director of the NPS National Capital Region ("NCR").

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. As NPS Liaison to the White House, I supervise approximately 60 employees and oversee NPS daily operations at the White House and President's Park ("the Park") as well as at the White House Visitor Center and the Executive Support Facility. I function as and have the line authority of a park superintendent, but, due to the unique nature of the Park, I also have additional responsibilities of coordinating with other executive branch entities that have responsibilities in and around the Park. My role also includes

1

planning for and executing major national events such as Presidential Inaugurations, the National Christmas Tree Lighting, and the White House Easter Egg Roll.

4. The Park is an administrative unit within the National Park System comprised of the White House, Lafayette Park, Sherman Park, the First Division Monument, and the Ellipse. The Park is unique within the National Park System in that it serves as a private residence, the seat of the executive branch of the U.S. government, a military installation, a museum, and a public park.

5. In my role as NPS Liaison at the White House I regularly meet and coordinate with representatives of several federal entities with responsibilities in and around the Park including: the Office of Administration, Executive Office of the President; the Executive Residence at the White House ("Executive Residence"); the White House Curator's Office; the National Capital Region of the U.S. General Services Administration; the U.S. Secret Service; and the White House Military Office. I also perform on-site oversight of NPS activities in and around the Park and am present on site on a daily or near daily basis.

6. As the home of presidents, the White House must serve the needs of the presidential family, just as any American home serves its occupants. Additionally, the White House must serve the president as the location for official and ceremonial functions. In my role as NPS Liaison to the White House, I coordinate closely with the Executive Residence at the White House, within the Executive Office of the President to provide NPS support for day-to-day official activities at the White House, to ensure that NPS's maintenance and preservation activities on site do not interfere with planned official functions, and to support the White House tour program. The Executive Residence at the White House

provides for the use of the White House and its grounds as the official home of the President and his family, supports the official ceremonial functions of the President, and works with the NPS and other entities to promote the preservation and public appreciation of the White House and its contents.

7. Temporary structures are often erected on the White House grounds, including the South Lawn, to facilitate Presidential activities and events, or to facilitate NPS co-sponsored events. Similarly, temporary structures have been authorized on the Ellipse to facilitate events such as the National Christmas Tree Lighting. Such events may rely solely or partly on appropriated funding, but often rely on philanthropic contributions such as sponsorships.

8.  In my experience as NPS Liaison to the White House and, prior to that, as NPS Deputy Liaison to the White House, I have always understood that the Executive Office of the President, and any of its various components, has the authority to hold events in the White House and on its grounds, including the South Lawn, and that such events do not require the issuance of a special event permit from the NPS. While the NPS generally does not issue any kind of permit for such events, the NPS often coordinates with the Executive Office of the President, and any other agencies with responsibilities in the park, such as the U.S. Secret Service, to facilitate such events and to minimize or ameliorate any damage to NPS assets or the South Lawn turf.

**The White House Easter Egg Roll**

9. The White House Easter Egg Roll is an annual event primarily held on the South Lawn of the White House, though it also includes some use of the Ellipse. Its origins date back to

1878 when President Rutherford B. Hayes opened the South Lawn to local children as a result of Congress banning egg-rolling on the Capitol grounds.

10. NPS co-sponsors this annual event, traditionally held the Monday following Easter Sunday, with the White House Office and the White House Historical Association, a non-profit organization dedicated to enhancing the appreciation of the White House. Generally, the NPS enters into a written agreement with the White House Office and the White House Historical Association under which the Association is authorized to accept donations from private donors, sometimes referred to as sponsors, to fund the event and is authorized to hold the event. The Association generally contracts with a private production company to produce the event, which includes, among other things, procuring and setting up facilitative temporary structures.

11. The Easter Egg Roll generally includes various temporary structures including tents of various sizes, either that facilitate security screening or exhibits associated with the event itself, and comfort facilities.  Donors to the event may have displays in tented locations giving information regarding their organization and/or giving away event-appropriate items. Private donors to the 2026 Easter Egg Roll vetted by the NPS include: the American Egg Board, Chick-fil-a, FIFA, the New York Stock Exchange, McDonalds, the Coca-Cola Company, Google, Meta, Walmart and YouTube. Examples of on site activities include a New York Stock Exchange challenge coin decorating station and a bunny ear decoration station hosted by Meta.

12. The NPS does not issue a special event permit for the portion of this event that occurs on the South Lawn. However, the portion of the event that occurs on the Ellipse is permitted through a special event permit issued by the NPS to NPS. The special event permit, also

referred to as a "public gathering permit," issued for the 2024 White House Easter Egg Roll is attached as Exhibit A. The Production/Installation schedule attached to the permit details the heavy equipment, structures and ground protection permitted.

**The National Christmas Tree Lighting**

13. The National Christmas Tree Lighting is an annual event held primarily on the Ellipse by the NPS in partnership with the National Park Foundation. This event begins with an opening ceremony to be held in early December or late November at which the President of the United States traditionally lights the National Christmas Tree and delivers holiday greetings to the world. By long-standing tradition, this Opening Ceremony also includes a holiday program featuring live musical performances before an audience. For many years, the opening ceremony has been televised to a national audience and has recently been streamed online through government web/digital properties.

14. In addition to the display of the National Christmas Tree, this event also includes the display of 58 or more decorated trees representing the states, territories and the District of Columbia.

15. As authorized by an agreement with the NPS, the National Park Foundation generally solicits donations to fund the event and contracts with a private production company to produce the event, which includes, among other things, procuring and setting up facilitative temporary structures.

16. The temporary structures on site generally include a large, covered stage used for the opening ceremony, a control structure to direct the production, lighting, etc.., a media stand, comfort facilities, fencing and seating. A copy of the permit issued to NPS for the 2024 National Christmas Tree Lighting is attached as Exhibit B.

17. Below is a photograph that depicts the stage the 2024 National Christmas Tree Lighting.



**State Dinners**

18. A state dinner is a dinner hosted by the President honoring a visiting foreign head of state and his or her spouse. The East Room is the largest room in the White House and has a limited seating capacity. When the size of a state dinner exceeds the capacity of the East Room, the President will hold the dinner on the South Lawn in a large tent. Due to the size of the tents required to host these state dinners, supporting structures and utilities are required to provide heating, ventilation, air conditioning, and electricity.

19. When a state dinner is held on the South Lawn, the NPS coordinates with the Executive Office of the President and the State Department and assists with facilitating the placement of the tents and other temporary structures on the White House grounds. This includes working with the contractors to coordinate the setup of the structures to avoid damage to NPS irrigation facilities and other assets. It also includes planning for turf restoration or repair to irrigation facilities after the event.

20. The NPS does not seek or issue special event permits for state dinners because they occur on the South Lawn.

**The Congressional Picnic**

21. The Congressional Picnic is generally an annual event held on the South Lawn of the White House. The event features tables and seating for members of Congress on the South Lawn. The event has, at times, included Ferris wheels, a merry-go-round, and other carnival type structures.

22. The NPS does not seek or issue special event permits for these events because they occur on the South Lawn.

**Other events on the South Lawn: The 2023 Ice Rink**

23. In 2023, the NPS entered into an agreement with the National Park Foundation and the White House Office to establish an ice-skating rink on the South Lawn of the White House (the 2023 Ice Rink). Under the agreement, the 2023 Ice Rink was to be constructed on the South Lawn from November 18, 2023 to November 26, 2023. It would then be operational from November 26, 2023 to December 31, 2023, and taken down from January 1, 2024 to January 10, 2024. A copy of the Agreement, which was signed in multiple counterparts, is attached as Exhibit C.

24. In addition to installing a 48 foot by 68 foot ice rink on the South Lawn, a vendor hired by the National Park Foundation installed a 50 foot by 70 foot ice rink piping grid, a 100-ton air cooled refrigeration system and pump, rubber flooring for skate change areas, a lighting system, and a sound system. NPS provided a temporary structure that included public restrooms and skate rentals were available on site.

25. Below is a site map identifying the location of the 2023 Ice Rink.



26. The First Lady held an event opening the 2023 Ice Rink that received local media attention. Below is a photograph that depicts the opening event:



27. Private support for the event included support from the National Hockey League and Comcast.

28. The NPS did not seek or issue a special event permit for the 2023 Ice Rink because it occurred on the South Lawn.

29. I understand that a skating rink was previously erected on the South Lawn for an event that included Peggy Flemming in 1980.

**Other Events on the South Lawn: Elton John Concert**

30. In September 2022, Elton John performed a concert on the South Lawn of the White House as part of his Farewell Yellow Brick Road tour. The event was titled "A Night When Hope and History Rhyme." The event was hosted by the President and First Lady and was funded in collaboration with A&E Network and the History Channel and involved a large stage as well as a roof structure over the stage.

31. The photograph below depicts the stage constructed on the South Lawn for this event.



32. The NPS did not seek or issue a special event permit for this event because it was held on the South Lawn.

**Other Events on the South Lawn: Farewell Dinner**

33. In December 2024, the Biden Administration held a farewell dinner on the South Lawn. This event was originally planned as a state dinner, but the state dinner was cancelled. The event featured a custom-built pavilion tent that enclosed the entirety of the White House South Fountain and much of the South Lawn. The photograph below depicts the pavilion tent used for that event.



34. The NPS did not seek or issue a special event permit for this event because it was held on the South Lawn.

**Other Events on the South Lawn: BET Presents**

35. In October of 2016, an event entitled "BET Presents: Love and Happiness: An Obama Celebration" was held on the South Lawn. The event included a large tent on the South Lawn.

36. The picture below depicts the inside of the large tent constructed on the South Lawn to accommodate this event.



37. The NPS did not seek or issue a special event permit for this event because it was on the South Lawn.

**Other Events on the Ellipse: Nickelodeon World Wide Day of Play**

38. The Nickelodeon World Wide Day of Play was a September 2011 event on the Ellipse. The event consisted of various physical activities hosted by various partners including the National Football League, the Presidential Council on Fitness, Clorox and YMCA. In addition to these activities, there were musical performances and appearances by Nickelodeon television stars.

39. The event featured a stage and several large temporary structures, many of which facilitated the various events held or partner activities/booths. A few of these structures are depicted in the photographs below.





40. This event was permitted by the NPS as a special event because it was on the Ellipse.

**UFC Freedom 250**

41. I have been generally aware of the President's proposal to host an Ultimate Fighting Championship fight on the White House grounds since it was first announced in July 2025.

42. I have been actively coordinating with the Executive Residence and White House Office regarding logistics and planning for the President's plan to host an Ultimate Fighting Championship ("UFC") event on the South Lawn with viewing areas on the Ellipse since September of 2025.

43. The NPS's role has been primarily facilitative with respect to the portion of the event on the South Lawn. My staff and I have worked with the production companies engaged to produce the event (Harbinger and TAIT) to mitigate impacts to park resources and infrastructure. This includes advising regarding the location of temporary structures in order to mitigate impacts to NPS resources. My staff has also, for example, provided information regarding protective matting material to place under structures to mitigate impacts to NPS resources.

44. The NPS has been working simultaneously with contractors, the Executive Residence, and the White House Office in order to plan for effective repairs to any potential turf damage caused by UFC Freedom 250 activities on the Ellipse and White House South Lawn.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2026.

JOHN STANWICH  Digitally signed by JOHN STANWICH
Date: 2026.06.09 18:59:24 -04'00'

_____

John Stanwich

# EXHIBIT A

 **United States Department of the Interior**

NATIONAL PARK SERVICE

National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

PUBLIC GATHERING PERMIT

Permit:  NCA-NAMA-EVNT24-0019          Date:  March 25, 2024

In accordance with Park Regulations as contained in C.F.R., Title 36, Chapter 1, Section 7.96, permission is granted to conduct a public gathering to the following:

Person(s) and/or Organization(s):  President's Park – White House Liaison

Dates & Time(s):  03/25/2024                    To:  04/05/2024 3:00 PM
Location(s): Ellipse and Doglegs

Purpose: Easter Egg Roll

Anticipated Number or Participants:  40,000

Person(s) in Charge:  Katie Wilmes
Address(es):  1849 C St. NW Washington, DC 20242
Phone Number:  202-208-1631                    Mobile Number:

On-Site Contact:  Amy Dailey                    Mobile Number: 202-438-1203

This permit is granted subject to the following conditions:

1.  Permittee and all participants authorized therein must comply with all of the conditions of this permit and with all reasonable directions of the United States Park Police.

2.     All sidewalks, walkways, and roadways must remain unobstructed to allow for the reasonable use of these areas by pedestrians, vehicles and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO ATTACHED ADDITIONAL CONDITIONS.

1

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

**Activity Overview:**
The National Park Service President's Park will facilitate the annual Easter Egg Roll hosted by the White House. Activities will include sports events, giveaways, interaction with costumed characters and educational activities. The estimated maximum number of participants is 40,000.

**Timeline**

**Sunday, March 24**
8:00 am – 5:00 pm        Site flagging on the Ellipse

**Monday, March 25**
5:30 am –   6:00 pm       Setup: Tent build, heavy machine delivery and dumpsters delivered
6:00 pm – 11:59 pm       Overnight security
*Lighting will is required for any work taking place prior to sunrise or dusk

**Tuesday, March 26**
12:00 am – 6:00 pm     Security onsite
 6:00 am – 6:00 pm      Setup continues: Mobile office trailer, equipment drop, tent build continued
6:00 pm – 11:59 pm    Overnight Security

**Wednesday, March 27**
12:00 am – 6:00 pm     Security continued
 7:00 am – 6:00 pm      Setup continues on Ellipse and South Lawn
 6:00 pm – 11:59 pm     Security continued

**Thursday, March 28**
12:00 am – 6:00 pm     Security continued
 6:30 am – 6:00 pm      Setup continues on Ellipse and South Lawn
 6:00 pm – 11:59 pm     Security continued

**Friday, March 29**
12:00 am – 6:00 pm     Security continued
 8:00 am – 6:00 pm      Setup continues with signage install; audio load in
 6:00 pm – 11:59 pm     Security continued

**Saturday, March 30**
12:00 am – 6:00 pm     Security continued
 8:00 am –  6:00 pm     Setup continues with activation areas on the Ellipse
 6:00 pm – 11:59 pm     Security continues

**Sunday, March 31**
12:00 am – 6:00 pm     Security continued
 8:00 am –  6:00 pm     Setup continues with activation areas continues on the Ellipse
 6:00 pm – 11:59 pm     Security continues

 **Monday April 1 (Event)**
12:00 am – 3:00 am     USSS sweeps Ellipse
 3:30 am -  5:00 am      Staff and volunteers arrive -Exhibitors arrive

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

| | |
|---|---|
| 6:00 am – 6:00 pm | Easter Egg Roll event open to public |
| 6:00 pm –10:00 pm | Load out Ellipse |
| **6:00 pm – 11:59 pm** | **Security onsite** |

**Tuesday, April 2**

| | |
|---|---|
| 12:00 am – 7:00 pm | Security onsite |
| **7:00 am – 7:00 pm** | **Continue strike equipment** |
| 7:00 pm – 11:59 pm | Security on onsite |

**Wednesday, April 3**

| | |
|---|---|
| 6:00 am – 12:00 pm | Continue to strike equipment |

**Thursday, April 4**

| | |
|---|---|
| 7:00 am – 5:00 pm | Continue strike |

**Friday, April 5**

| | |
|---|---|
| 8:00 am – 3:00 pm | Final removal of equipment and site restoration |

**Equipment List**

**See attached**

**Additional Conditions**

A. This permit authorizes the use of the Ellipse and doglegs starting on **Sunday, March 24 at 8:00 am until Friday, April 5 at 3:00 pm.**

B. **In addition, this permit does not authorize equipment in the vista site line unless explicitly stated in the permit conditions. The Superintendent has authorized the following equipment to be setup in the vista for four days:**

   i. **Ellipse Entrance Archway**
   ii. **The MLB Activation**
   iii. **The NFL Activation**
   iv. **The "clean zone" medical tent**
   v. **A portion of the Cue lines**
   vi. **USPP reunification tent**

C. All request, correspondence and meetings with the National Park Service pertaining to this permit shall be scheduled by the permittee in writing only.  All contractors, subcontractors or consultants must channel their request through the **recognized representatives** of the permittee who in turn will contact the National Park Service representative.

