## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUSAN DOUGLAS and PAUL ROMANO,

Plaintiffs,

v.

NATIONAL PARK SERVICE, *et al.*,

Defendants.

Case No. 1:26-cv-02016-APM

## DECLARATION OF JOSHUA FISHER, DIRECTOR FOR WHITE HOUSE MANAGEMENT AND ADMINISTRATION

I, Joshua Fisher declare as follows:

1. I am an Assistant to the President, a Presidentially Commissioned Officer, as well as the Director for White House Management and Administration ("M&A"), which is a division of the White House Office ("WHO"). The WHO is a component of the Executive Office of the President ("EOP").

2. I have personal knowledge of all the facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. In my position as Director of M&A, the President of the United States has delegated to me all authorities required to accomplish the mission of the White House and the White House Executive Residence. I am also specifically responsible for certifying expenditures for the operation and maintenance of the Executive Residence at the White House ("EXR") on behalf of the President of the United States pursuant to 3 U.S.C. §§ 103 and 105(d). Finally, in this role, I am responsible for organizing and overseeing official and unofficial presidential events taking place at the White House and South Lawn, including the Ultimate Fighting Championship Freedom 250 Event ("Event"), which is scheduled to take place on June 13-14, 2026.

4. In August 2025, the President directed me to work with Zuffa, LLC d/b/a Ultimate Fighting Championship ("UFC"), to execute a live broadcast event on the South Lawn as part of the Administration's celebrations honoring the semi-quincentennial anniversary of the United States of America. Over the following ten months, WHO planned, managed, and coordinated the Event through a variety of government entities including, the National Park Service ("NPS"), the Department of Homeland Security ("DHS"), the United States Secret Service ("USSS"), the Federal Aviation Administration ("FAA"), and the District of Columbia government.

5. Pursuant to its reimbursable operating expense authority in Public Law 119-75, EXR entered into a Reimbursable Agreement ("RA") with WHO and UFC, wherein it agreed to host UFC and its invitees and to permit UFC to erect staging and Event-production related materials in the Executive Residence at the White House and the South Lawn. UFC is responsible for all production, labor, construction, and promotion costs. UFC is contractually obligated to reimburse any and all costs borne by EXR in hosting. WHO also agreed to coordinate with other government agencies for the provision of emergency equipment and services, including first-aid/medical services, law enforcement, and security.

6. Historically, EXR has used this authority to carry out presidentially-directed political and other non-official events at the White House and on the South Lawn, including those involving the construction of temporary structures. These events are often sponsored and funded by for-profit corporations. Some examples of events (with photographs beneath each example) include:

A.  South by Southwest LLC's South by South Lawn event, which included a large stage on the South Lawn on October 3, 2016;



B.  Black Entertainment Television's (BET) Love and Happiness Concert: An Obama Celebration, which involved the erection of a large stage and tent on the South Lawn on October 21, 2016 for a live broadcasted event;



C.  A&E Network and the History Channel's "A Night When Hope and History Rhyme," another live broadcast event on September 23, 2022, which included a performance by Elton John, a large stage setup with a tent and roof over the stage;

and



D. President Biden's hosting of 50 by 70 foot ice rink on the South Lawn for over a

month in November and December of 2023 sponsored by the National Hockey

League and Comcast Spectator.



7. To the best of my knowledge and after extensive legal research conducted by counsel,

EXR has not sought and Congress has not authorized temporary structures on the South

Lawn pursuant to 40 U.S.C. § 8106.

8.  For the Event, UFC is installing a temporary structure on the South Lawn called the "Claw." The Claw is an event infrastructure staging product belonging to a private entity and was designed to provide lighting to the staging area. As with previous events hosted on the South Lawn, the Claw will be disassembled immediately after the Event concludes. Plans are in place for demobilization to begin at 10:00am on June 15, 2026.

9.  Over its time planning the Event, WHO has allocated substantial resources, manpower, and coordination efforts to support the June 13-14, 2026 Event date. This required careful alignment of the schedules of the President of the United States, the First Lady, UFC global executives, fourteen unique UFC professional fighters based all over the world, the UFC fight calendar, and the White House events calendar. In addition, since its conception, WHO has anticipated more than 125,000 guests in the vicinity of the White House Complex for the Event and, consequently, has invested substantial resources into intergovernmental coordination to ensure safe access for those attending the Event as well as those in the surrounding areas.

10. Beginning May 20, 2026, at the direction of WHO, USSS coordinated with UFC to facilitate the screening of an estimated 20-30 trucks of UFC equipment per day for installation onto the White House grounds. These building material, technical equipment, catering, event infrastructure deliveries were prescheduled months in advance to ensure timely delivery to the White House complex. These supplies have been sourced from across the country, requiring advance coordination of schedules and delivery timing to ensure an on-time production. Final preparations for the Event are already underway and multiple deliveries are still currently en route to Washington, DC.

11. The production for the Event currently requires between 700-900 subcontractors, with specialized knowledge associated with each element of the build, to be onsite to support the build and meet the pre-determined event timeline.

12. On April 12, 2026, a public lottery was opened for the Event and more than 200,000 ticket requests have been received to date. Americans from across the country have registered for and received complimentary admission to the Event and have booked flights and other travel accommodations, hotel rooms, meal reservations, and other arrangements in expectation of the June 13-14 date.

13. To date, White House and USSS security processes have cleared over 2,000 individuals to participate in the Event and associated broadcast in expectation of the June 13-14 date. The clearance process has required hundreds of hours of data collection, submission, and review by UFC and government personnel.

14. Fourteen professional UFC athletes have contracted for this globally broadcast and highly anticipated event. These athletes began physical preparations months in advance, with final weight-cutting and diet alterations underway in expectation of a June 14 event date. With a weigh-in scheduled for June 13, 2026, the athletes have already begun engaging in fasting, extreme use of saunas, and hot Epsom salt baths to prepare.

15. Based on recent conversations with senior UFC officials, UFC, the Event sponsor, and its affiliates have spent significantly more than $60,000,000 in preparation for the June 13-14 date. Costs include a substantial volume of perishable food items for the anticipated 4,000 South Lawn guests and over 120,000 Ellipse guests.

16. Any delays in the Event would, collectively, impose exorbitant costs on all parties involved. This is a highly complex, multi-faceted Event that has been carefully planned by a multitude of public and private entities over a significant period. Alterations at this late date will, at worst, result in a cancellation of the Event, impacting the public as this event was designed to offer the public a way to engage in the 250th birthday of the United States of America. Furthermore, cancellation would result in a complete loss of time, money, and other resources invested by the UFC, its contractors, the public, the

Government, and professional athletes. While UFC has indicated that rescheduling the event is a near logistical impossibility, if rescheduled, federal and local government entities would be required to invest months of additional time coordinating and planning an alternative date, diminishing the purpose and importance of the Event to commemorate the United States semi-quincentennial anniversary. The delay would also jeopardize the availability of key law enforcement partners as well as the participation of key participants, including the President of the United States who plans to immediately travel to France for the G7 conference at the conclusion of the Event. It would render amounts already invested in providing security valueless, including all resources expended by the EOP and USSS in screening deliveries and individuals for the Event date in question. Even a short delay could jeopardize the health of 14 professional athletes involved in the Event given the necessary preparation work and result in new expenses for the tens of thousands of Americans who have already made travel arrangements to attend the Event.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2026.

Joshua Fisher
Assistant to the President
Director for White House Management and Administration