# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUSAN DOUGLAS,
PAUL ROMANO,

      Plaintiffs,

      v.

NATIONAL PARK SERVICE, *et al.*,

      Defendants.

Case No. 1:26-cv-2016

## SUPPLEMENTAL DECLARATION OF MARISA RICHARDSON, CHIEF OF THE NATIONAL MALL AND MEMORIAL PARKS DIVISION OF PERMITS MANAGEMENT

I, Marisa Richardson, declare as follows:

1. I am the Chief of the National Mall and Memorial Parks ("NAMA") Division of Permits Management ("Permits Office") in the National Park Service ("NPS"). I have been in this position since 2023, and I have worked in the NAMA Permits Office since 2009. I have been employed by NPS full-time since 2000.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. In the declaration I signed on June 9, 2026, I stated in paragraph 14 that "[t]he weigh-in of participants in the UFC event and face offs will occur on the Ellipse on June 13, 2026." This declaration supplements and amends that declaration.

4. Today, June 10, 2026, I attended a site walkthrough of the Lincoln Memorial with representatives from Ultimate Fighting Championship - TKO Group Holdings, Inc. ("UFC/TKO") and others from the NPS. I received new information that corrected

1

my understanding of what a "face off" is in the context of this event, and also clarified activities that will be occurring at the Lincoln Memorial.

5.   Before today's site walkthrough, I had not realized that that face offs and weigh-ins are different elements that, in this case, will not occur at the same time and same place. UFC/TKO intends for face offs to occur in the area around the Lincoln Memorial (specifically, at or adjacent to the table being used for the press conference, and not in the chamber) on June 12, 2026, as a component of the scheduled press conference.  The weigh-ins are still scheduled to occur at the Ellipse on June 13, 2026.  This is a correction of the information in paragraph 14 of my June 9, 2026, declaration.

6.   I received additional information regarding UFC/TKO's plans for the press conference, including further information regarding associated filming activity in the chamber of the Lincoln Memorial that does not require a filming permit.  UFC/TKO intends to have each participant in the UFC event (i.e., fighters) enter the Lincoln Memorial chamber via elevator from a lower level, each accompanied by a child.  Each fighter and accompanying child will be filmed walking through the chamber and descending the steps to the press conference area.  The filming will utilize handheld equipment; other NPS staff are currently evaluating a request to place a camera on lighting equipment in the chamber.

7.   It is my assessment that a separate filming permit is not required for the proposed filming element of this activity in the chamber under 54 U.S.C. § 100905.  The proposed filming activity will, based on my knowledge at this time, use handheld equipment and involve fewer than six individuals at any one time participating in filming in the chamber. Additionally, in my assessment, this proposed filming activity is comparable to other

handheld filming that has been allowed in the Lincoln Memorial chamber for professional film and television productions such as The Handmaid's Tale and Night at the Museum 2.  Additionally, this proposed filming activity does not, in and of itself, cause any impacts to the Lincoln Memorial because it is the same type of handheld filming that is typically engaged in by visitors.

8.  It is my understanding that United States Park Police ("USPP") have found there to be a public safety and security need to institute a closure around the Lincoln Memorial during the permitted press conference.  I provided other NPS employees with information about the planned activities at the Lincoln Memorial, but I was not involved in assessing public safety and security needs.  I reviewed a draft record of the determination supporting the closure, which is required by 36 C.F.R. § 1.5, for accuracy in its description of events in the Lincoln Memorial and surrounding area.  It is my understanding that the USPP found there to be a public safety and security need to close the Lincoln Memorial and a portion of surrounding park land during this event.

9.  Large-scale permitted events typically involve meetings up to and on the final day of permitted activity, during which time details and specifics are routinely discussed, refined, and changed based on numerous possible factors.  I am prepared to offer further updates under oath if and when required.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2026.

_____
Marisa Richardson

3