**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SUSAN DOUGLAS and PAUL ROMANO,

    *Plaintiffs*,

v.

NATIONAL PARK SERVICE, *et al.*,

    *Defendants*.

Civil Action No. 26-2016 (APM)

**DECLARATION OF SAMUEL T. WARD-PACKARD**

I, Samuel T. Ward-Packard, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.    I am Counsel at the Public Integrity Project, a nonprofit law firm whose mission is to raise the cost of corruption in America by suing the people, companies, and countries that seek to bribe government officials, as well as the government officials who seek to be bribed

3.    I represent Susan Douglas and Paul Romano, the plaintiffs in this action.

4.    One of my clients' principal goals in this litigation is to prevent the desecration of the Lincoln Memorial, and block its iconic chamber from being used as a prop for a for-profit sporting event, UFC Freedom 250.

5.    I was therefore pleased when I reviewed Defendants' brief last night and learned that Defendants had decided to permit the UFC to use only the exterior "approach way" to the Lincoln Memorial, Opp'n 3, not the interior monumental chamber itself. I understood that concession to mean that my clients would obtain relief from some of their imminent injuries without the need for this Court to issue a TRO.

1

6.      Defendants' representation notably contradicted the previous reporting about the UFC's plans with which I was familiar, reporting which had included renderings created by the UFC itself.

7.      In the course of reviewing Defendants' evidentiary submissions today I encountered a document that appeared to directly contradict Defendants' representation to the Court.

8.      That document, which is on page 22 of Exhibit C to the Richardson Declaration (ECF No. 11-2 at 81), is a site plan of the Lincoln Memorial titled "GROUND PLAN – SHOW." It is dated May 30, 2026, and is attached to a permit issued on June 7, 2026 (one day after this case was filed).

9.      The site plan indicates that at the UFC press conference and face-offs on Friday, fighters will enter the press conference stage via the interior Lincoln Memorial chamber, emerging from in front of the statue of Lincoln before descending to the stage.

10.      The site plan also indicates that the Memorial chamber will be closed to the public for the face-offs, although according to the NPS website the Memorial is open 24 hours a day every day of the year save Christmas.

11.      Because the site plan directly contradicted Defendants' representations to the Court, and was not anywhere explained in their filings, I emailed opposing counsel to request clarification.

12.      Specifically, at 1:20 p.m. ET, I sent an email requesting clarification with respect to the following two questions before close of business eastern time:

- Are Defendants authorizing UFC Freedom 250 to have fighters enter the press conference stage via the Memorial chamber?

- Are Defendants authorizing UFC Freedom 250 to shut down public access to the Memorial chamber at any point before, during, or after the press conference?

13.     Counsel for Defendants responded at 2:30 p.m. ET, indicating that he would confer with his clients and get back to me as soon as possible.

14.     At 5:41 p.m. ET, Counsel for Defendants filed the Supplemental Richardson Declaration, ECF No. 12, and also emailed me a copy, indicating that it "address[ed] my questions."

15.     The Supplemental Richardson Declaration contradicts Defendants' representation in their brief that the UFC will use only the Lincoln Memorial "approach way." Instead, the Declaration indicates that—consistent with the site plan Richardson attached to her previous declaration, and which I flagged for Defendants' counsel today—the UFC plans both to have fighters inside the chamber as part of the face-off walk-outs and to shut down public access to the chamber.

16.     The Supplemental Richardson Declaration indicates that Richardson learned that information from a site walkthrough conducted today, June 10, 2026. The Declaration does not acknowledge that the information was already available to Richardson in the form of the exhibit to her own previous declaration, a fact which I alerted her attorneys to earlier today.

17.     I declare under penalty of perjury that the foregoing is true and correct.


Executed June 10, 2026

*/s/ Samuel T. Ward-Packard*
Samuel T. Ward-Packard

3

# RE: [EXTERNAL] Douglas v. NPS - 1:25-cv-2016 - Time-sensitive request for clarification of Defendants' representations

| | |
|---|---|
| From | Sirkovich, Eitan R (CIV) <Eitan.R.Sirkovich@usdoj.gov> |
| To | Sam Ward-Packard <Sam@publicintegrityproject.org> |
| CC | Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>, Brendan Ballou <brendan@publicintegrityproject.org>, emily@publicintegrityproject.org |
| Date | Wednesday, June 10th, 2026 at 4:41 PM |

Hi Sam,

Please find attached a supplemental declaration from Marisa Richardson that we just filed for the record, which addresses the questions below and provides additional factual clarifications.

