**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN DOUGLAS and PAUL ROMANO<br><br>    *Plaintiffs*,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>    *Defendants*. | Civil Action No. 26-2016 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Susan Douglas and Paul Romano hereby give notice that the above-titled action is dismissed without prejudice against Defendants.

Dated: July 7, 2026

Respectfully submitted,

/s/ Brendan Ballou

**PUBLIC INTEGRITY PROJECT**
Brendan Ballou
D.C. Bar No. 241592
Samuel T. Ward-Packard
D.C. Bar No. 90005484
ballou@publicintegrityproject.org
sam@publicintegrityproject.org

*Attorneys for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on the Defendants in accordance with Federal Rule of Civil Procedure 5.

/s/ Brendan Ballou
Brendan Ballou