D. Due to the exceptional time constraints associated with this permit and the complexity of multiple vendors bringing materials and equipment to park land, special attention is assigned to the requirement that the permittee will at all times provide an on-site coordinator to be accessible to

3

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

National Park Service and United States Park Police personnel during the setup activities and during the load in/out of the event.

E. **The permittee is responsible for adhering to NCA Fire and Life Safety Temporary Event Policy and ensuring that all generators, tents, portable heaters and other applicable equipment adhere to requirements outlined with the document and this permit. The permittee assumes full responsibility for event elements safety and must ensure their contractors fully understand requirements outlined in the permit. In addition, the site must be ready for inspection by AHJ and/or designated representative.**

F. **\*NOTE: Due to the possibility of Presidential movements, and Head of State visits, permitted activity may be temporarily moved and/or suspended.**

G. Prior to beginning construction or placement of all facilities, will contact Amy Dailey, 202-208-1631and/or U.S. Park Police personnel to coordinate specific logistical requirements. Permittee and its representatives will follow instructions provided by these individuals about accessing park property and will take all precautions to protect park resources.

H. Additional Permits: The Permittee is responsible for obtaining the necessary permissions and/or additional permits from the Metropolitan Police Department (202) 671-6522, or from other federal, state or local agencies or departments for the use of public lands other than those under the jurisdiction of the National Park Service.

I. All proposed amendments or additions to this permit and all proposed locations of vehicles, equipment, storage, installations of any kind, areas of activity, work and power plans shall be submitted to the NPS for prior written approval prior to the installation of facilities. These proposals shall be in map or diagram form suitable for on the ground inspection.

J. The permittee shall require all employees and/or contractors to exercise all normal and reasonable safety precautions and to protect park visitors and property. Suitable devices such as barricades, fences, lanterns, etc. necessary for employee and public safety, shall be provided and adequately maintained. Such devices require the concurrence of the permit specialist or designated representative.

K. The Permittee is responsible for providing all necessary equipment/objects to conduct this activity.  All equipment must be removed from the park immediately following the conclusion of the event on **April 13, 2023 at 3:00 pm.**  Items left in the park will be considered abandoned property and will not be the responsibility of the National Park Service.

L. The permittee shall insure that all facilities and structures placed on park property adhere to all applicable codes, standard, and regulations including but not limited to BOCA, OSHA, USPHS and ADA, covering requirements including but not limited to safe handling of all chemicals, proper disposal techniques and grounding of generators. Permittee will submit to the NPS structural evaluation and design specification for all structures, e.g. arks, tents, stages, cable trusses, audio and video towers, etc. for NPS review and approval.

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

M.  All activities pursuant to this permit shall be in compliance with the requirements of Title VI of the Civil Rights Act of 1964 (78 Stat. 252; 42 U.S.C. 200d ed seg.); Title V, Section 504 of the Rehabilitation Act of 1973 (87 Stat. 394; 29 U.S.C 794); the Age Discrimination Act of 1975 (89 Stat. 728; 42 U.S.C. 6101 et seg.); and with all other Federal laws and regulations prohibiting discrimination of grounds of race, color, national origin, handicap, religion, or sex in employment and in providing facilities and services to the public. Nothing advertising for employees shall be done which will prevent those covered by these laws from qualifying for employment.

N.  Indemnify save and hold harmless and defend the United States against all fines , claims, damages, losses, judgments and expenses arising out of, or from any omission or activity in connection with is permit.

O.  In accordance to the Superintendent's compendium all individuals participating in the permitted event or activity must wear masks in accordance with the current mask-wearing requirements. The Superintendent's Compendium is available at www.nps.gov/nama .When COVID-19 Community Level is LOW or MEDIUM in parks located in Washington Metropolitan Area individuals are not required to wear mask. Mask are required to be worn when COVID-19 Community Level is High in one or more, but not all of counties where park is located based on  COVID-19 Community Levels. However, if state, local, tribal, or territorial government where the park is located imposes more protective mask-wearing requirements than those indicated by the COVID-19 Community Level, individuals must follow those more protective requirements within the park. More protective state, local, tribal, or territorial mask-wearing requirements are hereby adopted as federal requirements in all units of the National Park System located within that state, locality, area subject to a federally recognized Indian tribe's regulatory jurisdiction, or territory, regardless of a particular park's jurisdictional status.

P.  If community spread levels warrant participants to wear mask at an event. Masks must cover the nose and mouth and fit snugly around the nose and chin with no large gaps around the sides of the face.  Novelty/non-protective masks, masks with ventilation valves, or face shields do not meet the Center for Disease Controls recommendations. Permittee is required to inform all participants at event of this requirement and ensure compliance.

**Q.  The permittee shall be responsible for any injuries and/or damages to government property occurring as a result of this permitted activity, including but not limited to stains, turf ruts, burned turf, damaged post and chain created by installing above facilities. If and only if the conditions outlined within the permit are not followed. To avoid or minimize any potential damage, it is recommended if the permittee needs to deviate from agreed upon conditions the  permittee  should contact the  NPS Representative.**

**R.  Permittee will be responsible for reimbursing the park for the cost of any damage to NPS property—whether natural or man-made—resulting from Permittee's activities under this permit.**

5

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

S.  **If Permittee or its agents/representatives/contractors/subcontractors cause any injury or damage to park system resources, they may be liable for costs and damages in accordance with the System Unit Resource Protection Act, 54 USC §§ 100721-100725.**

T.  **Permittee will be responsible for any injury to, loss of, or damage to federally owned or controlled lands, waters, or resources (natural or cultural resources or facilities) resulting from Permittee's activities under this permit.**

**General Permit Conditions**

U.  No interference with the pedestrian traffic and no blocking of entrances, sidewalks, or driveways is allowed. No impediment to or disruption of vehicular traffic is permitted.  All areas are always to remain open to the general public.

V.  Throughout the course of the permit, the Permittee will require employees/volunteers, and contractors, to exercise special care and attention to protect the resources of the Ellipse and its environs. In addition, the Permittee must supervise their contractors, volunteers, and employees during setup and teardown to assure that there is no damage to park resources.

W.  Setup of any type equipment including but not limited to, staging, tents, chairs, bicycle rack, cardboard recycling or trash containers, exhibits, displays etc. is not permitted on the Ellipse without the approved turf protection flooring.

X.  The collection of entry/registration fee is prohibited on parkland.

Y.  Balloons of any kind, glass containers and alcoholic beverages are not permitted.

Z.  **Accessibility:** The Americans with Disabilities Act (ADA) states that people with disabilities must be able to obtain or enjoy "the same goods, services, facilities, privileges, advantages, or accommodations" that are provided to other members of the public.  The ADA applies to temporary facilities, structures, services, programs, and activities associated with this permitted event. Permittee is responsible for providing the following:
    a.  Permittee's policies and operations for the event must meet the nondiscrimination requirements of the ADA, including, but not limited to provision of accessible parking, routes through site, food service, toilet, facilities, and assembly seating.
    b.  Permittee is responsible for providing auxiliary aids and services as requested. Permittee is responsible for providing promotional material explaining how the public can request a particular auxiliary aid or service and be informed of when specific auxiliary aids and services may be available for all Welcome Celebration activities held on parkland.
    c.  Service animals, as defined by the Americans with Disabilities Act (ADA), are permitted under proper supervision. The ADA defines a service animal as any guide dog, signal dog, or other animal individually trained to provide assistance to an individual with a disability. If they meet this definition, animals are considered service animals under the ADA regardless of whether they have been licensed or certified by a state or local government.

    d.  The Permittee must consider elements of accessibility when designing the layout of the event. Potential items for inclusion are:

6

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

    1. Addition of temporary curb ramps where needed to provide an accessible route
    2. Location of structures and tents along an accessible route
    3. Provision of auxiliary aids and services
    4. Provision of and an accessible route from transit stops to the event location
    5. Provision of tactile braille signage
    6. Provision of portable wheelchair lifts to access stages or other elevated areas.

AA.    **Accessible Route:** Permittee is responsible for providing individuals who use wheelchairs or walking aids or who walk with difficulty, an accessible route of travel throughout the event site. A successful accessible route connects site arrival points and parking with all exterior and interior event exhibits and activities, including public amenities, such as toilet rooms, water coolers, and concessions. This single continuous path should:

    1. Be smooth, but not slippery.
    2. Be as level and as wide as possible without low or overhanging hazards or obstructions.
    3. Not require the use of stairs.

b.    **Space Requirements for Wheelchairs:** Permittee is responsible for establishing accessible routes to ensure that people who use mobility aids can successfully navigate through the environment/event site. A space that is a minimum of 30 inches wide by 48 inches long is necessary to park a wheelchair in a stationary position. The space necessary for people using wheelchairs to make a 180-degree turn is a circle with a diameter of 60 inches.

c.    All ADA areas should be clearly marked.

BB.**Camping:** The use of temporary structures for camping is prohibited.  36 CFR 7.96(5)(iv) allows temporary structures as part of a permitted demonstration "for the purpose of symbolizing a message or meeting logistical needs such as first aid facilities, lost children areas or the provision of shelter for electrical and other sensitive equipment or displays." However, [t]emporary structures may not be used outside designated camping areas for living accommodation activities such as sleeping, or making preparation to sleep (including the laying down of bedding for the purpose of sleeping), storing personal belongings, or making fire, or doing any ding or earth braking or carrying on cooking activities. The above-listed activities constitute camping when it reasonably appears, in light of all the circumstances, that the participants, in conducting these activities, are in fact using the area as a living accommodation regardless of the intent of the participants or the nature of any other activities in which they may also be engaging…" In addition, to allow for visual inspection and monitoring, all temporary structures must continue to have at least one open side.

CC.**NOTE: CAMPING IS PROHIBITED**. Camping is defined as the use of the park land for living accommodation purposes such as sleeping activities, or making preparations to sleep {including the laying down or bedding for the purpose of sleeping), or storing personal belongings, or making any fire, or using any tents or shelter or other structure or vehicle for sleeping or doing any digging or earth breaking or carrying on cooking activities. The above-listed activities constitute camping when it reasonably appears, in light of all the circumstances that the participants, in conducting these activities, are in fact using the area as a living accommodation regardless of the intent of the participants or the nature of any other activities in which they may also be engaging.

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

DD.         Caterer serving food must contact Public Health Specialist, to discuss health and safety issues. Refer to the "National Capital Region, National Park Service, Requirements for Special Events Held on Parkland" for guidelines and applications for food service. AHJ food service regulations and policies must be upheld at all times.  Caterer must be approved by Public Health Specialist Jeremy Mason prior to any food service. In addition, any potable water brought on site must be sealed, commercially purchased water containers.  Bringing water on site from vendor facility for drinking water purposes or as an ingredient is not approved. Food, including fruits and vegetables, must be served by servers and not placed out for visitor self-servers.

Permittee is authorized a catering tent for food service and a refrigerated truck. Permittee has an approved TFE application to serve latkes to the public.

EE.    **The Permittee is authorized to distribute free commercially pre-packaged food items and bottled water or juices, as well as commercially pre-made and wrapped sandwiches, such as peanut butter and jelly, which contain no products derived from animals. "Packaged" does not include a wrapper, carryout box or other nondurable container used to containerize food with the purpose of facilitating food protection during service and receipt of the food by the consumer.**

FF. **Commercial Advertising Signage**: Consistent with long-standing NPS regulations and policy, and  Public Law 108-108, Title I, §145, the erection, placement, or use of structures and signs bearing commercial advertising is prohibited for any special event. The recognition of special events sponsors, however, may be allowed if it has been specifically authorized by this permit.

A permit may be issued that authorizes the recognition of sponsors of special events, if the NPS determines that the size and form of the recognition is consistent with the special nature and sanctity of the National Mall or any other requested park area, and if the lettering or design identifying the sponsor is no larger than one- third the size of the lettering or design identifying the special event.

Further, to the maximum extent practicable for such special events, public use of and, access to the National Mall and other parkland is not to be restricted.

The Permittee shall submit a sign plan for NPS review and approval. Any request seeking NPS approval for sponsor recognition must be submitted to the NPS at least 14 days prior to the proposed event, and if approved by the NPS, will be authorized within the terms of the special event permit. Authorized sponsor recognition must be in keeping with NPS policy, regulations, and laws and be appropriate to the scale and theme of the special event. Further, the overall size, number, and design of any signs or banners shall be appropriate to the park setting and lettering or design identifying the special event. Signs and banners may not be affixed to existing trees or other NPS facilities or structures.

Only signs and/or banners specifically identifying and/or announcing the event or portion of the event are permitted.  Commercial sponsors may be recognized on these same banners by letters

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

and/or logos not to exceed one-third the height and width of the primary lettering identifying the event.
**The NPS approved the template -all signage should reflect attached template.**

GG.     **Distribution and Giveaways:** Distribution or give-away of any commercial product is limited to only those that may be consumed on the event site such as juices or popcorn.  Soliciting personal information such as names, addresses, telephone numbers, zip codes, etc., or any other information which may be used for future solicitation, or marketing purposes is strictly prohibited.  A list of all giveaway items will be provided to the National Park Service for approval. NO GIVEAWAYS have been submitted other than for food.

HH.     **Fire Hazards:** To prevent potential fire hazards permittee must adhere to the following:
   a.  Flammable and Combustible Clearance: A minimum of 10 ft. clearance of all flammable or combustible materials or tall vegetation and trees.
   b.  Source of Ignition: Sources of ignition, including matches and lighters, shall not be used within 20 ft. (6m) of areas used for fueling, servicing fuel systems of internal combustion engines, or receiving or dispensing of Class I and Class II liquids –examples include gasoline, diesel fuel, lacquers paint thinner
   c.  No Smoking: Smoking shall not be permitted especially in areas were combustible materials are located. Plainly visible " No Smoking" must be visible.

II. **Fire Hydrants:** A minimum 36 in. of clear space shall be maintained to permit access to and operation of fire protection equipment, fire department inlet connections, or fire protection system control valves. Vehicles must maintain a 15 ft. clearance of all fire hydrants.