Sincerely,

Eitan Sirkovich

Trial Attorney

U.S. Department of Justice

Civil Division, Federal Programs Branch

202-353-5525

**From:** Sam Ward-Packard <Sam@publicintegrityproject.org>
**Sent:** Wednesday, June 10, 2026 5:08 PM
**To:** Sirkovich, Eitan R (CIV) <Eitan.R.Sirkovich@usdoj.gov>
**Cc:** Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>; Brendan Ballou <brendan@publicintegrityproject.org>; emily@publicintegrityproject.org
**Subject:** RE: [EXTERNAL] Douglas v. NPS - 1:25-cv-2016 - Time-sensitive request for clarification of Defendants' representations

Eitan:

Could you please provide an update on whether and when you'll be able to provide the requested clarifications? Thank you.

All the best,

Sam

Sam Ward-Packard

Counsel, Public Integrity Project

sam@publicintegrityproject.org

(262) 949-0973

On Wednesday, June 10th, 2026 at 1:31 PM, Sam Ward-Packard <Sam@publicintegrityproject.org> wrote:

> Eitan:
>
> Thank you, we appreciate the swift response and update.
>
> All the best,
>
> Sam
>
> Sam Ward-Packard
>
> Counsel, Public Integrity Project
>
> sam@publicintegrityproject.org
>
> (262) 949-0973

On Wednesday, June 10th, 2026 at 1:30 PM, Sirkovich, Eitan R (CIV) <Eitan.R.Sirkovich@usdoj.gov> wrote:

Hi Sam,

We are conferring with our client to get more clarity on the information you've requested, and we will do our best to get you a response as soon as we can.

Sincerely,

Eitan Sirkovich

Trial Attorney

U.S. Department of Justice

Civil Division, Federal Programs Branch

202-353-5525

**From:** Sam Ward-Packard <Sam@publicintegrityproject.org>
**Sent:** Wednesday, June 10, 2026 1:21 PM
**To:** Sirkovich, Eitan R (CIV) <Eitan.R.Sirkovich@usdoj.gov>; Hamilton, Emma (ENRD) <Emma.Hamilton@usdoj.gov>
**Cc:** Brendan Ballou <brendan@publicintegrityproject.org>; emily@publicintegrityproject.org
**Subject:** [EXTERNAL] Douglas v. NPS - 1:25-cv-2016 - Time-sensitive request for clarification of Defendants' representations

Counsel:

We write to request clarification as two to points about UFC Freedom 250's anticipated uses of the Lincoln Memorial complex.

The Richardson declaration states that Defendants expect the forthcoming revised permit to authorize the UFC to use only "the area between the Lincoln Memorial and the reflecting pool" for its Friday press conference. Richardson Decl. ¶ 16 (ECF No. 11-2 at 5).

Yet that declaration also attaches a document titled GROUND PLAN - SHOW, which indicates that athletes will arrive to the stage for the press conference through the chamber and down the steps. Richardson Decl. Ex. C. at 22 (ECF No. 11-2 at 81). That diagram likewise shows barriers erected to shut down public access to the chamber.

As soon as possible, and no later than 5 PM ET today, please clarify Defendants' position on two points:

1. Are Defendants authorizing UFC Freedom 250 to have fighters enter the press conference stage via the Memorial chamber?
2. Are Defendants authorizing UFC Freedom 250 to shut down public access to the Memorial chamber at any point before, during, or after the press conference?

Please provide responses as soon as possible, and not later than 4 PM ET today, as your responses will substantially inform how our reply addresses your representations about the Lincoln Memorial permitting. If we do not receive a response we will inform the Court of this request for clarification and that it was not answered.

Thank you,

Sam

Sam Ward-Packard

Counsel, Public Integrity Project

sam@publicintegrityproject.org

(262) 949-0973

---

**191.87 KB**    1 file attached

12 - Suppl. Richardson Decl..pdf 191.87 KB