JJ. **Generators:** The Permittee may provide a generator for electrical power. Refueling of diesel/gasoline powered generators on parkland is permitted pursuant to the following conditions. No storage of fuels is allowed on National Park service property, unless NPS approves.  At a minimum the following materials must be placed underneath the generator to protect the underlying surface from potential weight and vibration damage and fluid leakage:
   - ¾" plywood, or other material (with approval of NPS)
   - Plastic fuel impermeable tarp on the properly rated flooring
   - Absorbent material on top of tarp
   - Drip pan under fueling nozzle
   - **Refueling schedule is listed above.**
   - **Separation from tents: Generators and other internal combustion power sources shall be separated from temporary membrane structures and tents by a minimum of 10ft.  and shall be protected from contact by fencing, enclosure, bike rack or other approved means. Barriers must be at least 3ft high.**
   - Exhaust should be directed at least 5ft. in any direction away from any openings or air intakes and away from buildings.
   - Fire extinguisher for Class B Hazards such as portable generators must meet the following UL rating requirements based on the maximum fuel capacity of the class B hazard:

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

| Type of Hazard | Amount of Fuel | Fire Ext. Type | Max Travel Distance |
|---|---|---|---|
| **Low-Hazard** | Less than 1 gl. Fuel | 5B Fire Ext. | 30 ft. apart |
| NFPA 10:5.4.1.1 | | 10B Fire Ext. | 50 ft. apart |
| **Ordinary-Hazard** | Less than 1-5gl. Fuel | 10B Fire Ext. | 30 ft. apart |
| NFPA 10:5.4.1.2 | | 20B Fire Ext. | 50 ft. apart |
| **High- Hazard** | More than 5gl. | 40B Fire Ext. | 30 ft. apart |
| NFPA 10:5.4.1.3 | | 80B Fire Ext. | 50ft apart |

**The spillage of deleterious substances such as engine oil, gasoline, etc. is prohibited. In the event of such an occurrence, the District of Columbia Fire Department must be called immediately, by dialing 911 emergency numbers, followed by a call to the National Park Duty Officer, 202-438-1203. Corrective action will be taken in accordance with EPA Hazardous Material guidelines.**

**Flexible cords or cables accessible to the public shall be arranged to minimize the tripping hazard. To reduce the possibility of tripping hazards, all cords and cables must be covered with non-conductive matting and/or high visibility Yellow Jackets ™ or equivalent product. The cord must be in good condition and of sufficient gauge to accommodate the electrical load of the equipment and must be properly grounded.**

**All cables, power lines, etc. shall be run in an orderly manner and contained in matted ADA cable troughs that provide for safety and accessibility. No cords or cables can be strung in trees.**

KK.     ELECTRICAL WORK/APPLIANCES. OUTDOOR electrical cords, receptacles, connections and or appliances shall be Underwriters Laboratories (UL), Listed and Labeled and or Factory Mutual (FM) approved for wet locations or OUTDOOR use and meet NFPA 70 National Electrical Code NEC. NCA-AHJ shall be arranged to minimize the tripping hazard and shall be permitted to be covered with non-conductive matting, provided that the matting does not constitute a greater tripping hazard than the uncovered cables. NFPA 70:525.20 (G).

LL. **Outdoor Equipment. (A) Wet Locations.** All switches, circuit breakers, receptacles, control equipment, and metering devices located in wet locations shall be weatherproof. **(NFPA70:551.78 (2017)**

MM.     **OPEN-FLAME DEVICES.** Open-flame decorative devices, **candles, oil lamps, decorative torches and gas lights** are **NOT authorized** in any tent or temporary structures.

**NN. COMBUSTIBLE OR FLAMMABLE LIQUIDS shall NOT be stored on NPS property. NCA-AHJ**

10

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

OO.    **Ground & Floor Surfaces:** Accessible routes of travel must avoid irregular, soft loose surfaces, such as sand, gravel, cobblestones and similar uneven brick or concrete pavers. Such surfaces are uncomfortable and can cause wheelchairs to rock and tilt. Unstable and uneven surfaces also can be a problem for people who walk using crutches or canes, often causing a loss of balance or falls. Accessible routes must also avoid tall, wet grass, which is often slippery and difficult to roll a wheelchair across.

Permittee is responsible for establishing accessible routes of travel through site, food service, toilet, facilities, and assembly seating, using compact, stable, surfaces, free of loose debris.   Appropriate turf cover/ground protection material approved by NPS, is required for ADA accessible routes established on the turf.  Permittee is encouraged to secure products that are ADA-compliant, interlocking mats that are translucent and allow UV light to pass through to the grass below.  The products must either be perforated or ribbed, allowing for ventilation and some moisture access to the turf below. Material to be used must be approved in advance by NPS. Plywood cannot be used as turf cover/ground protection. The following flooring products are approved for use on the turf in the following areas:

Pedestrian flooring shall follow the guidelines below:
- Comprised of single-sided or double sided high density translucent polypropylene.
- Not result in turf damage during removal.
- The cavity back (if specified) must have appropriate clearance above crown of grass (not compress the turf, approximately 1.75" to 2.25"); this depends on the time of year and ground conditions.
- Cavity back must have holes for air, light, and water to permeate the product.
- No fabric or other obstructions to turf decking covering holes or blocking light will be allowed below the protective decking.

PP. **Light Towers:** Light tower or another source of illumination are required when working in low light or dark conditions. In addition, portable illumination sources are required during low light or night events to facilitate safe egress and ingress of participants.  At a minimum the following materials must be placed underneath the generator to protect the underlying surface from potential weight and vibration damage and fluid leakage:
    i. Properly graded approved flooring or other material (with approval of NPS)
    ii. Plastic fuel impermeable tarp
    iii. Absorbent material on top of tarp
    iv. Drip pan under fueling nozzle
    v. Temporary bike rack or fencing must be placed around the light tower

QQ.    Media: All equipment must be portable and self-contained with all stands using rubber tips or matting as a base. All cables must be covered so as not to present a tripping hazard. All equipment must be hand-carried/hand carted to event site.

Two (2) camera jibs will be used for filming. Jib arms cannot be longer than 18 feet. A safety zone with safety cones, of the length of the jib arms, must be placed around the jib. Jib cannot be passed over the crowd.

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

RR. **PORTABLE OUTDOOR HEATERS: Portable Outdoor Heaters:** Heaters used for temporary heating shall be located at least **6 ft.**(1.8 m) from any cylinder. (NFPA 58:6.22.4.4) 2017

- **Portable Heaters Location: All portable heaters shall be** located minimum of **10 ft.** (1.5 m) of any tent exit or assembly occupancy. NCA-AHJ
- **Portable Electric Heaters:** Heaters shall be connected to electricity by electric cable that is suitable for **OUTDOOR USE** and is of sufficient size to handle the electrical load. (NFPA 101:11.11.6.2.3). **Portable heaters are not permitted inside tents**
- Only **UL listed/ labeled** heating devices shall be used. NFPA101:11.10.7.1.1 (2018)
- **Listed Patio Heaters:** Patio heaters shall be listed and used in accordance with their listing and the manufacturer's instructions. **NFPA 58:6.23.2.2 (2017)**

SS. **Portable Fire Extinguishers:** Permittee shall ensure that all fire extinguishers are properly rated for hazards involved. All fire extinguishers shall be easily accessible and in plain view as directed by the National Park Service Safety Officer. Permittee is responsible for ensuring fire extinguisher meet the following guidelines:

  i. At minimum 2 portable fire extinguishing equipment of approved types shall be furnished and maintained in all tents and cooking booths.
  ii. The maximum travel distance to extinguisher should not exceed 75 ft. for class A-hazard.
  iii. Fire extinguisher height: Fire extinguishers under 40lbs weight, its top shall be mounted no higher than 5ft from the floor, or bottom, no less than 4 in. from the floor.
  iv. Should not be obstructed or obscured from view.
  v. Hydrostatic test should not be intervals exceeding more than 1 year.

TT. **Portable Restrooms:** If attendance is expected to exceed the capacity of nearby NPS public comfort facilities, or if none exist in or near the requested park area, the Permittee must provide portable, temporary toilets with sufficient capacity to accommodate anticipated attendance. The general guideline is a minimum of (1) portable toilet per (300) people, of which at least twenty percent (%20) must be handicapped accessible. The restrooms should be grouped in banks of five with a six-foot clearance between each bank.  Permittee has indicated the restrooms will be serviced and locked each night during the event.  Portable Restrooms including restroom trailers located with the fenced area are required to be located behind or another screen shielding mechanism.

UU.

  a. ADA Accessible Portable restrooms: 20% of the total number of portable toilets used to support the event must be ADA accessible.

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

    i.   Where clusters of portable units are provided at various locations around the event site, twenty percent of the units in each cluster should be accessible. They should be equipped with all the accessible elements required by the Standards such as maneuvering space, grab bars, toilet paper dispensers within reach, etc. In addition, when all units are not accessible, the International Symbol of Accessibility must be posted on the units that are.

    ii.   Accessible portable toilet units must be positioned on a level area that connects with an accessible route and have adequate space just outside the entrance door for people in wheelchairs to maneuver into position to open the door and enter.

    iii.   On steeply sloping sites, a temporary platform may be needed to provide this level area.

    iv.   The door threshold must be accessible. Outdoor surfaces are often uneven and may require a small bevel to level out the transition between the ground surface and door threshold. Units can be placed on or adjacent to parking lots or other paved surfaces.

VV.    **Propone: LIQUEFIED PETROLEUM GAS (LPG) CYLINDERS.** All LPG use shall meet NFPA 58,
Liquefied Petroleum Gas Code, including the requirements listed below.

- **LPG Separation Distance:** Containers for LPG installed not less than **5 ft.** from any doorway or opening with at least two means of egress and **10 ft.** from any opening with at least one means of egress. (NFPA 58:8.4.1.1)
- **No LPG Storage: NO ONSITE STORAGE** of propene (LPG) cylinders is permitted per AHJ.
- **LPG Containers** that show excessive denting, bulging, gouging, or corrosion shall be removed from service. (NFPA 58:5.2.1.4)
- **LPG Cylinder Transportation**. Cylinders in excess of **40 lb.** (18 kg) total weight being transported to or from the site shall be carried on a hand truck or motorized truck.

NFPA 1:41.5.5.3

| | |
|---|---|
| Maximum LPG cylinder size use per appliance | 100 lbs. |
| Maximum LPG use per 10 ft.x10 ft. tent or *(100 Sq. ft. tent area)* | 200 lbs. |
| Min. separation distance per every 200lbs LPG (100sq.ft.tent) | 10 ft. (58:8.4.1.1) |

- **LPG Limits**: **Maximum Allowable Quantity (MAQ), is based on cooking tent size or cooking tent area's square footage.** Per NPS-NCA Authority Having Jurisdiction (AHJ)

**LPG Protection:** LPG cylinders shall be secured in upright position and protected from vehicular traffic. (NFPA 1:25.1.10.1.7).

- **LPG Cylinder Placement**: LPG cylinders shall not be placed in or adjacent to any pedestrian travel path. NCA-AHJ.
- **LPG Visual Inspection:** Visual inspection shall be performed in accordance with the following: (NFPA 58:5.2.3.4)

13

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

- The cylinder is checked for exposure to fire, dents, cuts, digs, gouges, and corrosion, according to CGA C-6, Standard for Visual Inspection of Steel Compressed Gas Cylinders.
- The cylinder protective collar (where utilized) and the foot ring are intact and are firmly attached.
- The cylinder is painted or coated to minimize corrosion.
- The cylinder pressure relief valve indicates no visible damage, corrosion of operating components, or obstructions.
- There is no leakage from the cylinder or its appurtenances that is detectable without the use of instruments.
- The cylinder is installed on a firm foundation and is not in contact with the soil.
- The connections to propane containers shall be made, tested, and repaired prior to the opening of the event. **The changing of propane containers while the event is open to the public is strictly prohibited.**

WW.      <u>**Sales:**</u> Special attention is drawn to item #4, on the last page of this document, concerning solicitation     and sales. No fee may be collected, donation solicited, or commercial activity conducted.  No   items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons and bumper stickers which contain a message related to your demonstration or special event.  **There are no sales or donation collection associated with this activity on parkland.**

XX.      <u>**Sound:**</u> Particular attention is called to item #7, on the last page of this permit concerning sound amplification.  All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

YY.      <u>**Tents:**</u> Permittee's authorized use of temporary structures, i.e. cable trusses, stages, audio and/or video towers and tents, whose dimensions are (900) square feet or more, **shall provide Life Safety Code certification statements confirming the safety of all temporary structures. In the event that the manufacture's certifications are not available, permittee will submit to the NPS stamped engineered drawings for NPS review and approval. Smaller structures cannot be attached or within 5ft of another to create a larger structure.**
   a. **A minimum 10ft. clearance must be maintained from tents to any flammable or combustible materials or vegetation.**

   b. **Aisle Width: The width of aisles serving seating at tables shall be not less than 44 in. where serving occupant load exceeding 50 people, and 36 in. where serving an occupant load of 49 people or fewer. In addition all tent exits must have a minimum head clearance height of 7ft.**
   c. **Exit and Occupant Loads for Enclosed Tents:** Tents that have sides attached and those with rolled up sides which are capable of being enclosed shall meet the following occupancy load and exit requirements.

14

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

| Occupant Load Number | Floor Area | Approx. Tent Sizes | Min. Exits |
|---|---|---|---|
| <49 people | <343 Sq. Ft. | 10'x10', 10'x30', 15'x15' | 1 |
| 50-499 people | 350-3,493 Sq. Ft. | 15'x 30', 40' x 40', 40' x80' | 2 |
| 500-999 people | 3,500-6,993 Sq. Ft | 40' x 100', 60' x 100' | 3 |
| >1000 people | >7,000 Sq. Ft. | 80' x 100', 60'x 160' | 4 or more |

d. **Tent Stakes/ballast:** Tent stakes adjacent to any means of egress from any tent open to the public shall be railed off, capped, or covered so as not to present a hazard to the public. There shall be a minimum of 10ft. between stake lines. **Please note staking in the is PROHIBITED.**

ZZ. **Trash Removal:** Permittee agrees to remove all trash and debris resulting from this permitted activity immediately following the conclusion of this activity. The permittee is responsible for removing all trash from the area after the event, as well as supervising their contractors during set-up and teardown to assure there is no damage to park resources.

AAA.     **Fencing:** Snow fence, chain link fence and/or bike rack shall be erected by the permittee to contain the event areas and provide necessary resource protection, security, medical chutes, security and buffer zones. The permittee (s) is responsible for encircling, generators, light and sound towers, jumbotrons etc. with snow fence, bike rack or other approved barrier.

BBB.     **Medical Aid Station:**  Person in charge is responsible for providing first aid services onsite. Permittee can utilize on 911 for emergency services.  Permittee has contracted with DC Fire EMS to provide a Basic Life Support Medical Aid station and ambulance. Along with Montgomery Country volunteer medical support.

CCC.     **Site Security: Permittee must contact Sgt. James Marker to finalize all security logistics.**  Permittee has contracted with Omega Star Production to provide  unarmed security guard starting on March 25- April 4, 2024.

DDD.     Volunteers and Staff: All, staff, volunteers and, exhibitors involved with the walk will be issued some form of identification.  Permittee has indicated that volunteers will be identified and will help maintain order among your participants. Volunteers should be aware of their responsibilities and location(s) where they will be stationed and have received from demonstration organizers adequate training and instructions.  Volunteers should be aware of the time and location of the assembly and any march routes, the location of any first aid stations, water, and toilets, be knowledgeable of the NPS permit conditions, be able to communicate with law enforcement, as well as what to do if they think they observe any problems.  While volunteers do not act as police, they do help maintain order among participants, explain to non-participants that a particular area may be under permit, and be able to alert their supervisor and the United States Park Police in the event they observe a problem on Federal parkland.

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

EEE. **Weather (adverse) Policy during an Event Program:** When there is a threat to public health or safety, the Superintendent and/or designee, may close the National Mall or an event being hold there for such duration as determined necessary to ensure the safety and well being of the public. Such situations have occasionally occurred in the past where park areas have been closed due to severe weather warning of heavy snow, thunderstorms with lighting, high winds, cold and intense heat. Where an area is ordered closed due to a weather-related public safety threat, pursuant to 36 CFR 2.32 people must comply with official directions to leave the closed area and relocate to safer sheltered locations. Weather will be monitored throughout the duration of the event. Permittee is responsible for ensuring that adequate resources are available to deal with extreme weather conditions. For example extreme heat, cold, snow etc.

FFF. **Weather (adverse) Policy during Setup or Strike:  During wet conditions caused by rainfall, snow melt, or frost melt, activities on turf must be suspended until conditions allow for work to continue.  Signs of mud staining, footprinting, or when there is rainfall in excess of .25", will trigger a cessation of work and coordination with the NPS to determine the best way forward given current conditions, forecasted conditions, and deadlines.**

## Logistical Vehicles

GGG. Logistical vehicles on the approved access list will be allowed to pull onto the Ellipse to unload and load in heavy equipment. Pre-approved, hard plastic interlocking material must be used from the point of entry to the event site on the Ellipse to protect the surfaces. Coordination of load-in/load- out, entry and access must be through the Acting Park Manager. For security purposes, vehicle information must be provided to the Park Manager and approved by the U. S. Secret Service and the U. S. Park Police prior to any entry onto the Ellipse.

HHH. Permittee must contact U. S. Park Police to coordinate assistance from the U. S. Park Police for unloading/loading of equipment. Contact Sgt. Eddie Burnett at 202-610-7092.

For load out, an access vehicle list must be provided to the Acting Park Manager or her designated representative no later than ten days from the ceremony date or access will not be allowed.
The Ellipse gravel roadway use is not allowed.

All personnel (NPS, other agencies, partners, and contractors) requiring vehicular access to the Ellipse for the purpose of setup, support and breakdown of an event, must coordinate their activities through the office of the Deputy Park Manager, President's Park, 202-208- 1631, prior to accessing the site.

III. ELLIPSE ACCESS  In addition, permittee must have supplied driver and vehicle information for prior access approval no later than ten days from the opening ceremony.  Access must be obtained from the Park Manager. **ACCESS HAS BEEN SUBMITTED FOR THE VENDORS TO DELIVIER EQUIPMENT WITH THE EXCEPTION ON THE MILITARY BAND.**

JJJ. **Vehicles, forklifts, front end loaders, gators, gas/electric carts moving any equipment, especially heavy equipment on turf must be supported by some form of heavy duty plastic, material that clicks or snaps together to avoid movement of material and tripping hazards.**

16

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

**KKK.** **Absolutely no driving on the grass without the approved material. Driving on sidewalks is limited to gators, gas/electric carts only. Regarding the use of vehicles on the sidewalk areas, during such use, the vehicle must be accompanied by a spotter/individual to make the vehicle operator(s) and any pedestrians alert to any safety hazards. All operators of motor vehicles, (gators, gas/electric carts, etc.) must posses a valid driver's license.**

**LLL.** **Support vehicle equipment, stored equipment, materials, etc. on turf areas shall be supported by temporary interlocking protective material heavy enough to support the wheels and jacks of all vehicles/mobile units.**

**MMM.** **To prevent damage to park water lines, staking into the ground is prohibited. Water barrels and /or concrete blocks that sit on temporary interlocking protective mate1ial will be permissible. Water to fill the barrels will need to be brought into the park since no service for filling the barrels is available on site. With the required coordination of President' s Park' s Chief of Maintenance (202) 359-3487, water can be dumped at designated storm drains on the Ellipse roadway. Dumping of water containing any non-biodegradable chemicals will not be permitted on the Ellipse.**

**NNN.** Stages, stands and other facilities approved for placement on the grass must be supported by interlocking heavy duty plastic material. ***Material to be used must be approved, in advance, by the National Park Service.***

**OOO.** Temporary interlocking  protective material support shall be installed  in over  plazas, walkways, and turf areas for the ingress and egress of all vehicles/units or  heavy  equipment.

**Additional Filming Conditions**

**PPP.** **All equipment must be portable and self-contained will all stands using rubber tips or matting as a base. All cables must be covered so as not to present a tripping hazard.**

**QQQ.** **Filming /photography cannot interfere with public visitation or other permitted activities.  All areas must remain open to the public at all times. No disruption or impediment of visitor/pedestrian traffic flow allowed.  Sidewalk, building entrances road ways cannot be blocked at any given time.  Pedestrians cannot be redirected nor stopped in order to capture scenes.**

**RRR.** **Any camera jibs must have ten-foot bike rack perimeter.**

**SSS.** **A complete copy of this permit must be retained on-site at all times by the Permittee while operating under the authority granted.**

17

PERMIT #24-0019
PERMITTEE: NATIONAL PARK SERVICE -PRESIDENT'S PARK
LOCATION: ELLIPSE AND ASSOCIATED DOGLEGS
DATE: MARCH 24 – APRIL 5, 2024

3.  All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4.  No fee may be collected, donation solicited, or commercial activity conducted.  No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons and bumper stickers which contain a message related to your demonstration or special event.  No other merchandise may be sold or offered for sale.  A stand or structure used for the sale of permitted items may not exceed one table per site, which may be no larger than 2 1/2 feet by 8 feet or 4 feet by 4 feet.  The dimensions of the sales site may not exceed 6 feet wide by 15 feet long by 6 feet high.

5.  The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6.  This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7.  The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW, sidewalk between East Executive Avenue and West Executive Avenue).  All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8.   The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated.

Kym Hall
Area Director
DOI-Region 1
National Capital Area

By:
Marisa E. Richardson
Chief, Division of Permits Management
National Mall and Memorial Parks

18

**2024 White House Easter Egg Roll Production / Installation Schedule**

**Event Date:**
**April 1, 2024**

Blue Font = Specific Infrastructre Details
Green Font = Vendor/Exhbitor Details
Purple Font = AV/ TV/ Stage Production

DRAFT

| DATE | TIME | ITEMS | Location / Destination | # Vehicles | NOTES | RDS Arrival Time |
|---|---|---|---|---|---|---|
| Sunday 03/24 | 8:00vAM - 5:00 PM | Site Team Flagging Ellipse | Ellipse | | | |
| | | | | | | |
| Monday 03/25 | 6:00 AM | FRP Site Team On-Site | Ellipse | | Deliveries & finishing Flagging Ellipse | |
| | 6:30 AM | Sunbelt Heavy Equipment Delivery | Ellipse | 1 Truck | 2 - 5k Warehouse forklifts with short forks | |
| | 7:00 AM | Sunbelt Ground Protection | Ellipse | 3 Trucks | Install Drivable Ground Protection | |
| | 9:00 AM | Sunbelt Heavy Equipment Delivery | Ellipse | 2 Trucks | Other Assorted Heavy Machineery | |
| | 9:00AM | Sunbelt Power to connect Mobil Office | Ellipse | 1 Truck | Generator to Ellipse | |
| | 9:00AM | United Portos | Ellipse | 1 Truck | 3 Porto delivery for Site / crew | |
| | 9:00AM | Bullock Trucking Dumpster | Ellipse | 2 Trucks | Two (2) 30yrd Dumpsters | |
| | 11:00 AM | Site Office Set Up and Stocked | Ellipse | 1 Truck | Gabi & Liz | |
| | 6:00 PM | End of Day | | | | |
| | | | | | | |
| Tuesday 03/26 | 6:00 AM-6pm | Day Security On-site | Ellipse | | 2 personnel | |
| | 6:30 AM | FRP Site Team On- Site | Ellipse | | Site Team | |
| | | Effort LLC Drop-off | | | Trash Cans | |
| | 7:00AM | Select Tent - Tent Build Day 1 of 2 | Ellipse | | Building Tents | |
| | 7:00AM | Select Ground Protection | Ellipse | | Ground Protection | |
| | | Mobile Mini Delivery | Ellipse | | 40' Ground Office & 2 (two) 20' Storage Containers | |
| | 9:00AM | United - Portos | Ellipse | 1 truck | Crew Units (4 DXR) Delivery | |
| | 6:00 PM - 6:00 AM | Ellipse Overnight Security On-site | Ellipse | | | |
| | 7:30 PM | Site Team to Clear Site | Ellipse / SL | | | |
| | 8:00 PM | End of Day | | | | |
| | | | | | | |
| Wednesday 03/27 | 6:00 AM-6pm | Day Security On-site | | | 2 personnel | |
| | 6:30 AM | FRP Site Team on Site | Ellipse | | | |
| | | LAST DAY FOR DELIVERY TO RDS | | | Last day for Wooden Egg ARrival | |
| | 8:00AM | Select Tent - Tent Build Day 2 of 2 | Ellipse | 2 Trucks | Select Tent to complete Tents for Ellipse | |
| | 8:00AM | United Fence Security Fence & Bike Rack | South Lawn/ Ellipse | 3 Trucks | United Fence (TPanel and Pedestrian Barricade) | 5:30AM |
| | 6:00 PM - 6:00 AM | Ellipse Overnight Security On-site | Ellipse | 1 Trucks | 2 personnel - 1 vehicle on the pad | |
| | 7:30 PM | FRP Site Team to Clear Site | Ellipse / SL | 2 Trucks | | |
| | 8:00 PM | End of Day | | 2 Trucks | | |
| | | | | | | |
| Thursday 03/28 | 6:00 AM - 6:00PM | Day Security On Site | Ellipse | | 2 personnel | |
| | 6:30 AM | FRP Site Team on Site | Ellipse | | | |
| | 8:00AM | Select Furniture | South Lawn/ Ellipse | 2 Trucks | Select Furnature Delivery | 6:00AM |
| | TBD | RDS Delivery | | | Schoolhouse Items, Characters Woodens Eggs - Ellipse (Mini-Mobile) | |
| | 9:00AM | Sunbelt Power | South Lawn/ Ellipse | 2 Trucks | Sunbelt to Deliver Power | 7:00AM |
| | 7:00AM | Effort LLC | Ellipse | 1 Truck | Building Ellipse stage | |
| | 6:00 PM - 6:00 AM | Ellipse Overnight Security On-site | Ellipse | | 2 personnel | |
| | 7:30 PM | FRP Site Team to Clear Site | Ellipse / SL | | | |
| | 8:00 PM | End of Day | | | | |
| | | | | | | |
| Friday 03/29 | 6:00 AM-6pm | Day Security On-site | Ellipse | | 2 personnel | |
| | 6:30 AM | FRP Site Team on Site | Ellipse | | | |
| | 9:00AM | United Portos | Ellipse | 1 Truck | (All other plastic) | |
| | TBD | RDS Delivery | | | Balance of Schoolhouse, Characters, All CANDY (Alex.Ham.) | |
| | 10:00 AM | Coca-cola Trucks Product Drop-Off and Equipment Services | JBAB to South Lawn to Ellipse Lawn | 4 Trucks | | 9:00 AM |
| | | Sunbelt Heavy Equipment Delivery | Ellipse | 1 Truck | Light Tower | |
| | 6:00 PM - 6:00 AM | Ellipse Overnight Security On-site | Ellipse | 1 Truck | 2 personnel | |
| | 7:30 PM | FRP Site Team to Clear Site | Ellipse / SL | | | |
| | 8:00 PM | End of Day | | | | |
| | | | | | | |
| Saturday 03/30 | 6:00 AM-6pm | Day Security On-site | Ellipse | | 2 Personnel | |
| | 6:30 AM | FRP Site Team On-site | Ellipse | | | |
| | 9:00 AM-12PM | Volunteer Advance/Captain Walk Through | Ellipse / South Lawn | | need number for WAVES (WH vols, NPS vols, AEB) | |
| | 9:00 AM | Windows Catering Build (Perfect Setting Equipment Delivery) | Ellipse | | | |
| | 9:00AM-4P | Schoolhouse Build | | | | |
| | 9:00 AM - 7:00 PM | PM1 - Audio | Ellipse | 1 Truck | | |

19

| | | | | | |
|---|---|---|---|---|---|
| | 10:00 AM - 12:00 PM | Other - CocaCola / Apollo Ice Load In | South Lawn to Ellipse | 1-2 Trucks | TBD | TBD |
| | 10:00 AM - 2:00 PM | **Physical Eggucation Zone Load-In:** | Ellipse | | | |
| | 10:00:00 AM-12:00 PM | INDYCAR Load-In | Ellipse | 1 Truck | Truck + Demo Car | |
| | 10:00:00 AM-12:00 PM | MLB Load-In | Ellipse | 1 Truck | Truck w/ equipment | |
| | 12:00 PM-2:00 PM | NBA Load-In | Ellipse | | 3 staff walk-in with tools and ladder | |
| | 12:00 PM-2:00 PM | NFL Load-In | Ellipse | 1 Truck | Truck w/ equipment | |
| | 6:00 PM - 6:00 AM | **Ellipse Overnight Security On-site** | Ellipse | 1 Truck | 2 personnel | |
| | 7:30 PM | **FRP Site Team to Clear Site** | Ellipse /SL | | | |
| | 8:00 PM | **End of Day** | | 2 Trucks | (2) Vehicles overnight - Box Truck & Pick-up | |
| | | | | | | |
| **Sunday 03/31** | 6:00 AM-6pm | **Day Security On-site** | Ellipse | | 2 ppl | |
| | 5:30 AM | **FRP Site Team on Site** | Ellipse | | | |
| | 9:00 AM | Capitol Percussion | South Lawn & Ellipse | 1 truck | | |
| | 6:00 PM - 6:00 AM | Ellipse Overnight Security On-site | Ellipse | | 2 personnel | |
| | 8:00 PM | **FRP Site Team to Clear Site** | | | | |
| | 9:00 PM | **End of Day** | | | | |
| | | | | | | |
| **Monday 04/01** | 12:00AM-3:00AM | **USSS SWEEPS** | Ellipse | | Security to step off until after sweep | |
| | 3:30 AM | **FRP Site Team On-Site** | Ellipse | | | |
| | 3:30AM -4:00:00 AM | **FRP & VO Team on Ellipse** | Ellipse | | Enter via Boyscout Entrance - 15th St. | |
| | 4:30 AM | Catering - Volunteers' Food Arrive On-site | Ellipse | | At JBAB by 4:00 AM | |
| | 5:30 AM | **Schoolhouse Partners / Characters** | Ellipse | 1 Truck | On-site @ 5am to line up | |
| | 6:00 AM | **PM1 On Site** | Ellipse/SL | | | |
| | 8:00 AM - 4:00 PM | United Portos | | | Attendant with a truck | |
| | 9:00 AM | **Group B** | Ellipse | | Departs at 11:45 AM | |
| | 10:30 AM | **Group C** | Ellipse | | Departs at 12:45 PM | |
| | 11:15 AM | **Group D** | Ellipse | | Departs at 1:15 PM | |
| | 1:30 PM | **Group E** | Ellipse | | Departs at 3:30 PM | |
| | 2:45 PM | **Group F** | Ellipse | | Departs at 4:45 PM | |
| | 4:15 PM | **Group G** | Ellipse | | Departs at 6:15 PM | |
| | 5:00 PM | **Group H** | Ellipse | | Departs at 7:00 PM | |
| | | **All Stages Cleared** | | | | |
| | 5:45 PM | **Physical Egg-ucation Groups / Site Team Packing & starting Load-Out** | Ellipse/ SL | | Packing & boxing Materials TBD Vehicles on. | 4:30 PM |
| | 6:00 PM - 6:00 AM | Ellipse Overnight Security On-site | Ellipse | | | |
| | 6:30 PM | **Compost Crew Vehicle Exit** | | | | |
| | 7:00 PM | **Group H Clears Ellipse** | Ellipse | | | |
| | 7:15 PM | **Capitol Percussion** | Ellipse | 1 Truck | Standing by for DJ gear | |
| | 6:00 PM - 6:00 AM | Ellipse Overnight Security On-site | Ellipse | | 2 personnel | |
| | 9:30pm | **FRP Site Team to Clear Site** | Ellipse/ SL | | | |
| | 10:00 PM | **End of Day** | | | | |
| | | | | | | |
| **Tuesday 04/02** | 6:00:00 AM-7pm | **Day Security On-site** | | | 2 personnel | |
| | 6:00 AM | **FRP Site Team on Site** | Ellipse/SL | | | |
| | 7am | Heavy Machinery to SL | Ellipse / SL | | | |
| | 8:00 AM | WB Waste Site Sweep and 4yrd dumpster pickup | Ellipse/SL | 1 Truck | | 5:00 AM |
| | | United Portos | | | (All other plastic) Pickup | |
| | 8:00 AM | **Design Foundry Load-Out** | South Lawn/Ellipse | | **Confirming time/truck count** | 7:00 AM |
| | 9:00 AM | **NFL Load-out** | Ellipse | | | 5:00 AM |
| | 10:00 AM | **PM1 Elllispe AudioLoad Out** | Ellipse | | | |
| | 10:00 AM | MLB Load Out | Ellipse | 1 Trucks | | |
| | 10:00 AM | NFL Load Out | Ellipse | 1 Trucks | | |
| | 10:00 AM | **Motionway Inc. dba ChoiceLIVE** | Ellipse | | | |
| | 10:00 AM | **EDGE FLORAL EVENT DESIGNERS** | Ellipse | | | |
| | 12:00 PM | **Major League Baseball** | Ellipse | | | |
| | TBD | Other - CocaCola / Apollo Ice Load Out | Ellipse | TBD | TBD | TBD |
| | 5:00 PM | Strike Ellipse Site Office - Pack Uhaul | Ellipse | | | |
| | 6:00 PM - 6:00 AM | Ellipse Overnight Security On-site | Ellipse | | 2 personnel | |
| | 8:00 PM | **FRP Site Team to Clear Site** | Ellipse/ SL | | | |
| | 10:00 PM | **End of Day** | | | | |
| | | | | | | |
| **Wednesday 04/03** | 6:00:00 AM-7pm | **Day Security On-site** | | | 2 personnel | |
| | 6:00 AM | **FRP Site Team On-Site** | Ellipse | | | |
| | 6:00 AM | WillScott Office and Box Pick up | Ellipse | 1 Truck | | |
| | 8:00 AM | Select Tent Ellipse Strike Day 1 of 2 | Ellipse | | | |
| | 8:00 AM | Sunbelt Power Ellipse Strike Day 1 of 1 | Ellipse | 2 Trucks | | |
| | 8:00 AM | Sunbelt Ground Protection Strike | Ellipse | 3 Trucks | | |
| | 8:00 AM | Sunbelt Heavy Equipment Pick-up | Ellipse | 2 Trucks | 2 Carts, Bobcat Four Seater, Light Tower, | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9:00 AM | Uhaul Truck to Storage - Unload | Storage | | Gabi, Franklin, Barrett | |
| | | Mobile Mini Pick-up | | | 2 (two) 20' Storage Containers | |
| | 6:00 PM - 6:00 AM | **Ellipse Overnight Security On-site** | Ellipse | | | |
| | 6:00 PM | **FRP Site Team to Clear Site** | Ellipse | | | |
| | 6:00 PM | **End of Day** | | | | |
| | | | | | | |
| **Thursday 4/4** | 7:00 AM | **FRP Site Team On-Site** | Ellipse | | | |
| | 8:00AM | Select Tent Ellipse Strike Day 2 of 2 | Ellipse | | | |
| | | Bullock Trucking Dumpster Pick-Up | Ellipse | 2 Truck | Pick-up Two (2) Dumpsters | |
| | | Mobile Mini Pick-up | Ellipse | | 40' Ground Office | |
| | | United Portos | Ellipse | | Crew Units (4 DXR) Pickup | |
| | 5:00 PM | **FRP Site Team to Clear Site** | Ellipse | | | |
| | 5:00 PM | **End of Day** | | 2 Trucks | (2) Vehicles overnight - Box Truck & Pick-up | |
| | | | | | | |
| **Friday 4/5** | 8:00 AM | **FRP Site Team On-Site** | Ellipse | | | |
| | 7:00 AM | Bullock Dumpster Final Pick up | Ellipse | 1 Trucks | Last Dumpster removal | |
| | 8:00 AM | Sunbelt Heavy Machinery Pick up | Ellipse | 2 Trucks | | |
| | 8:00 AM | Sunbelt Heavy Equipment Pick-up | Ellipse | 3 Trucks | 1 - 5k Warehouse Forklift w 4' Forks, Baby Lulls w Turf Tires | |
| | 3:00 PM | Full Site Clear | Ellipse | | | |
| | 3:00 PM | **FRP Site Team to Clear Site** | Ellipse | | | |
| | 3:00 PM | **End of WHEER '24** | | 2 Trucks | | |
| **THANK YOU and SEE YOU NEXT YEAR!** | | | | | | |

**DRAFT SCHEDULE -
NOT FOR PUBLIC
DISTRIBUTION**

21

# EXHIBIT B



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

PUBLIC GATHERING PERMIT

Permit:  NCA-NAMA-EVNT24-0193        Date:  October 21, 2024

In accordance with Park Regulations as contained in C.F.R., Title 36, Chapter 1, Section 7.96, permission is granted to conduct a public gathering to the following:

Person(s) and/or Organization(s):  Katie Wilmes on behalf of the NPS

Dates & Time(s):  10/1/2024 6:00 AM                 To:  2/1/2025 11:59 PM
   Location(s):
   Ellipse, and Doglegs

Purpose: Site prep, lighting ceremony, month long program, tear down and start of site restoration for the 2024 Lighting of the National Christmas Tree

Anticipated Number or Participants:  200,000

Person(s) in Charge:  John Stanwich & Katie Wilmes
Address(es):  1849 C Street NW Room 1426, Washington, Washington, DC, 20240
Phone Number: (202) 219-0322 Office                 Mobile Number:  202-438-1200

On-Site Contact:                                    Mobile Number:

This permit is granted subject to the following conditions:

1. Permittee and all participants authorized therein must comply with all of the conditions of this permit and with all reasonable directions of the United States Park Police.

2. All sidewalks, walkways, and roadways must remain unobstructed to allow for the reasonable use of these areas by pedestrians, vehicles, and other park visitors.

PERMITTEE IS RESPONSIBLE FOR READING AND ADHERING TO ATTACHED ADDITIONAL CONDITIONS.

Additional Conditions
Permit #24-0193
Organization: National Park Service
Person In Charge: Katie Wilmes
The Ellipse and Surrounding Areas
October 1, 2024-February 1, 2024 (6:00 a.m.-11:59 p.m.)


**EVENT OVERVIEW**:  Permittee will assemble on the Ellipse, and surrounding areas, to survey and mark the site, construct perimeter and decorative fencing, prepare site for delivery of construction materials and install production and outer public walkways inside of permitted area, prepare and decorate the National Christmas Tree, receive and set-up State and Territory trees, install signage, build media stand, establish electrical service for the site, receive and set-up NPS trailer, and receive and set-up train display, in preparation for the 2024 Lighting of the National Christmas Tree and Pathway of Peace program.  Permittee has estimated approximately (200,00) participants will have visited the site by the end of the lighting ceremony and associated programming.  Daily timeline and use of equipment will be coordinated through President's Park management, prior to accessing the site.

**This permit authorizes the preproduction and phasing-in of all additional work below, required for the site preparation, lighting ceremony, nightly music program, teardown, and site restoration for the Pathway of Peace and the 102ⁿᵈ Anniversary of the Lighting of the National Christmas Tree program.  The overall size and scope of preproduction, event, and postproduction may be amended by the National Park Service depending on changing conditions pursuant to the following conditions:**

Begin building and painting of the train shed.
Set electric switches and provide electric for tree lights.
Set-up NPS trailer to include install of electricity and water.
Complete all bike rack for walkways.
Set-up tents-(NPS will determine number and size of tents).
Install event portable toilets.
Complete sound system set up.
Set-up chairs-(NPS to determine number of chairs).
NPS to bring up risers for stage.
Install carpet as necessary.
Mulch all trees; Install all cable troughs and Establish phone service for site.


**General Timeline:**

| | |
|---|---|
| Pre-Production: | October 1, 2024-November 12, 2024 |
| Production/Lighting: | November 13-Dcember 3, 2024 |
| Monthlong Program/Strike | December 4, 2024-January 1, 2025 |
| Postproduction Complete | January 2-February 1, 2025 |

1

Additional Conditions
Permit #24-0193

All activities, set-up, event, tear down, load-out and cleanup, must take place within the times and dates authorized by this permit. Permittee has indicated that set up work hours will be (**TBD**) each day.

The use of equipment and materials and the installation of temporary structures will be coordinated through the Park Manager, President's Park, prior to accessing the site. Equipment and supplies include, but is not limited to chain link fence, posts and concrete blocks, plastic decorative fencing, forklifts, dump trucks, survey equipment and gravel.

**General Conditions:**

The Permittee shall insure that all logistical equipment/structures placed on park property adhere to all applicable codes, standards, and regulations including but not limited to The International Fire Code, National Fire Protection Association (NFPA), NFPA 1, Fire Code, NFPA 101, Life Safety Code, Occupational Safety and Health Administration, (OSHA), the ICC, International Wildland Urban Interface, IWUI and ADA, covering requirements including but not limited to safe construction practices and grounding of generators and maintaining access to the National Christmas Tree.  Permittee will submit stamped engineered drawings for all structures, i.e., cable trusses, tents, stages, audio, and video towers, etc. that are 500 square feet or larger for NPS review and approval.

Lighting or maintaining a fire, or the use of open-flame decorative devices, candles, oil lamps, torches and gas lights are not authorized by this permit.

Using, possessing, storing, or transporting explosives, blasting agents, explosive materials, fireworks, and firecrackers is prohibited.

All activities pursuant to this permit shall be in compliance with the requirements of Title VI of the Civil Rights Act of 1964 (78 Stat. 252; 42 U.S.C. 200d ed seg.); Title V, Section 504 of the Rehabilitation Act of 1973 (87 Stat. 394; 29 U.S.C. 794); the Age Discrimination Act of 1975 (89 Stat. 728; 42 U.S.C. 6101 et seg.); and with all other Federal laws and regulations prohibiting discrimination on grounds of race, color, national origin, handicap, religion, or sex in employment and in providing facilities and services to the public. Nothing in advertising for employees shall be done which will prevent those covered by these laws from qualifying for employment.

The Permittee shall require all employees and/or contractors to exercise all normal and reasonable safety precautions and to protect park visitors and property. Suitable devices such as barricades, fences, lanterns, etc. necessary for employee and public safety, shall be provided and adequately maintained. Such devices require the concurrence of the NPS Coordinator or designated representative.

2

Additional Conditions
Permit #24-0193

Throughout the course of this permit, the Permittee, contractors, and agents, are responsible for taking all necessary precautions to minimize resource damage throughout the permitted area. In addition, Permittee must supervise their contractors and employees during set-up and teardown to assure that there is no damage to park resources.

No wires or cables are to be attached to trees or other vegetation or flown aerially. Any wires or cables required in support of permitted activities must be run on the ground, in troughs or yellow jackets, to prevent tripping hazards.

All proposed amendments or additions to this permit and all proposed locations of vehicles, equipment, storage, installations of any kind, areas of activity, work and power plans shall be submitted to the NPS for prior written approval prior to the installation of facilities. These proposals shall be in map or diagram form suitable for on the ground inspection.

Permittee will provide an on-site coordinator to be accessible to the National Park Service and the United States Park Police personnel at all times during construction or set-up activities and during dismantling of facilities post-event.

All staff, volunteers, artists/participants, and vendors involved in the construction and teardown of the bleachers and reviewing stand will be issued some form of identification.

The credentials will identify the person by name and category and include any event logo.

Colored copies of all credentials will be provided to NPS and USPP in advance of the construction.

Permittee does not have exclusive use of the area including walks and roadways.  No interference or impediments to pedestrian traffic or driveways are allowed.  All areas and roadways must remain open to the general public at all times. Participants are not permitted to impede pedestrian access to building entrances.  ***Pursuant to a Record of Determination (ROD,) public access to the site will be granted according to a United States Park Police and supporting law enforcement agencies security plans.***

**<u>Specific Site Conditions:</u>**

All personnel (NPS, other agencies, partners, and contractors) requiring vehicular access to the Ellipse for the purpose of setup, support, and breakdown of the event, must coordinate their activities through the office of the Park Manager, President's Park, 202-208-1631, prior to accessing the site.

3

Additional Conditions
Permit #24-0193

Stands and other facilities approved for placement on the grass must be supported by interlocking heavy duty plastic material.  Stages may be approved for placement on the grass with ¾ inch plywood support.  ***Material to be used must be approved in advance by the NPS.***

Vehicles, forklifts, front end loaders, gators, gas/electric carts moving any equipment, especially heavy equipment on turf, must be supported by some form of heavy-duty plastic material that clicks or snaps together to prevent turf damage, avoid movement of material, and prevent tripping hazards.  ***Material to be used must be approved in advance by the NPS.***

Absolutely no driving on the grass without the approved material.  Driving on sidewalks is limited to gators, gas/electric carts only. Regarding the use of vehicles on the sidewalk areas, during such use, the vehicle must be accompanied by a spotter/individual to make the vehicle operator(s) and any pedestrians alert to any safety hazards.  All operators of motor vehicles, (gators, gas/electric carts etc.) must possess a valid driver's license.

a.  Support vehicle equipment, stored equipment, materials, etc., on turf areas shall be supported by temporary interlocking protective material heavy enough to support the wheels and jacks of all vehicles / mobile units.

b.  Temporary interlocking protective material supports shall be installed in over plazas, walkways, and turf areas for the ingress and egress of all vehicles/units or heavy equipment.

c.  To prevent damage to park water irrigation lines, staking into the ground is prohibited.  Water barrels and/or concrete blocks that sit on the temporary interlocking protective material will be permissible.  Water to fill the barrels will need to be brought into the park since no service for filling the barrels is available on site.  Water barrels cannot be emptied onto the Ellipse area turf, or in curb, or roadway areas without the permission of the President's Park's Chief of Maintenance (202) 359-3487.

d.  With that permission, water <u>may</u> be able to be dumped on the turf or at designated storm drains on the Ellipse roadway.   Dumping of water containing any non-biodegradable chemicals will **<u>not</u>** be permitted on the Ellipse area turf or its roadways.

4

Additional Conditions
Permit #24-0193

**<u>Electricity and Generator Usage:</u>**

No electricity available on site.  Permittee may provide own gasoline powered generator with internal spillage containment system.  Generators will be installed in accordance with the site plan, D.C. Fire Department guidelines, and safely installed per manufacturer requirements.

The fueling/refueling of gasoline powered generators on parkland is prohibited.  The storage of additional fuel is prohibited.  Plywood or similar material must be placed underneath the generator to protect the surfaces from spillage and vibrations.  To reduce the potential for accidental contact, generators must be enclosed with a perimeter security fence at least three (3) feet in height.

All wires must be covered by mats and/or troughs to prevent tripping hazards. The cord must be in good condition, of sufficient gauge to accommodate the electrical load of equipment and must be properly grounded.

All cables, power lines, etc. shall be run in an orderly manner and contained in matted troughs that provide for safety and accessibility. No power lines can be strung between trees.

The spillage of deleterious substances such as engine oil, gasoline, etc. is prohibited.  In the   event of such an occurrence, the District of Columbia Fire Department must be called immediately, by dialing 911 emergency numbers, followed by a call to the National Park Duty Officer 202-528-9609.  Corrective action will be taken in accordance with EPA Hazardous Material Guidelines.

   e. **<u>Refueling of generators:</u>** Refueling of the gasoline generators will be permitted pursuant to the following conditions:

      a. Refueling will only be allowed on dates and times agreed upon in advance with the NPS.

      b. The following materials must be placed on the ground during refueling:

         1. Plastic tarp
         2. absorbent material on top of tarp
         3. drip pan under fueling nozzle
         4. spill containment material or absorbent booms or pads must be stored at each generator location

5

Additional Conditions
Permit #24-0193

5.  55-gallon drum labeled hazardous material must be placed alongside of each generator.  Should spillage occur the absorbent material must be placed in these barrels
6.  Permittee will be responsible for removing the barrels off of park property
7.  Permittee will be responsible for any damage to the park's resources as a result of the refueling.
8.  In case of spill please contact DC Fire and Emergency Medical Services at 911 and President's Park Chief of Maintenance at (202) 359-3487l.

**PROPANE**

The use of propane shall be limited to one approved 60-pound container per appliance unless otherwise approved in advance by the NPS-NCR AHJ.

The connections to propane containers shall be made, tested, and repaired prior to the opening of the event.  The changing of propane containers while the event is open to the public is strictly prohibited.

The storage of additional propane containers on site must be approved in advance by the National Capital Region AHJ.

Propane containers on site shall be secured from falling or being knocked over.
Placing the container in a milk crate is recommended.  In addition, ground surface must be level.

**Liquid Petroleum Gas (LPG) Protection:** LGP tank containers shall be secured in upright position and protected from vehicular traffic.

**LPG Cylinder Transportation:** Cylinders in excess of 40 lb. (18kg) total weight being transported to or from the site shall be carried on a hand truck or motorized truck.

**LPG Containers**: Containers showing excessive denting, bulging, gouging, or corrosion shall be removed from service.

**Permittee is responsible for ensuring that all LPG cylinders are checked for the following**:

**Checked for exposure to fire, dents, cuts, digs gouges and corrosion**

**The cylinder protective collar (where utilized) and foot ring are intact and are firmly attached**

6

Additional Conditions
Permit #24-0193

**The cylinder is painted or coated to minimize corrosion**

**The cylinder pressure relief valve indicated no visible damage, corrosion of operating components, or obstructions.**

**There is no leakage from the cylinder or its appurtenances that is detectable without the use of instruments.**

**The cylinder is installed on a firm foundation and is not in contact with the soil.**

**Electrical Work/Appliances**.

OUTDOOR electrical cords, receptacles, connections and or appliances shall be Underwriters Laboratories (UL), Listed and Labeled and or Factory Mutual (FM) approved for wet locations or OUTDOOR use and meet NFPA 70 National Electrical Code NEC.  All shall be arranged to minimize the tripping hazard and shall be permitted to be covered with non-conductive matting, provided that the matting does not constitute a greater tripping hazard than the uncovered cables. NFPA 70:525.20 (G).

**Trailers, Media Stands Video Screens, Tents, and Portable Toilets:**

All structures must be able to withstand a minimum wind gust of 30 mph.

All structures must follow the guidelines below and adhere to National Fire Protection Association codes.

Structures on the turf should be on a raiser with as few points as possible touching the turf. Each point that does touch the turf should have Enkamat Flatback 8 or equal product and plywood pads under all points as outlined:

Each screw jack should have a wooden pad and two layers of Enkamat Flatback[1] or equal product, eighteen inches square (18"x18").

All trailers and other temporary structures must be at least (5) feet from ADA accessible ramps and must not block pedestrian access along the sidewalks and gravel walks.

All trailers and other temporary structures must be erected to allow access to building entrances and/or driveways at all times.

Permittee is responsible for having its contractor secure all stages & stands while not in use.  Trailers and restrooms must be locked while not in use and generators, light and sound towers must be secured by bike rack and/or fencing.

7

Additional Conditions
Permit #24-0193

Permittee and/or its contractor will be required to provide **unarmed** 24-hour security to monitor all equipment and structures daily.

Trailers, media stands, tents, and other temporary structures, shall not be erected on/or over plants, planters, trees, tree wells, steps, or statues.

Any temporary structure exceeding over 500 square feet require the submission of engineered drawings stamped by a structural engineer licensed in the United States. Drawings should include tent support lines identified by flagging.

All screws and fasteners used in the construction of structures should be policed during the build and retained during removal. Screws and fasteners should be made of a non-aluminum metal, enabling a post-event magnet sweep to ensure all pieces are removed from the site.

## Tents:

To protect the turf, tents should be located on hardscape surfaces including gravel, asphalt, concrete, granite, wood, etc. tents and other similar structures must be secured using cement blocks and/or water-filled ballast tanks.  No stakes are permitted on hardscape surfaces.  *With NPS approval, tent stakes no more than Eighteen inches (18")* *may be used to anchor tents.*

Non-freezing, no-staining liquid approved by the NPS (water treated with bio-degradable antifreeze) in plastic containers shall be used as weighing elements.  No sandbags are permitted for this purpose.

At takedown, all water filled ballast tanks must **NOT** be pumped to the nearest catch basin (located within the curbs) or to the area drains located throughout the hardscape. Tanks may not be drained into the turf or pumped in gravel areas. This prevents creation of muddy puddles and soft areas in the turf and also limits runoff of gravel into area drains.

Tents must be constructed of fire-retardant material.  A certificate of fire-retardant material must be provided as confirmation to the NPS

Tents should be placed at least 5 to 10 feet apart.

**Clearance.** A minimum 10ft.clearance must be maintained from tents to any flammable or combustible materials or vegetation.

8

Additional Conditions
Permit #24-0193

**Aisles Width**. The width of aisles serving seating at tables shall be not less than 44 in. where serving an occupant load exceeding 50 people, and 36 in. where serving an occupant load of 49 people or fewer.

**Exit Head Clearance.** All exits must have a minimum head clearance height of 7 ft.

All screws and fasteners used in the construction of structures should be policed during the build and retained during removal. Screws and fasteners should be made of a non-aluminum metal, enabling a post-event magnet sweep to ensure all pieces are removed from the site.

**Comfort Facilities**:

If attendance is expected to exceed the capacity of nearby NPS public comfort facilities, or if none exist in or near the requested park area, the Permittee must provide portable, temporary toilets with sufficient capacity to accommodate anticipated attendance.

The general guideline is a minimum of one (1) portable toilet per three hundred (300) people, of which at least twenty percent (20%) must be handicapped accessible.

All portable toilets must be placed in groups of (5) or less, with a (6') clearance between each group.

**Fencing:**

Any fencing or other physical barriers planned for the event must be shown on the site plan and called out by type.

Fencing must be designed in such a way that it does not prevent safe egress from the event.

Fencing located on turf areas may not be staked into the ground unless authorized by permit. If authorized, stakes must be no longer than eighteen inches (18") driven into the ground. Stakes must avoid all underground pipes and fixtures. In the event chain linked fencing is used, security barbed wire is prohibited.

Concrete barriers (such as jersey barriers) are permitted only on hardscape areas.

Tree protection fencing may be required as a condition of the permit.

Additional Conditions
Permit #24-0193

**Accessibility:**

The Americans with Disabilities Act (ADA) applies to temporary services, programs, and activities. Temporary facilities and structures must comply with the ADA Standards.

Policies and operations for the event must meet the nondiscrimination requirements of the ADA, including, but not limited to provision of accessible parking, routes through site, food service, toilet, facilities, and assembly seating.

Permittee is responsible for providing auxiliary aids and services as requested.

Permittee is responsible for providing promotional material explaining how the public can request a particular auxiliary aid or service and be informed of when specific auxiliary aids and services may be available for all Tree Lighting events held on parkland.

Service animals, as defined by the Americans with Disabilities Act (ADA), are permitted under proper supervision. The ADA defines a service animal as any guide dog, signal dog, or other animal individually trained to aid an individual with a disability. If they meet this definition, animals are considered service animals under the ADA regardless of whether they have been licensed or certified by a state or local government.

Permittee must consider elements of accessibility when designing the layout of the event. Potential items for inclusion are:

- Addition of temporary curb ramps where needed to provide an accessible route
- Location of structures and tents along an accessible route
- Provision of auxiliary aids and services
- Provision of and an accessible route from transit stops to the event location
- Provision of tactile braille signage
- Provision of portable wheelchair lifts to access stages or other elevated areas.

**Glass Bottles:** Glass bottles and/or containers are prohibited on parkland

**Medical, Health, Safety and Public Welfare:**

Permittee is responsible for providing First Aid services on-site.  The NPS adheres to the District of Columbia Department of Health, Health Emergency Preparedness and Response Administration guidelines established according to the number of people anticipated at an event.  The following guidelines, established according to the number of people anticipated at an event, will ensure that appropriate medical coverage is provided throughout the event:

10

Additional Conditions
Permit #24-0193

*With an estimated crowd size of (2,001-15,000) persons onsite at any given time, Permittee **is required** to have CPR and 911 access; One (1) Basic Life Support (BLS) Medical Aid Station; and One (1) Mobile Medical Team, with certified/licensed personnel, who will remain on site throughout the event. In addition, One (1) Advanced Life Support Medical Aid Station and One (1) Basic Life Support Ambulance-licensed in the District of Columbia **is recommended**.*

Event fence, chain link fence and/or bike rack shall be erected by the Permittee to contain the event areas and provide necessary resource protection, security, and buffer zones. The Permittee(s) is responsible for encircling generators, light, and sound towers, jumbotrons etc. with event fence and/or bike rack.

**Event Security and Public Safety:**  NPS Permits Management Specialist and/or Event Monitors may be assigned for on-site supervision each day of the event. In addition, U.S. Park Police officers may also be assigned to provide for public safety. All reasonable instructions given by authorized NPS, or U.S. Park Police personnel must be obeyed promptly. Failure to comply with all the terms and conditions of the special event permit may constitute grounds for revocation of the permit and immediate termination of the event and/or citation against the violator.

Beginning with event set-up and continuing throughout the permit term until tear-down is completed, the Permittee is responsible for ensuring that no equipment or materials are left unattended at any time, including overnight. This can be accomplished by providing qualified persons from the Permittee's organization, by contracting with a commercial security firm, or by making prior arrangements with the U.S. Park Police for their services.

**Overnight Security:**  Permittee will be responsible for providing overnight security. Individual(s) must be properly identified and **unarmed**.  Permittee must contact Sgt. Jeffrey Hendrickson and/or Sgt. James Marker, U.S.P.P., (202) 610-7092, to finalize all security logistics

**CAMPING IS PROHIBITED**.  Camping is defined as the use of the park land for living accommodation purposes such as sleeping activities or making preparations to sleep (including the laying down or bedding for the purpose of sleeping), or storing personal belongings, or making any fire, or using any tents or shelter or other structure or vehicle for sleeping or doing any digging or earth breaking or carrying on cooking activities.  The above-listed activities constitute camping when it reasonably appears, in light of all the circumstances that the participants, in conducting these activities, are in fact using the area as a living accommodation regardless of the intent of the participants or the nature of any other activities in which they may also be engaging.

11

Additional Conditions
Permit #24-0193

**<u>Emergency Access:</u>**

All pathways and roadways must remain open and unobstructed. A minimum twenty-foot (20') drive aisle must remain open at all times for emergency vehicle egress. No temporary or permanent structures may be located within the egress lane. The egress drive aisle must be called out on the site plan.

**<u>Sales/Solicitation:</u>**

Special attention is drawn to item #4, last page of this permit concerning fees collected and donations solicited on parkland. No merchandise may be sold or offered for sale except for message bearing books, newspapers, leaflets, pamphlets, buttons, and bumper stickers. Sales areas can be no larger than 6' wide by 15' long by 6' high and can have only one table 2 ½ 'by 8', or 4' by 4'.  **The sale of Tee Shirts, CD's, cassette tapes and other similar materials is prohibited.**

**<u>Concessions:</u>**

The sale of food or merchandise must be provided only within the framework of the Concessions Policy Act (Public Law 105-391) and any Concession Contracts issued under the Act.  The NPS concessioners, RGI. may provide food sales as part of the Folklife Festival food and beverage sales activity.  All logistics associated with this operation, will be coordinated with President's Park Concession Specialist, (202) 208-1631.

**<u>Commercial Advertising</u>:**

Consistent with long-standing NPS regulations and policy, and Public Law 108-108, Title I, § 145, the erection, placement, or use of structures and signs bearing commercial advertising is prohibited for any special event. The recognition of special events sponsors, however, may be allowed if it has been specifically authorized by this permit.

A permit may be issued that authorizes the recognition of sponsors of special events, if the NPS determines that the size and form of the recognition is consistent with the special nature and sanctity of the National Mall or any other requested park area, and if the lettering or design identifying the sponsor is no larger than one- third the size of the lettering or design identifying the special event. Further, to the maximum extent practicable for such special events, public use of and, access to the National Mall and other parkland is not to be restricted.

Additional Conditions
Permit #24-0193

Any request seeking NPS approval for sponsor recognition must be submitted to the NPS at least 14 days prior to the proposed event, and if approved by the NPS, will be authorized within the terms of the special event permit.

Authorized sponsor recognition must be in keeping with NPS policy, regulations, and law, and be appropriate to the scale and theme of the special event. Further, the overall size, number, and design of any signs or banners shall be appropriate to the park setting and the lettering or design identifying the sponsor must be no larger than one- third the size of the lettering or design identifying the special event. Signs and banners may not be affixed to existing trees or other NPS facilities or structures.

Organizers are expected to share information regarding the NPS restrictions governing the scope of the sponsor's participation in the event, and permissible means of recognition of the contribution to the special event. To avoid any confusion, a separate meeting between the NPS and representatives of any proposed sponsors involved in the special event may be necessary.

Distribution or give-away of any commercial product is limited to only those that may be consumed on the event site such as juices or popcorn.  Soliciting personal information such as names, addresses, telephone numbers, zip codes, etc., or any other information, which may be used for future solicitation, or marketing purposes is strictly prohibited.

**Parking:**  Permittee may be provided with **Twenty-five (25) GREEN NPS Parking Passes**, for parking President's Park staff and/or volunteers, on Madison Drive, south curb, between 10th and 14th Streets, **07:00 a.m.-08:00 p.m., 2024 date TBD.**  All vehicles must be parked in authorized public parking spaces.

**Credentials:**

All staff, volunteers and vendors involved in the construction and teardown of the temporary structures and all event components must have some form of identification. The credentials will identify the person by name and category and include any event logo.  Colored copies of all credentials will be provided to the NPS Permits Management Specialist and U.S. Park Police in advance of the construction, event and tear-down.

*Relevant credentials to include:*
- *Press*
- *VIP*
- *Artist*
- *Security*
- *Production Staff*
- *All Access*

13

Additional Conditions
Permit #24-0193

**Reunification:**

Permittee must provide a reunification tent/trailer for lost persons. The reunification tent/trailer location will be determined, based upon the site plan, by the Permit Management Specialist and the United States Park Police Events Sargent. A power supply must be proved for a land line.

**Media:**

Cameras, equipment, crew, and participants in this filming may not be situated on sidewalks, paths, or roadways that prohibit the passage of pedestrians and/or vehicles. No equipment may be attached and/or affixed to any plant materials (i.e. trees and shrubs) or structures. Running cables thru trees is prohibited.

No exclusive use of the area is permitted, and the area must remain open to the general public at all times.  This filming may in no way impede or prevent public access to the area.

Parking is permitted in designated parking spaces only. No parking spaces may be reserved. All public spaces are available only on a first come, first use basis. No reserved parking for "crew vehicles" is permitted.  Crew vehicles must park in available public parking spaces.

Support vehicles/production trailers for the filming may park on the Ellipse designated media production parking areas as indicated by the attached site plan**. (TBD)**

No electrical service is available.  The use of a portable generator, to be provided by the Permittee, is permitted.

Cabling across entrances and handicapped accessible ramps must be ADA approved and cannot impair or prevent access. All cables must be covered to prevent tripping hazards.

**Adverse Weather Policy:**

When there is a threat to public health or safety, the Superintendent and/or his/or her designee, may close the National Mall or an event being held there for such duration as determined necessary to ensure the safety and wellbeing of the public.  Such situations have occasionally occurred in the past where park areas have been closed due to severe weather warning of heavy snow and thunderstorms with lighting and high winds.  Where an area is ordered closed due to a weather-related public safety threat, pursuant to 36 CFR 2.32(2) people must comply with official directions to leave the closed area and relocate to safer sheltered locations.

14

15

Additional Conditions
Permit #24-0193


Permittee is responsible for contacting Katie Wilmes and/or Amy Dailey, Presidents Park, (202) 208-1631, to finalize all program logistics.

Permittee is responsible for contacting Sgt. James Marker and/or Sgt. Jeffrey Hendrickson, US Park Police, (202) 610-7092, to finalize any police logistics.

Permittee is responsible for contacting DC Metropolitan Police, (202) 671-6522, to acquire permission/permits for use of city property.

If the Permittee decides to cancel or substantially modify its event, the Permittee must immediately advise both the United States Park Police Special Events Sergeant at (202) 610-7092 and the Division of Park Programs at (202) 245-4715.

***This permit may be amended to reflect changes in program and permit conditions.***

**A copy of this permit must be carried at all times by the Permittee while operating under the authority granted.**

15

3.  All laws, rules and regulations applicable to the area covered by this permit remain in effect.

4.  No fee may be collected, donation solicited, or commercial activity conducted.  No items may be sold or offered for sale except for books, newspapers, leaflets, pamphlets, buttons and bumper stickers which contain a message related to your demonstration or special event.  No other merchandise may be sold or offered for sale.  A stand or structure used for the sale of permitted items may not exceed one table per site, which may be no larger than 2 1/2 feet by 8 feet or 4 feet by 4 feet.  The dimensions of the sales site may not exceed 6 feet wide by 15 feet long by 6 feet high.

5.  The area should be left in substantially the same condition as it was prior to the activities authorized herein, and all litter shall be placed in the trash containers provided.

6.  This permit is applicable only for the use of the area designated above, and during the times designated above, or in any area as may hereafter be designated by the United States Park Police.

7.  The use of sound amplification equipment, other than hand-portable sound amplification equipment to be used for crowd control purposes only, is prohibited on the White House Sidewalk (South 1600 Pennsylvania Avenue, NW, sidewalk between East Executive Avenue and West Executive Avenue).  All sound amplification equipment shall be limited so that it will not unreasonably disturb nonparticipating persons in, or in the vicinity of, the area.

8.  The National Park Service reserves the right to immediately revoke this permit at any time should it reasonably appear that the public gathering presents a clear and present danger to the public safety, good order or health, or if any conditions of this permit are violated.

<u>Lisa Mendelson-lelmini</u>
<u>Acting Regional Director</u>
<u>Region 1-National Capital Area</u>

By:
<u>Leonard D. Lee</u>
<u>Division of Permits Management</u>
<u>National Mall & Memorial Parks</u>

# EXHIBIT C

AGREEMENT
AMONGST AND BETWEEN
THE WHITE HOUSE OFFICE
AND
THE UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE, INTERIOR REGION 1 - NATIONAL CAPITAL AREA
AND
THE NATIONAL PARK FOUNDATION

This Agreement (this "**Agreement**") entered into by, amongst, and between, the United States Department of the Interior, National Park Service, Interior Region 1 - National Capital Area (hereinafter the "**National Park Service**"); the White House Office (hereinafter the "**White House Office**"); and the National Park Foundation (hereinafter "**NPF**"), a non-profit organization created by Congress to encourage philanthropy for the benefit of the National Park Service and the National Park System. These are the parties to this Agreement (hereinafter, the "**Parties**")

WITNESSETH

WHEREAS, the National Park Service is charged with promoting and regulating the use of units of the National Park System, and providing for the public's enjoyment of the same in such manner and by such means as will leave them unimpaired for the enjoyment of future generations;

WHEREAS, National Park Service and NPF have established a public-private partnership to fund, plan and produce a holiday event that traditionally occurs during the month of December on the Ellipse in Washington, D.C. (the "**Holiday Event**"), which includes an opening ceremony and display of the National Christmas Tree, as well as decorated trees representing the states, territories, and the District of Columbia, along with traditional holiday elements such as a Nativity scene;

WHEREAS, in connection with the Holiday Event, the National Park Service and NPF desire to extend the celebration of the holiday season in cooperation with the White House by establishing an ice-skating rink on the South Lawn of the White House (the "**Ice Rink**") in order to welcome guests from diverse communities to the White House and President's Park during the winter with the aim of sharing the White House holiday experience; and

WHEREAS, the lawn on the south side of the White House ("**South Lawn**") is a part of the National Park System regulated and administered by the National Park Service with the coordination of the White House Office and others; and

WHEREAS, NPF wishes to assist the National Park Service and the White House Office in producing and operating the Ice Rink in 2023 in connection with the Holiday Event and in exchange for consideration of mutual covenants and other consideration:

NOW, THEREFORE, pursuant to the authority contained in 54 U.S.C. § 100101 et seq., including 54 U.S.C. § 101101 (authorizing the acceptance of donations), 54 U.S.C. § 10231 (authorizing the acceptance of volunteer services), guidance on fundraising and donations including National Park Service Director's Order 21, and 54 U.S.C. § 10111 et seq. (relating to the National Park Foundation) and any other applicable authorities, and in connection with, without amending or otherwise modifying, the General Agreement between the National Park Service and NPF executed on December 5, 2005, for Strategies, Policies and Procedures Governing Fundraising, Grant Making, Partnership Communications

and Other Partnership Activities, and the General Agreement in Support of the Tree Lighting between the National Park Service and NPF executed on November 7, 2022, the Parties, in consideration of the mutual promises contained in this Agreement, agree as follows:

I. NATIONAL PARK SERVICE RESPONSIBILITIES

A.  Co-sponsorship. The National Park Service agrees to co-sponsor with the White House Office, the 2023 Ice Rink to be operational from November 26, 2023 to December 31, 2023, (hereinafter referred to as the "**Operational Period**") on a portion of the South Lawn of the White House, as depicted in the diagram attached hereto as Exhibit 1 (the "**Area**") in connection with the Holiday Event. The set-up of the Ice Rink on the South Lawn will commence on or after November 18, 2023.  The period from November 18, 2023 until November 26, 2023 will be known as the "**Set-up Period**" and the period from January 1, 2024 through January 10, 2024 will be referred to as the "**Take-Down Period**." The Operational Period, the Set-up Period, and the Take-Down Period together shall be referred to as the "**Ice Rink Period**.  The National Park Service agrees to communicate and cooperate with the White House Office and NPF in planning and executing the Ice Rink. The National Park Service will also consult regularly with the other Parties on all matters related to the Ice Rink and will review, approve, and coordinate the scope, scale, and nature of the Ice Rink.

B.  Permission To Use the Area. NPF and its named vendors and contractors (including the Operator, as defined below) are authorized to use the South Lawn in accordance with the terms of this Agreement. In coordination with the White House Office, the National Park Service shall grant NPF access to the areas needed for the Ice Rink during the Ice Rink Period.

C.  Law Enforcement. The National Park Service shall work with the White House Office to obtain appropriate levels of law enforcement on the grounds of the White House complex.

D.  Clean Up. The National Park Service shall provide sufficient receptacles for use by the Operator (as defined below) hired by NPF to dispose of trash generated by the Ice Rink and its participants and will arrange for the disposal of trash that is properly disposed of by the Operator in the provided receptacles consistent with the requirements in Section III.A of this Agreement.

E.  Stage Facilities and Fencing. The National Park Service shall provide and erect [barriers, fencing, and additional materials as needed on the South Lawn as agreed upon by the Parties in writing in advance of the Ice Rink Period.

F.  Liability. The National Park Service shall accept responsibility for any damages, losses, judgments, and expenses arising out of or from any omission or acts of its employees and contractors in connection with the National Park Service's activities under this Agreement to the fullest extent permitted by law.

G.  Contact for the National Park Service. For purposes of this Agreement, the contact for the National Park Service is:

> Mr. John Stanwich
> National Park Service Liaison to the White House
> National Park Service
> Office Telephone: 202-219-0322

II. THE WHITE HOUSE OFFICE RESPONSIBILITIES

A. <u>Co-sponsorship</u>. The White House Office agrees to co-sponsor the Ice Rink with the National Park Service. The White House Office agrees to communicate and cooperate with the National Park Service and NPF in planning and executing the Ice Rink, including but not limited to consulting regularly with the National Park Service and NPF on all matters related to the Ice Rink and coordinating the scope, scale, and nature of the Ice Rink.

   1. At least 24 hours before release or, if 24 hours is not possible, as early as is feasible, the White House Office shall provide the National Park Service with a digital copy of any and all press releases relating to the Ice Rink.

   2. The White House Office will generate all content for all printed or online materials related to the Ice Rink to be distributed to the media or to the public.

   3. The White House Office shall consult with the National Park Service regarding a media strategy in connection with the Ice Rink.

B. <u>Permission To Use the Area</u>. The White House Office authorizes NPF and its named vendors and contractors (including the Operator, as defined below) to use the South Lawn in accordance with the terms of this Agreement. In coordination with the National Park Service, the White House Office shall grant NPF access to the areas needed for the Ice Rink during the Ice Rink Period.

C. <u>Invitations</u>. The White House Office shall be responsible for managing all invitations to guests to participate in the Ice Rink activities.

D. <u>Sound System</u>. The White House Office shall provide a public address system and electronic sound amplification services for use by the President and/or the First Lady, or their designated representatives or other government officials, for making remarks to the attendees.

E. <u>Ice Rink Access</u>. The White House Office shall ensure that NPF receives a reasonable allotment of invitations to the Ice Rink. NPF shall be permitted to submit a list of requested attendees, although the White House Office at all times retains final say on which individuals are permitted entry onto the White House grounds.

F. <u>Online Content and Promotion</u>.  The White House Office shall produce any still image, video, interactive, and/or animated content in connection with the Ice Rink for use online, including through White House Office or other social media accounts, or as part of a virtual portion of the Ice Rink. The White House Office may also provide permissions to NPF and the National Park Service for use and promotion of certain online content generated in connection with the Ice Rink.

G. <u>Public Health/COVID-19</u>. The White House Office will provide COVID-19 testing and personal protective equipment ("**PPE**") for any visitors to the White House if applicable and as necessary in connection with the Ice Rink, and the White House Office will enforce all COVID-19 safety protocols for any visitors on the South Lawn if applicable and as necessary. To the extent that additional staff or assistance is needed to enforce COVID-19 safety protocols, the White House Office will consult with the National Park Service and NPF and may enter into a separate agreement with the National Park Service to provide for staff support and other resources.

H. <u>Emergency Services</u>. The White House Office shall provide or arrange through the White House Military Office and the United States Secret Service/Uniform Division for emergency equipment and

services on the South Lawn, in coordination with the National Park Service. In addition, the White House Office shall provide or arrange for lost persons services for the Ice Rink.

I.  Contact for the White House Office. For purposes of this Agreement, the contact for the White House Office is:

Dave Noble
Director of Management and Administration
The White House
Washington, D.C. 20502

III. NPF RESPONSIBILITIES

A.  General. At no expense to the U.S. Government including, in particular, the White House Office and the National Park Service, NPF shall enter into an agreement with an Ice Rink operator (the "**Operator**") hired to build, execute, and operate the Ice Rink (the "**Service Agreement**"). The White House Office shall select the Operator and shall select or have final approval of any vendor or contractor engaged by NPF to provide goods or services in connection with the Ice Rink. This Service Agreement will be submitted to the White House Office and to the National Park Service for their approval prior to execution, and will include an approved budget for the Ice Rink.

1.  NPF agrees to facilitate close cooperation between the Operator and the National Park Service and the White House Office in planning, developing, implementing, and administering the Ice Rink, including but not limited to consulting regularly with the National Park Service and White House Office on all matters related to the Ice Rink and coordinating the scope, scale, and nature of the Ice Rink.

2.  NPF shall contract with the Operator to provide the following services for the Ice Rink: (1) restroom facilities, including units accessible by the disabled, cleaning services for such restroom facilities to be arranged by the White House Office; (2) trash bags and personnel sufficient to clean up all trash generated by the Ice Rink and deposit such trash in the receptacles provided by the National Park Service; and (3) with prior approval of the White House Office and the National Park Service, any additional stage facilities and fencing in addition to that being provided by the National Park Service.

3.  NPF shall be solely responsible for any and all payments to the Operator and any vendors or contractors and any and shall specify in agreements with the Operator and any vendors or contractors that the White House and the National Park Service are not responsible for any payment owed to the Operator or to such vendor or contractor under any circumstances.

B.  Permission to Use the Area. NPF shall use the Area in accordance with the terms of this Agreement and shall ensure that all its representatives, paid and unpaid, abide by the terms of this Agreement, and shall include this in its contracts with all entities it retains for activities under this Agreement, to be binding on these entities.

C.  Donation review process. NPF is responsible for receiving donations for the Ice Rink, including both cash and in-kind, and for sending written acknowledgment of the donations received and accepted to each donor. All such donations may be used only for the benefit of the Ice Rink, provided that NPF may use funds remaining after payment of all Ice Rink expenses for any purpose in furtherance of

NPF's mission, if consistent with the provisions set forth in the relevant donation agreement between NPF and the donor and with NPF's governing documents. Upon receipt of donations, NPF shall invest the donated funds in those accounts that NPF manages for the benefit of the Ice Rink ("**Ice Rink Account**"). Any donations to NPF for the Ice Rink must be approved in advance by the White House Office and the National Park Service and must be consistent with National Park Service Director's Order 21 and the following:

1.  For donations or planned series of donations to be spent on the Ice Rink, in cash or in-kind, from donors other than individuals, NPF will make reasonable efforts to determine whether the donor:

    a)  is currently involved in litigation involving the National Park Service or the Department of the Interior or any of its other bureaus.

    b)  is currently engaged in or seeking a business relationship with the National Park Service;

    c)  has been debarred from contracting with the Department of the Interior or another Government agency;

    d)  has a recent public history of violations, whether criminal or civil in nature, as disclosed by an Internet search, for which acceptance of the donation could lead to public controversy; or

    e)  is regulated by or is seeking a permit from the National Park Service.

2.  In the event that NPF, after reasonable efforts, concludes that one or more of the above factors is applicable, NPF will inform the National Park Service so that NPF can assist the National Park Service in determining whether the National Park Service will accept or decline having such contribution spent on the Ice Rink.

3.  NPF will consult with the National Park Service and the White House before accepting donations, including grants, to be spent on the Ice Rink from state, local, or tribal governments.

4.  Because the potential exists for an actual conflict of interest, or the appearance of a conflict of interest, donations from business entities engaged in or seeking concession contracts with the National Park Service must be approved in writing by the National Park Service official who is required under National Park Service policies to obtain the written approval of the Director of the National Park Service for such contributions.

5.  Before accepting donations from an outside entity or individual, NPF will make it clear that such entity or individual should have no expectation of advantageous or preferential treatment in dealing with the U.S. Government, the White House Office, or the National Park Service as a result of any donation.  NPF will also indicate when soliciting donations that no form of acknowledgement, publicity, or signage is guaranteed to donors who contribute to the Ice Rink, and that any contemplated acknowledgement or publicity of donors is at the sole discretion of the White House Office.

6.  The National Park Service will use its best efforts to timely review all proposed donations for which its approval is required under this Agreement.

D. <u>Donation solicitation and disbursement process</u>. NPF will act as a fiduciary of the donations it receives for the Ice Rink ("**Ice Rink Funds**"), including administration of the funds and responsibility to pay the Operator and the vendors and contractors it engages to produce the Ice Rink. NPF assumes sole responsibility to solicit the necessary funds for the Ice Rink. Upon request, NPF will provide the White House Office and the National Park Service with an up-to-date report on the amount of funds raised and expended.

E. <u>No advertising by NPF, its contractors and donors of their involvement</u>. NPF agrees that it will not use, mention, or allude to its involvement in the Ice Rink in any press release, advertising, corporate annual report, or any other promotional material or activity unless authorized to do so in writing by the White House Office and the National Park Service. NPF shall include this same restriction in its Service Agreement with the Operator and agreements with any donors, or other vendors or contractors, and will require that the Operator, any donors, vendors, or contractors place the same restrictions on any subcontractors or vendors they engage in furtherance of that Agreement.

F. <u>Endorsements</u>. NPF's Operator or any other vendor or contractor or other entity engaged by NPF or engaged by or affiliated with the Operator shall not make any representations which would suggest an endorsement by the White House Office or the National Park Service of NPF's Operator, its vendors, contractors or any other entity.

G. <u>Documents</u>. In addition to any documents that NPF must provide pursuant to other subsections of this Agreement, NPF agrees to provide to both the National Park Service and the White House Office a single copy of the following items, with those in items 1-3 by the beginning of each applicable Ice Rink Period:

1. Any and all Certificates of Insurance of which NPF or its contractors are the policy holder that relate or potentially relate to their performance of this Agreement and/or their activities at the Ice Rink.

2. Any and all contracts between NPF and any entities who will perform or provide services at the Ice Rink.

3. Any and all site plans of the Area created for the Ice Rink.

4. Any other document within NPF's possession pertaining to the Ice Rink that the National Park Service or the White House Office deem useful for archival purposes.

H. <u>Confidentiality</u>. NPF acknowledges and agrees that no nonpublic, confidential and/or proprietary information relating to this Agreement and the Ice Rink ("**Confidential Information**") may be disclosed without the prior written approval of the National Park Service and the White House Office. NPF acknowledges and agrees that such Confidential Information shall not be disclosed to any other third parties unless required by law.

I. <u>Media Coverage</u>. NPF shall cooperate with the National Park Service and the White House Office on media coverage, including any online or social media engagement. All press conferences and press releases shall be subject to prior review and approval by the White House Office and the National Park Service.

J.  Budget. NPF shall develop a budget that contains a spending plan consistent with the Ice Rink objectives established by the White House Office, including public health measures required by the White House Office, if necessary, and includes a budget up to but not to exceed $700,000 for the Ice Rink.  The budget may be amended with the written consent of all Parties. Upon request, NPF shall provide the White House Office with a final accounting of the Ice Rink budget within thirty days after the conclusion of the Ice Rink Period.

K.  Indemnification, Liability and Liability Coverage. NPF shall indemnify, save and hold harmless and defend the United States of America against all actions, claims, demands or liabilities arising out of the actions or omissions of NPF or its agents, vendors, contractors, personnel, or paid or unpaid representatives. NPF shall accept responsibility for any damages, losses, judgments and expenses arising out of or from any acts or omissions of its employees and agents in connection with its activities under this Agreement to the fullest extent permitted by law. NPF shall name the United States of America as a third-party beneficiary to any contract between NPF and all entities NPF retains for activities under this Agreement.  NPF will require in the Service Agreement that the Operator must:

1.  Be fully responsible for the management, performance, use and safety of the elements to be provided by it and indemnify NPF from and against any action, claim, demand or liability, including reasonable attorney's fees, to the extent such claim arises out of the actions or omissions of its directors, officers, employees, subcontractors or agents, except in the case where such obligations or liabilities arise from the United States of America's or NPF's negligence or misconduct.

2.  Procure commercial general liability insurance with available coverage limits of not less than $1,000,000.00 per occurrence and $3,000,000.00 aggregate, $3,000,000.00 Products and Completed Operations, $1,000,000.00 Personal and Advertising Injury and $1,000,000.00 Fire Damage, Legal, and commercial umbrella or excess liability insurance with available coverage limits of not less than $5,000,000 per occurrence and in the aggregate. All such policies must be issued by one or more responsible and rated U.S. based insurance carriers. The United States of America shall be named as an additional insured on such liability policies. All such policies shall specify that the insured shall have no right of subrogation against the United States of America for payment of any premiums deductibles due thereunder.

3.  Indemnify, save and hold harmless and defend the United States of America against all actions, claims, demands or liabilities arising out of the actions or omissions of such Operator or its directors, officers, employees, subcontractors, and agents, except in the case where such obligations or liabilities arise from the United States of America's or NPF's negligence or misconduct.

4.  Name the United States of America as a third-party beneficiary to any contract between the Operator and all entities it retains for activities under this Agreement.

5.  Pay the United States of America the full value of all damages to the lands or other property of the United States of America caused by such person, organization, its representatives, or employees.

L.  <u>Public Health</u>. NPF shall adhere to public health requirements imposed by law or applicable regulation and shall ensure that all program participants submit to public-health inspections as required by the National Park Service and any COVID-19 restrictions required by the White House.

M.  <u>Contacts for NPF</u>.

For purposes of this Agreement, the contacts for NPF are:

> Dawn Rodney
> Chief External Affairs Officer
> National Park Foundation
> Email: drodney@nationalparks.org

IV.  GENERAL PROVISIONS

A.  <u>Meetings</u>. The Parties agree to meet upon the request of any of the Parties in advance of or during the Ice Rink Period to address any developments and ensure the success of the Ice Rink.

B.  <u>Safety Inspections</u>. All work performed in connection with the Ice Rink shall be subject to inspections and approval by National Park Service management and safety personnel.

C.  <u>No Filming and Recording</u>. Other than videotaping for personal home use, and the usual and customary newsgathering activities conducted in accord with standard White House guidelines, there shall be no filming, broadcast, or recording of any part of or equipment at the Ice Rink or its set-up, without the prior written approval of the White House Office and the National Park Service. Such prohibited filming includes, but is not limited to, filming for documentary, historical, educational, and commercial purposes.

D.  <u>No Advertising</u>. During the Ice Rink Period, the Parties agree that the Area shall not be used for any promotion or advertisement of commercial brands, products, companies, or services without the approval of the White House Office and National Park Service.

E.  <u>No Transfer or Assignment</u>. No transfer or assignment of this Agreement or of any part thereof or interest therein, directly or indirectly, voluntary or involuntary, shall be made by NPF, unless such transfer or assignment is first approved in writing by the National Park Service and the White House Office.

F.  <u>Compliance with Laws</u>. The Parties shall comply with all applicable laws and regulations. This Agreement is subject to all laws, regulations, and rules governing National Park Service property, whether now in force or hereafter enacted or promulgated. The Parties shall note the National Park Service's policy prohibiting helium-filled balloons, which may neither be distributed nor used as part of any display connected to the Ice Rink. The Parties also note the National Park Service's a prohibition on the use of unmanned aircraft (drones) at the Ice Rink, including launching, landing, operating, or flying over. Nothing in this Agreement shall be construed as in any way impairing the general powers of the National Park Service for supervision, regulation, and control of its property under such applicable laws, regulations, and rules. Meeting the terms of this Agreement shall not excuse any failure to comply with all applicable laws and regulations, whether or not these laws and regulations are specifically listed herein.

G. <u>Security</u>.  The Parties acknowledge and accept that the Parties and any of their employees, personnel, contractors, affiliates, or guests must follow all security protocols instituted by the White House Office or the U.S. Secret Service, including but not limited to, pre-screening of White House guests, day-of security screenings such as metal detectors and x-ray machines for individual belongings, and other security protocols as may be required to protect the safety and security of the President, the First Lady, attendees, staff, and the White House.

H. <u>Direct Benefit Clause</u>. In accordance with 41 U.S.C. § 6306, no Member of Congress shall be admitted to any share or part of any contract or agreement made, entered into, or accepted by or on behalf of the United States, or to any benefit to arise thereupon.

I. <u>Non-Discrimination</u>. The Parties shall abide by the provisions of Executive Order 11246, as amended, and shall be in compliance with the requirements of Title VI of the Civil Rights Act of 1964, as amended, 42 U.S.C.§ 2000d et seq.; Title V, Section 504 of the Rehabilitation Act of 1973, as amended,29 U.S.C. § 701 et seq.; the Age Discrimination Act of 1975, as amended, 42 U.S.C. § 6101 et seq.; and with all other Federal laws and regulations prohibiting discrimination on grounds of race, color, national origin, disability, religion, or sex, in employment and in providing facilities and services to the public.

J. <u>Lobbying Prohibition</u>. The Parties shall abide by 18 U.S.C. § 1913, which states:

> No part of the money appropriated by any enactment of Congress shall, in the absence of express authorization by Congress, be used directly or indirectly to pay for any personal service, advertisement, telegram, telephone, letter, printed or written matter, or other device, intended or designed to influence in any manner a Member of Congress, a jurisdiction, or an official of any government, to favor, adopt, or oppose, by vote or otherwise, any legislation, law, ratification, policy, or appropriation, whether before or after the introduction of any bill, measure, or resolution proposing such legislation, law, ratification, policy or appropriation; but this shall not prevent officers or employees of the United States or of its departments or agencies from communicating to any such Member or official, at his request, or to Congress or such official, through the proper official channels, requests for any legislation, law, ratification, policy, or appropriations which they deem necessary for the efficient conduct of the public business, or from making any communication whose prohibition by this section might, in the opinion of the Attorney General, violate the Constitution or interfere with the conduct of foreign policy, counter-intelligence, intelligence, or national security activities. Violations of this section shall constitute violations of section 1352(a) of title 31.

K. <u>No Violation of the Anti-Deficiency Act</u>. Nothing in this Agreement shall be construed as binding the United States to expend in any one fiscal year any sum in excess of appropriations made by Congress for this purpose or to involve the United States in any contract or other obligation for the further expenditure of money in excess of such appropriations (31 U.S.C. § 1341(a)(1)).  No legal liability on the part of the U.S. Government for any payment or obligation may arise for performance under this agreement until appropriations are made available.

L. <u>Drug Free Work Place Act</u>. The Parties certify that comprehensive actions will be taken to ensure the work place is drug free (41 U.S.C. §§ 701 et seq.).

M. <u>Relationship of the Parties</u>. Nothing herein shall create any association, partnership, joint venture, or the relationship of principal and agent between or among the parties to this Agreement, it being understood that NPF and the National Park Service and the White House Office are independent entities and shall perform their obligations and liabilities as such.

N. <u>Volunteers</u>. All unpaid representatives of the Parties shall be Volunteers in the Parks, under 54 U.S.C. § 102301. Volunteers in the Parks are not Federal employees but shall be entitled to those benefits and protections related to workmen's compensation, federal tort claims and others as specified in the Volunteers in the Parks Act.

O. <u>Intellectual Property</u>. The signing of this Agreement by the Parties provides that NPF has granted to the White House Office and the National Park Service, at no expense to the Parties, a perpetual, worldwide, non-exclusive, non-assignable, irrevocable, royalty-free license for use for any manner and for any purpose of any and all intellectual property rights, in all tangible or intangible contributions, products, marks, or works of authorship, including but not limited to, patents, trademarks, copyrightable works, and other intellectual property and proprietary rights and all accompanying goodwill prepared, produced, originated, developed, generated, used, or acquired pursuant to the planning and execution of the Ice Rink by the Parties.

Both during the term of this Agreement and thereafter, NPF including any entities it retains shall fully cooperate with the White House Office and the National Park Service in the protection and enforcement of any intellectual property rights that may derive as a result of the activities and services performed by NPF under the Service Agreement, under the terms of this Agreement. This shall include preparing, executing, acknowledging, and delivering to the White House Office and National Park Service all documents and papers that may be necessary to enable the White House Office and National Park Service to protect and enforce their respective intellectual property rights.

The Service Agreement shall require the Operator to cooperate in any such protection and enforcement. NPF agrees that it may only use, license, or sublicense any intellectual property it retains under the Service Agreement only with the prior written approval of the White House Office and the National Park Service.

P. <u>Ice Rink Merchandise</u>. The sale of Ice Rink related merchandise shall be authorized, if at all, through a separate agreement amongst the Parties.

Q. <u>Duration of Agreement</u>. The term of this Agreement shall commence on the Effective Date (as defined below) and run until the end of the Ice Rink period, unless terminated sooner in accordance with the provisions herein, and subject to the survival of certain provisions of this Agreement.  All provisions of this Agreement that contemplate performance beyond the termination or expiration of the Agreement shall survive such termination or expiration.

R. <u>Termination</u>. This Agreement may be terminated at any time by the White House Office or the National Park Service for the convenience of the government. All Parties shall be notified in writing within two business days following any termination.

S. <u>Modifications</u>. This Agreement may be modified in writing with the dated signatures of all the Parties, such writing to be affixed to this Agreement to become a part thereof.

T.  <u>Execution Date</u>. This Agreement is effective immediately upon the date of the last signature affixed (the "**Effective Date**").

U.  <u>Force Majeure</u>. Any delay or failure of any Party to perform its obligations under this Agreement is excused to the extent that it is caused by an event or occurrence beyond its reasonable control, including acts of God, actions by governmental authority (whether valid or invalid), fires, floods, windstorms, explosions, riots, natural disasters, wars, sabotage labor problems, or artist injury, illness, or death provided the Party claiming force majeure promptly notifies the other party of the event of force majeure, the anticipated duration of the event of force majeure, and the steps being taken to remedy the failure.

V.  <u>Notices</u>. Notices required or permitted hereunder shall be sent by email, and shall be deemed received within one (1) business day of being sent as specified above.  Notices to the National Park Service shall be sent to the attention of John Stanwich, john_stanwich@nps.gov, with a copy to Sara Porsia, sara.porsia@sol.doi.gov.  Notices to the White House shall be sent to the attention of Michael Posada, michael.r.posada@who.eop.gov with a copy to legalnotices@who.eop.gov.  Notices to NPF shall be sent to the attention of Rachel Hofstatter, rhofstatter@honigman.com, with a copy to Dawn Rodney, drodney@nationalparks.org at the NPF address above.

W.  <u>Severable</u>. If any term or provision of this Agreement is held to be invalid or illegal, such term or provision shall not affect the validity or enforceability of the remaining terms and provisions.

X.  <u>No Waiver</u>. No waiver by one Party of a breach or default by another Party shall be deemed to be a waiver of any preceding, continuing or succeeding breach of the same or any other provision of this Agreement.

Y.  <u>Counterparts and Electronic Execution</u>.  This Agreement may be executed in counterparts, each of which shall constitute an original, and all of which, taken together, shall constitute one and the same agreement.  This Agreement may also be executed and delivered by electronic means, such as DocuSign, and such electronic execution and delivery shall suffice to bind the Parties to all the terms and provisions of this Agreement.

Z.  <u>Entire Agreement</u>.  Each Party acknowledges and agrees that no representation or warranty not expressly set forth in this Agreement has been made or relied upon by the other Party with respect to the Ice Rink, it being agreed that this Agreement constitutes the entire agreement and understanding of the Parties regarding the subject matter hereof, superseding all prior and/or contemporaneous oral or written understandings with respect thereto, all of which are deemed merged into and extinguished by this Agreement.  This Agreement shall not be amended or modified except by a written instrument that references this Agreement and is signed by authorized representatives of the Parties.

*[Signature page to follow]*

For the National Park Service:

By: _____   Digitally signed by JOHN STANWICH   November 14, 2023
                                       Date: 2023.11.14 16:13:24 -05'00'     _____

John Stanwich                                                               Date
National Park Service Liaison to the White House
National Park Service


For the White House Office:


By: _____                                        _____

Dave Noble                                                                 Date
Director of Management and Administration
The White House
Washington, D.C. 20502


For the National Park Foundation:


By: _____                                        _____

Dieter Fenkart-Froeschl                                                    Date
Chief Operating Officer
National Park Foundation


*[Signature page to the Agreement of The White House Office, The National Park Service, and the National Park Foundation regarding the 2023 Ice Rink]*